1  John H. Podesta (SBN 154706)
       jpodesta@murchisonlaw.com
2  Alicia M. Gurries (SBN 210225)
       agurries@murchisonlaw.com
3  **MURCHISON & CUMMING, LLP**
   275 Battery Street, Suite 550
4  San Francisco, California  94111
   Telephone: (415) 524-4300
5  Facsimile: (415) 391-2058

6  Attorneys for IRONSHORE SPECIALTY
   INSURANCE COMPANY

7

8                  UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  TRAVELERS PROPERTY              CASE NO. 1:13-cv-00576-LJO-BAM
12  CASUALTY COMPANY OF
    AMERICA,                        **IRONSHORE SPECIALTY**
13                                  **INSURANCE COMPANY'S**
              Plaintiff,            **ANSWER TO PLAINTIFF'S**
14                                  **COMPLAINT FOR**
         vs.                        **DECLARATORY RELIEF AND**
15                                  **EQUITABLE CONTRIBUTION**
    OLD REPUBLIC INSURANCE
16  COMPANY, a Pennsylvania
    corporation; EVEREST INDEMNITY
17  INSURANCE COMPANY, a Delaware
    corporation; INTERSTATE FIRE &
18  CASUALTY COMPANY, an Illinois
    corporation; FINANCIAL PACIFIC
19  INSURANCE COMPANY, a
    California corporation; ARCH
20  SPECIALTY INSURANCE
    COMPANY, a Nebraska corporation;
21  NAVIGATORS SPECIALTY
    INSURANCE COMPANY, a New
22  York corporation; CLARENDON
    NATIONAL INSURANCE
23  COMPANY, a New Jersey corporation;
    ACE AMERICAN INSURANCE
24  COMPANY, fka ALLIED
    INSURANCE COMPANY, a
25  Pennsylvania corporation; NATIONAL
    UNION FIRE INSURANCE
26  COMPANY OF PITTSBURGH, PA, a
    North Dakota corporation; FIRST
27  SPECIALTY INSURANCE
    CORPORATION, a Missouri
28  corporation; IRONSHORE

                                    1                    1:13-cv-00576-LJO-BAM

SPECIALTY INSURANCE COMPANY, an Arizona corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a Washington, D.C. corporation; SECURITY AMERICA RISK RETENTION GROUP, a Vermont corporation; ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; ZURICH NORTH AMERICAN INSURANCE COMPANY, a New York corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; TRUCK INSURANCE EXCHANGE, a California corporation; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, a Kentucky corporation; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10 inclusive,

Defendants.

Defendant, IRONSHORE SPECIALTY INSURANCE COMPANY ("Ironshore") by and through its undersigned counsel, hereby answers TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S Complaint ("Complaint") as follows:

1. Answering Paragraph 1 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies it.

## ANSWERS TO JURISDICTIONAL ALLEGATIONS

2.    Answering Paragraph 2 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

3.    Answering Paragraph 3 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

4.    Answering Paragraph 4 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

5.    Answering Paragraph 5 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

6.    Answering Paragraph 6 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

7.    Answering Paragraph 7 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

8.    Answering Paragraph 8 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

9.    Answering Paragraph 9 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

10.    Answering Paragraph 10 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

11.    Answering Paragraph 11 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

12.    Answering Paragraph 12 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

13.    Answering Paragraph 13 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

14.    Answering Paragraph 14 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

15.    Answering Paragraph 15 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

16.    Answering Paragraph 16 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

17.    Answering Paragraph 17 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

18.    Answering Paragraph 18 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

19.    Ironshore admits the allegations of Paragraph 19.

20.    Answering Paragraph 20 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

1   21.   Answering Paragraph 21 of the Complaint, Ironshore lacks sufficient
2   knowledge or information to form a belief as to the truth of the allegations of this
3   paragraph, and on that basis denies them.

4   22.   Answering Paragraph 22 of the Complaint, Ironshore lacks sufficient
5   knowledge or information to form a belief as to the truth of the allegations of this
6   paragraph, and on that basis denies them.

7   23.   Answering Paragraph 23 of the Complaint, Ironshore lacks sufficient
8   knowledge or information to form a belief as to the truth of the allegations of this
9   paragraph, and on that basis denies them.

10   24.   Answering Paragraph 24 of the Complaint, Ironshore lacks sufficient
11   knowledge or information to form a belief as to the truth of the allegations of this
12   paragraph, and on that basis denies them.

13   25.   Answering Paragraph 25 of the Complaint, Ironshore lacks sufficient
14   knowledge or information to form a belief as to the truth of the allegations of this
15   paragraph, and on that basis denies them.

16   26.   Answering Paragraph 26 of the Complaint, Ironshore lacks sufficient
17   knowledge or information to form a belief as to the truth of the allegations of this
18   paragraph, and on that basis denies them.

19   27.   Answering Paragraph 27 of the Complaint, Ironshore lacks sufficient
20   knowledge or information to form a belief as to the truth of the allegations of this
21   paragraph, and on that basis denies them.

22   28.   Answering Paragraph 28 of the Complaint, Ironshore lacks sufficient
23   knowledge or information to form a belief as to the truth of the allegations of this
24   paragraph, and on that basis denies them.

25   29.   Answering Paragraph 29 of the Complaint, Ironshore lacks sufficient
26   knowledge or information to form a belief as to the truth of the allegations of this
27   paragraph, and on that basis denies them.

28

IRONSHORE SPECIALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY RELIEF AND EQUITABLE CONTRIBUTION

30.     Answering Paragraph 30 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

31.     Answering Paragraph 31 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

32.     Answering Paragraph 32 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

33.     Ironshore admits the allegations of Paragraph 33.

34.     Answering Paragraph 34 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

35.     Answering Paragraph 35 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

36.     Answering Paragraph 36 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

37.     Answering Paragraph 37 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

38.     Answering Paragraph 38 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

39.     Answering Paragraph 39 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

40.   Answering Paragraph 40 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

41.   Answering Paragraph 41 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

42.   Answering Paragraph 42 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

43.   Answering Paragraph 43 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

44.   Answering Paragraph 44 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

45.   Answering Paragraph 45 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

46.   Answering Paragraph 46 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

47.   Answering Paragraph 47 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

48.   Answering Paragraph 48 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

1        49.   Answering Paragraph 49 of the Complaint, Ironshore lacks sufficient

2   knowledge or information to form a belief as to the truth of the allegations of this

3   paragraph, and on that basis denies them.

4        50.   Ironshore admits that it issued a policy with the number referenced.

5   Ironshore denies the balance of the allegations in this Paragraph 50.

6        51.   Answering Paragraph 51 of the Complaint, Ironshore lacks sufficient

7   knowledge or information to form a belief as to the truth of the allegations of this

8   paragraph, and on that basis denies them.

9        52.   Answering Paragraph 52 of the Complaint, Ironshore lacks sufficient

10  knowledge or information to form a belief as to the truth of the allegations of this

11  paragraph, and on that basis denies them.

12       53.   Answering Paragraph 53 of the Complaint, Ironshore lacks sufficient

13  knowledge or information to form a belief as to the truth of the allegations of this

14  paragraph, and on that basis denies them.

15       54.   Answering Paragraph 54 of the Complaint, Ironshore lacks sufficient

16  knowledge or information to form a belief as to the truth of the allegations of this

17  paragraph, and on that basis denies them.

18       55.   Answering Paragraph 55 of the Complaint, Ironshore lacks sufficient

19  knowledge or information to form a belief as to the truth of the allegations of this

20  paragraph, and on that basis denies them.

21       56.   Answering Paragraph 56 of the Complaint, Ironshore lacks sufficient

22  knowledge or information to form a belief as to the truth of the allegations of this

23  paragraph, and on that basis denies them.

24       57.   Answering Paragraph 57 of the Complaint, Ironshore lacks sufficient

25  knowledge or information to form a belief as to the truth of the allegations of this

26  paragraph, and on that basis denies them.

27

28

IRONSHORE SPECIALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY RELIEF AND EQUITABLE CONTRIBUTION

58.    Answering Paragraph 58 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

59.    Answering Paragraph 59 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

60.    Answering Paragraph 60 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

61.    Answering Paragraph 61 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

62.    Answering Paragraph 62 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

63.    Answering Paragraph 63 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

64.    Answering Paragraph 64 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

65.    Answering Paragraph 65 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

66.    Answering Paragraph 66 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

IRONSHORE SPECIALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY RELIEF AND EQUITABLE CONTRIBUTION

67.     Answering Paragraph 67 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

68.     Answering Paragraph 68 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

69.     Answering Paragraph 69 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

70.     Answering Paragraph 70 of the Complaint, Ironshore admits that it issued a policy with the number referenced.  But denies the balance of the allegations and facts in this paragraph.

71.     Answering Paragraph 71 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

72.     Answering Paragraph 72 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

73.     Answering Paragraph 73 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

74.     Answering Paragraph 74 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

75.     Answering Paragraph 75 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

76.     Answering Paragraph 76 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

77.     Answering Paragraph 77 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

78.     Answering Paragraph 78 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

79.     Answering Paragraph 79 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

80.     Answering Paragraph 80 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

81.     Answering Paragraph 81 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

82.     Answering Paragraph 82 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

83.     Answering Paragraph 83 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

84.     Answering Paragraph 84 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

85.   Answering Paragraph 85 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

86.   Answering Paragraph 86 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

87.   Answering Paragraph 87 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

88.   Answering Paragraph 88 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

89.   Answering Paragraph 89 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

90.   Answering Paragraph 90 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

91.   Answering Paragraph 91 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

92.   Answering Paragraph 92 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

93.   Answering Paragraph 93 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

1    94.    Answering Paragraph 94 of the Complaint, Ironshore lacks sufficient

2  knowledge or information to form a belief as to the truth of the allegations of this

3  paragraph, and on that basis denies them.

4    95.    Answering Paragraph 95 of the Complaint, Ironshore lacks sufficient

5  knowledge or information to form a belief as to the truth of the allegations of this

6  paragraph, and on that basis denies them.

7    96.    Answering Paragraph 96 of the Complaint, Ironshore lacks sufficient

8  knowledge or information to form a belief as to the truth of the allegations of this

9  paragraph, and on that basis denies them.

10    97.    Ironshore admits that there is a Complaint filed in this action, labeled Ray

11  v. Beazer, but denies the balance of the allegations in said Paragraph 97.

12    98.    Answering Paragraph 98 of the Complaint, Ironshore lacks sufficient

13  knowledge or information to form a belief as to the truth of the allegations of this

14  paragraph, and on that basis denies them.

15    99.    Answering Paragraph 99 of the Complaint, Ironshore lacks sufficient

16  knowledge or information to form a belief as to the truth of the allegations of this

17  paragraph, and on that basis denies them.

18    100.   Answering Paragraph 100 of the Complaint, Ironshore denies the

19  allegations contained therein.

20    101.   Answering Paragraph 101 of the Complaint, Ironshore lacks sufficient

21  knowledge or information to form a belief as to the truth of the allegations of this

22  paragraph, and on that basis denies them.

23    102.   Answering Paragraph 102 of the Complaint, Ironshore denies the

24  allegations contained therein.

25    103.   Answering Paragraph 103 of the Complaint, Ironshore lacks sufficient

26  knowledge or information to form a belief as to the truth of the allegations of this

27  paragraph, and on that basis denies them.

28

104.   Answering Paragraph 104 of the Complaint, Ironshore denies the allegations of said paragraph.

105.   Answering Paragraph 105 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

106.   Answering Paragraph 106 of the Complaint, Ironshore incorporates its responses to Paragraphs 1 – 105 above.

107.   Answering Paragraph 107 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

108.   Answering Paragraph 108 of the Complaint, Ironshore admits that there is a dispute between parties, but denies the balance of that paragraph.

109.   Answering Paragraph 109 of the Complaint, Ironshore denies the allegations of this paragraph.

110.   Answering Paragraph 110 of the Complaint, Ironshore incorporates its responses to Paragraphs 1 – 109 above.

111.   Answering Paragraph 111 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

112.   Answering Paragraph 112 of the Complaint, Ironshore lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph, and on that basis denies them.

113.   Answering Paragraph 113 of the Complaint, Ironshore denies the allegation of this paragraph.

114.   Answering Paragraph 114 of the Complaint, Ironshore denies the allegation of this paragraph.

115.   Answering Paragraph 115 of the Complaint, Ironshore denies the allegation of this paragraph.

116.   Answering Paragraph 116 of the Complaint, Ironshore denies the allegation of this paragraph.

117.   Answering Paragraph 117 of the Complaint, Ironshore denies the allegation of this paragraph.

118.   Answering Paragraph 118 of the Complaint, Ironshore denies the allegation of this paragraph.

119.   Answering Paragraph 119 of the Complaint, Ironshore denies the allegation of this paragraph.

## ANSWERING PLAINTIFF'S PRAYER FOR RELIEF

120.   Answering Plaintiff's first Prayer for Relief, Ironshore denies that there is any coverage, duty to defend or duty to indemnify Beazer Homes and therefore denies that Plaintiff is entitled to any relief whatsoever.

121.   Answering Plaintiff's second Prayer for Relief, Ironshore denies that Plaintiff is entitled to any equitable relief or monetary damages against Ironshore.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Ironshore alleges that Plaintiff's demand fails to state fact sufficient to constitute a cause of action against Ironshore and/or is vague and uncertain.

## SECOND AFFIRMATIVE DEFENSE

Ironshore alleges that Plaintiff's demand is barred, in whole or in part, by the doctrines of laches, unclean hands, waiver and/or estoppel.

## THIRD AFFIRMATIVE DEFENSE

Ironshore alleges that Plaintiff's demand is barred, in whole or in part, by the doctrines of res judicata and/or collateral estoppel.

## FOURTH FIRST AFFIRMATIVE DEFENSE

Ironshore alleges that Plaintiff's demand is barred, in whole or in part, by the terms, exclusions, conditions and other limitations in the insurance policy(ies) issued by Ironshore.

1

## FIFTH AFFIRMATIVE DEFENSE

2      Ironshore alleges that Plaintiff's demand is barred, in whole or in part, to the

3   extent the purported insured failed to comply with, or perform the obligations required

4   by the Ironshore policies.

5

## SIXTH AFFIRMATIVE DEFENSE

6      Ironshore alleges that Plaintiff's demand is barred, in whole or in part, to the

7   extent the Ironshore policies are excess of underlying policies of insurance, self-

8   insured retentions and/or retained limits, and the full limits or amounts of said

9   underlying policies of insurance, self-insured retentions and/or retained limits, if any,

10  have not been paid or exhausted.

11

## SEVENTH AFFIRMATIVE DEFENSE

12      Ironshore alleges that Plaintiff's demand is barred, in whole or in part, to the

13  extent that notice of said claims were not provided in the manner prescribed by the

14  Ironshore policies and/or as required by law.

15

## EIGHTH AFFIRMATIVE DEFENSE

16      Ironshore alleges that Plaintiff's demand is barred, in whole or in part, to the

17  extent the insured(s) failed to assist and/or cooperate with Ironshore as required by the

18  Ironshore policies or as implied by law.

19

## NINTH AFFIRMATIVE DEFENSE

20      Ironshore alleges that Plaintiff's demand is barred, in whole or in part, by

21  California Insurance Code § 533 to the extent the damages, injuries, claims or losses

22  for which Plaintiff seeks coverage arose in whole or in part from Plaintiff's insured or

23  Plaintiff's insured's employees willful or intentional conduct.

24

## TENTH AFFIRMATIVE DEFENSE

25      Ironshore alleges that Plaintiff's demand is barred, in whole or in part, to the

26  extent Ironshore may be entitled to contribution, set-off, indemnification,

27  apportionment, or other relief from Plaintiff and/or from any other insurer.

28  //

IRONSHORE SPECIALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY RELIEF AND EQUITABLE CONTRIBUTION

## ELEVENTH AFFIRMATIVE DEFENSE

Ironshore alleges that Plaintiff's demand is barred, in whole or in part, to the extent claimant failed to mitigate, minimize or avoid any damages claimant allegedly sustained.

## TWELFTH AFFIRMATIVE DEFENSE

Ironshore alleges that Plaintiff's demand is barred, in whole or in part, to the extent that unreasonable and/or unnecessary costs were expended in defense or settlement of the claims against claimant.

## THIRTEENTH AFFIRMATIVE DEFENSE

Ironshore alleges that Plaintiff's demand is barred, in whole or in part, to the extent the insureds voluntarily paid, assumed and/or incurred expenses to defend or settle the underlying claims without Ironshore's consent.

## FOURTEENTH AFFIRMATIVE DEFENSE

Ironshore alleges that Plaintiff's demand is barred, in whole or in part, to the extent the damage for which claimant seeks coverage first occurred prior the period of the Ironshore policies or to the extent that there were no occurrences during the period of the Ironshore policies.

## FIFTEENTH AFFIRMATIVE DEFENSE

Ironshore alleges that Plaintiff's demand is barred, in whole or in part, to the extent the work of Ironshore's named insured, CBC Framing, was completed prior the period of the Ironshore policies.

## SIXTEENTH AFFIRMATIVE DEFENSE

Ironshore alleges that Plaintiff's demand is barred, in whole or in part, to the extent that no actual, justiciable case or controversy exists between Plaintiff and Ironshore, and/or to the extent that any dispute between Plaintiff and Ironshore is not ripe for adjudication.

//

//

## SEVENTEENTH AFFIRMATIVE DEFENSE

Ironshore alleges that Plaintiff's demand is barred, in whole or in part, to the extent other valid and collectible insurance is available to cover losses also covered by the Ironshore policies, which coverage is specifically denies.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Ironshore alleges that Plaintiff's demand is barred, in whole or in part, to the extent claimant impaired Ironshore's rights of subrogation or contribution.

## NINETEENTH AFFIRMATIVE DEFENSE

Ironshore reserves the right to assert additional affirmative defenses and to supplement those asserted herein upon discovery of further information as may be necessary.

WHEREFORE, Ironshore prays to the Court as follows:

1. That Plaintiff takes nothing by reason of its Complaint;

2. That the Court enter judgment in favor of Ironshore and dismissing Plaintiff's Complaint with prejudice;

3. That the Court award Ironshore its costs of suit incurred in defense of this action; and

4. That the Court award such further relief as the Court deems just and proper.

DATED: May 23, 2013

MURCHISON & CUMMING, LLP

By _____

John H. Podesta, Esq.
Alicia M. Gurries, Esq.
Attorneys for IRONSHORE SPECIALTY
INSURANCE COMPANY

IRONSHORE SPECIALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT FOR
DECLARATORY RELIEF AND EQUITABLE CONTRIBUTION