DAVID B. EZRA, ESQ. (SBN 149779)
dezra@bergerkahn.com
ERIN R. MINDORO, ESQ. (SBN 275780)
emindoro@bergerkahn.com
BERGER KAHN, A Law Corporation
Mail Service:
  Post Office Box 19694
  Irvine, CA  92623-9694
Location:
  2 Park Plaza, Suite 650
  Irvine, California  92614-8516
Tel: (949) 474-1880 • Fax:  (949) 474-7265

Attorneys for Defendant PROBUILDERS SPECIALTY INSURANCE
COMPANY, RRG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA  92623-9694

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, et al.,<br><br>Defendants. | CASE NO. 1:13-CV-00576-LJO-BAM<br><br><br><br>**PROBUILDERS SPECIALTY INSURANCE COMPANY'S ANSWER TO COMPLAINT**<br><br>Complaint Filed:  4/19/13 |

BERGER KAHN
*A Law Corporation*
P.O. Box 19694
Irvine, CA 92623-9694

1   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2   Defendant ProBuilders Specialty Insurance Company, RRG ("ProBuilders")

3   for itself alone, and for no other party, answers plaintiff Travelers Property

4   Casualty Company of America's ("Travelers") complaint, as follows:

5   **ANSWER**

6   1.    ProBuilders does not dispute that Travelers desires a judicial

7   declaration of rights and obligations among the insurance carriers and their

8   insureds with regard to the defense fees and costs related to *Ray, et al. v. Beazer*

9   *Homes, et al.*

10   2.    ProBuilders lacks sufficient knowledge or information to form a belief

11   as to the truth or falsity of the allegations in Paragraph 2, and on that basis, denies

12   generally and specifically those allegations.

13   3.    ProBuilders lacks sufficient knowledge or information to form a belief

14   as to the truth or falsity of the allegations in Paragraph 3, and on that basis, denies

15   generally and specifically those allegations.

16   4.    ProBuilders lacks sufficient knowledge or information to form a belief

17   as to the truth or falsity of the allegations in Paragraph 4, and on that basis, denies

18   generally and specifically those allegations.

19   5.    ProBuilders admits that it is a risk retention group organized in the

20   District of Columbia with its principal place of business in Georgia, and that it is

21   authorized to do business in California.

22   6.    ProBuilders lacks sufficient knowledge or information to form a belief

23   as to the truth or falsity of the allegations in Paragraph 6, and on that basis, denies

24   generally and specifically those allegations.

25   7.    ProBuilders lacks sufficient knowledge or information to form a belief

26   as to the truth or falsity of the allegations in Paragraph 7, and on that basis, denies

27   generally and specifically those allegations.

28   8.    ProBuilders lacks sufficient knowledge or information to form a belief

as to the truth or falsity of the allegations in Paragraph 8, and on that basis, denies generally and specifically those allegations.

9. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 9, and on that basis, denies generally and specifically those allegations.

10. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 10, and on that basis, denies generally and specifically those allegations.

11. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 11, and on that basis, denies generally and specifically those allegations.

12. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 12, and on that basis, denies generally and specifically those allegations.

13. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 13, and on that basis, denies generally and specifically those allegations.

14. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 14, and on that basis, denies generally and specifically those allegations.

15. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 15, and on that basis, denies generally and specifically those allegations.

16. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 16, and on that basis, denies generally and specifically those allegations.

17. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 17, and on that basis, denies

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

1 generally and specifically those allegations.

2     18. ProBuilders lacks sufficient knowledge or information to form a belief
3 as to the truth or falsity of the allegations in Paragraph 18, and on that basis, denies
4 generally and specifically those allegations.

5     19. ProBuilders lacks sufficient knowledge or information to form a belief
6 as to the truth or falsity of the allegations in Paragraph 19, and on that basis, denies
7 generally and specifically those allegations.

8     20. ProBuilders lacks sufficient knowledge or information to form a belief
9 as to the truth or falsity of the allegations in Paragraph 20, and on that basis, denies
10 generally and specifically those allegations.

11     21. ProBuilders lacks sufficient knowledge or information to form a belief
12 as to the truth or falsity of the allegations in Paragraph 21, and on that basis, denies
13 generally and specifically those allegations.

14     22. ProBuilders lacks sufficient knowledge or information to form a belief
15 as to the truth or falsity of the allegations in Paragraph 22, and on that basis, denies
16 generally and specifically those allegations.

17     23. ProBuilders lacks sufficient knowledge or information to form a belief
18 as to the truth or falsity of the allegations in Paragraph 23, and on that basis, denies
19 generally and specifically those allegations.

20     24. ProBuilders lacks sufficient knowledge or information to form a belief
21 as to the truth or falsity of the allegations in Paragraph 24, and on that basis, denies
22 generally and specifically those allegations.

23     25. ProBuilders lacks sufficient knowledge or information to form a belief
24 as to the truth or falsity of the allegations in Paragraph 25, and on that basis, denies
25 generally and specifically those allegations.

26     26. ProBuilders lacks sufficient knowledge or information to form a belief
27 as to the truth or falsity of the allegations in Paragraph 26, and on that basis, denies
28 generally and specifically those allegations.

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

3

BERGER KAHN
*A Law Corporation*
P.O. Box 19694
Irvine, CA 92623-9694

27.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 27, and on that basis, denies generally and specifically those allegations.

28.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 28, and on that basis, denies generally and specifically those allegations.

29.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 29, and on that basis, denies generally and specifically those allegations.

30.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 30, and on that basis, denies generally and specifically those allegations.

31.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 31, and on that basis, denies generally and specifically those allegations.

32.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 32, and on that basis, denies generally and specifically those allegations.

33.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 33, and on that basis, denies generally and specifically those allegations.

34.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 34, and on that basis, denies generally and specifically those allegations.

35.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 35, and on that basis, denies generally and specifically those allegations.

36.     ProBuilders lacks sufficient knowledge or information to form a belief

as to the truth or falsity of the allegations in Paragraph 36, and on that basis, denies generally and specifically those allegations.

37. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 37, and on that basis, denies generally and specifically those allegations.

38. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 38, and on that basis, denies generally and specifically those allegations.

39. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 39, and on that basis, denies generally and specifically those allegations.

40. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 40, and on that basis, denies generally and specifically those allegations.

41. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 41, and on that basis, denies generally and specifically those allegations.

42. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 42, and on that basis, denies generally and specifically those allegations.

43. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 43, and on that basis, denies generally and specifically those allegations.

44. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 44, and on that basis, denies generally and specifically those allegations.

45. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 45, and on that basis, denies

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

5

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

generally and specifically those allegations.

46.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 46, and on that basis, denies generally and specifically those allegations.

47.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 47, and on that basis, denies generally and specifically those allegations.

48.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 48, and on that basis, denies generally and specifically those allegations.

49.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 49, and on that basis, denies generally and specifically those allegations.

50.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 50, and on that basis, denies generally and specifically those allegations.

51.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 51, and on that basis, denies generally and specifically those allegations.

52.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 52, and on that basis, denies generally and specifically those allegations.

53.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 53, and on that basis, denies generally and specifically those allegations.

54.     ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 54, and on that basis, denies generally and specifically those allegations.

BERGER KAHN
*A Law Corporation*
P.O. Box 19694
Irvine, CA 92623-9694

1    55.    ProBuilders admits that it issued commercial general liability

2    insurance policy number COM55006104, effective September 9, 2005 to

3    September 9, 2006 to Expert Masonry. ProBuilders admits that Beazer Homes is

4    named as an additional insured on the policy, but ProBuilders refers to this policy

5    for its complete terms, conditions, exclusions, endorsements and any and all other

6    provisions.

7    56.    ProBuilders lacks sufficient knowledge or information to form a belief

8    as to the truth or falsity of the allegations in Paragraph 56, and on that basis, denies

9    generally and specifically those allegations.

10    57.    ProBuilders lacks sufficient knowledge or information to form a belief

11    as to the truth or falsity of the allegations in Paragraph 57, and on that basis, denies

12    generally and specifically those allegations.

13    58.    ProBuilders lacks sufficient knowledge or information to form a belief

14    as to the truth or falsity of the allegations in Paragraph 58, and on that basis, denies

15    generally and specifically those allegations.

16    59.    ProBuilders lacks sufficient knowledge or information to form a belief

17    as to the truth or falsity of the allegations in Paragraph 59, and on that basis, denies

18    generally and specifically those allegations.

19    60.    ProBuilders lacks sufficient knowledge or information to form a belief

20    as to the truth or falsity of the allegations in Paragraph 60, and on that basis, denies

21    generally and specifically those allegations.

22    61.    ProBuilders lacks sufficient knowledge or information to form a belief

23    as to the truth or falsity of the allegations in Paragraph 61, and on that basis, denies

24    generally and specifically those allegations.

25    62.    ProBuilders lacks sufficient knowledge or information to form a belief

26    as to the truth or falsity of the allegations in Paragraph 62, and on that basis, denies

27    generally and specifically those allegations.

28    63.    ProBuilders lacks sufficient knowledge or information to form a belief

7

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

1  as to the truth or falsity of the allegations in Paragraph 63, and on that basis, denies

2  generally and specifically those allegations.

3        64.    ProBuilders lacks sufficient knowledge or information to form a belief

4  as to the truth or falsity of the allegations in Paragraph 64, and on that basis, denies

5  generally and specifically those allegations.

6        65.    ProBuilders lacks sufficient knowledge or information to form a belief

7  as to the truth or falsity of the allegations in Paragraph 65, and on that basis, denies

8  generally and specifically those allegations.

9        66.    ProBuilders admits that it issued policy number WH15008980 to J.W.

10  Diversified dba John White Services. ProBuilders admits that Beazer Homes may

11  qualify as an additional insured on the policy, but ProBuilders refers to this policy

12  for its complete terms, conditions, exclusions, endorsements and any and all other

13  provisions.

14        67.    ProBuilders admits that it issued policy number COM5006621,

15  effective October 9, 2005 to October 9, 2006 to Lone Star Painting. ProBuilders

16  admits that Beazer Homes may qualify as an additional insured on the policy, but

17  ProBuilders refers to this policy for its complete terms, conditions, exclusions,

18  endorsements and any and all other provisions. ProBuilders denies the remaining

19  allegations set forth in Paragraph 67.

20        68.    ProBuilders lacks sufficient knowledge or information to form a belief

21  as to the truth or falsity of the allegations in Paragraph 68, and on that basis, denies

22  generally and specifically those allegations.

23        69.    ProBuilders lacks sufficient knowledge or information to form a belief

24  as to the truth or falsity of the allegations in Paragraph 69, and on that basis, denies

25  generally and specifically those allegations.

26        70.    ProBuilders lacks sufficient knowledge or information to form a belief

27  as to the truth or falsity of the allegations in Paragraph 70, and on that basis, denies

28  generally and specifically those allegations.

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

71.    ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 71, and on that basis, denies generally and specifically those allegations.

72.    ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 72, and on that basis, denies generally and specifically those allegations.

73.    ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 73, and on that basis, denies generally and specifically those allegations.

74.    ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 74, and on that basis, denies generally and specifically those allegations.

75.    ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 75, and on that basis, denies generally and specifically those allegations.

76.    ProBuilders admits that it issued policy number CON5004771, effective June 16, 2005 to December 13, 2005 and policy number CON5007491, effective December 13, 2005 to December 13, 2006 to Mountain Connection. ProBuilders admits that Beazer Homes may qualify as an additional insured on the policy, but ProBuilders refers to this policy for its complete terms, conditions, exclusions, endorsements and any and all other provisions.

77.    ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 77, and on that basis, denies generally and specifically those allegations.

78.    ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 78, and on that basis, denies generally and specifically those allegations.

79.    ProBuilders lacks sufficient knowledge or information to form a belief

9

as to the truth or falsity of the allegations in Paragraph 79, and on that basis, denies generally and specifically those allegations.

80. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 80, and on that basis, denies generally and specifically those allegations.

81. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 81, and on that basis, denies generally and specifically those allegations.

82. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 82, and on that basis, denies generally and specifically those allegations.

83. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 83, and on that basis, denies generally and specifically those allegations.

84. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 84, and on that basis, denies generally and specifically those allegations.

85. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 85, and on that basis, denies generally and specifically those allegations.

86. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 86, and on that basis, denies generally and specifically those allegations.

87. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 87, and on that basis, denies generally and specifically those allegations.

88. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 88, and on that basis, denies

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

generally and specifically those allegations.

89. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 89, and on that basis, denies generally and specifically those allegations.

90. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 90, and on that basis, denies generally and specifically those allegations.

91. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 91, and on that basis, denies generally and specifically those allegations.

92. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 92, and on that basis, denies generally and specifically those allegations.

93. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 93, and on that basis, denies generally and specifically those allegations.

94. ProBuilders admits that Beazer Homes may qualify as an additional insured on the following policies: (a) policy number COM55006104, effective September 9, 2005 to September 9, 2006 to Expert Masonry; (b) policy number WH15008980 to J.W. Diversified dba John White Services; (c) policy number COM5006621, effective October 9, 2005 to October 9, 2006 to Lone Star Painting; and (d) policy number CON5004771, effective June 16, 2005 to December 13, 2005 and policy number CON5007491, effective December 13, 2005 to December 13, 2006 to Mountain Connection. ProBuilders refers to these policies for their complete terms, conditions, exclusions, endorsements and any and all other provisions. ProBuilders lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 94, and on that basis, denies generally and specifically those allegations.

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

BERGER KAHN
*A Law Corporation*
P.O. Box 19694
Irvine, CA 92623-9694

1    95.    ProBuilders admits that it is in possession of its respective insurance

2    policies. ProBuilders denies that its policies are "written on standard forms which

3    provide, in part, an agreement to defend any insured from and against suits seeking

4    damages covered under the insurance policy." ProBuilders lacks sufficient

5    knowledge or information to form a belief as to the truth or falsity of the remaining

6    allegations set forth in Paragraph 95, and on that basis, denies generally and

7    specifically those allegations.

8    96.    ProBuilders admits that Beazer Homes may qualify as an additional

9    insured on the following policies: (a) policy number COM55006104, effective

10   September 9, 2005 to September 9, 2006 to Expert Masonry; (b) policy number

11   WH15008980 to J.W. Diversified dba John White Services; (c) policy number

12   COM5006621, effective October 9, 2005 to October 9, 2006 to Lone Star Painting;

13   and (d) policy number CON5004771, effective June 16, 2005 to December 13,

14   2005 and policy number CON5007491, effective December 13, 2005 to December

15   13, 2006 to Mountain Connection. ProBuilders refers to these policies for their

16   complete terms, conditions, exclusions, endorsements and any and all other

17   provisions. ProBuilders lacks sufficient knowledge or information to form a belief

18   as to the truth or falsity of the remaining allegations set forth in Paragraph 96, and

19   on that basis, denies generally and specifically those allegations.

20   97.    ProBuilders lacks sufficient knowledge or information to form a belief

21   as to the truth or falsity of the allegations in Paragraph 97, and on that basis, denies

22   generally and specifically those allegations.

23   98.    ProBuilders lacks sufficient knowledge or information to form a belief

24   as to the truth or falsity of the allegations in Paragraph 98, and on that basis, denies

25   generally and specifically those allegations.

26   99.    ProBuilders lacks sufficient knowledge or information to form a belief

27   as to the truth or falsity of the allegations in Paragraph 99, and on that basis, denies

28   generally and specifically those allegations.

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

1    100.   ProBuilders admits that Beazer Homes tendered its defense to

2    ProBuilders or subcontractors it believed ProBuilders insured.  ProBuilders lacks

3    sufficient knowledge or information to form a belief as to the truth or falsity of the

4    remaining allegations set forth in Paragraph 100, and on that basis, denies

5    generally and specifically those allegations.

6    101.   ProBuilders lacks sufficient knowledge or information to form a belief

7    as to the truth or falsity of the allegations in Paragraph 101, and on that basis,

8    denies generally and specifically those allegations.

9    102.   ProBuilders denies that it is "under an obligation to defend and/or

10   indemnify Beazer Homes and have failed to pay their equitable share towards the

11   defense fees and costs incurred by Beazer Homes in defense of the Underlying

12   Action."  ProBuilders lacks sufficient knowledge or information to form a belief as

13   to the truth or falsity of the remaining allegations set forth in Paragraph 102, and

14   on that basis, denies generally and specifically those allegations.

15   103.   ProBuilders lacks sufficient knowledge or information to form a belief

16   as to the truth or falsity of the allegations in Paragraph 103, and on that basis,

17   denies generally and specifically those allegations.

18   104.   ProBuilders denies that it had any obligation under its policies to

19   participate in the defense of Beazer Homes.  ProBuilders lacks sufficient

20   knowledge or information to form a belief as to the truth or falsity of the remaining

21   allegations set forth in Paragraph 104, and on that basis, denies generally and

22   specifically those allegations.

23   105.   ProBuilders lacks sufficient knowledge or information to form a belief

24   as to the truth or falsity of the allegations in Paragraph 105, and on that basis,

25   denies generally and specifically those allegations.

26   106.   ProBuilders realleges and incorporates by reference the answers,

27   allegations, and denials in paragraphs 1 through 105 as though fully set forth here.

28   107.    ProBuilders denies that there is an actual, present and justiciable

13

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

1  controversy between ProBuilders and Travelers. ProBuilders lacks sufficient

2  knowledge or information to form a belief as to the truth or falsity of the remaining

3  allegations set forth in Paragraph 107, and on that basis, denies generally and

4  specifically those allegations.

5      108. ProBuilders denies that: it had any duty to defend Beazer Homes

6  against the claims, demands, actions and causes of action asserted against Beazer

7  Homes in the Underlying Action; it had an equitable duty and responsibility to pay

8  a fair and proportionate share of the costs of defense incurred on behalf of Beazer

9  Homes; it should share in the defense of Beazer Homes. ProBuilders lacks

10  sufficient knowledge or information to form a belief as to the truth or falsity of the

11  remaining allegations set forth in Paragraph 108, and on that basis, denies

12  generally and specifically those allegations.

13      109. ProBuilders does not does not dispute that Travelers desires a judicial

14  declaration of rights and obligations among the insurance carriers and their

15  insureds with regard to the defense fees and costs related to *Ray, et al. v. Beazer*

16  *Homes, et al.*

17      110. ProBuilders realleges and incorporates by reference the answers,

18  allegations, and denials in paragraphs 1 through 109 as though fully set forth here.

19      111. ProBuilders lacks sufficient knowledge or information to form a belief

20  as to the truth or falsity of the allegations in Paragraph 111, and on that basis,

21  denies generally and specifically those allegations.

22      112. ProBuilders lacks sufficient knowledge or information to form a belief

23  as to the truth or falsity of the allegations in Paragraph 112, and on that basis,

24  denies generally and specifically those allegations.

25      113. ProBuilders admits that Beazer Homes may qualify as an additional

26  insured on certain policies it issued. ProBuilders refers to these policies for their

27  complete terms, conditions, exclusions, endorsements and any and all other

28  provisions. ProBuilders denies that the allegations against Beazer Homes in the

14

BERGER KAHN
*A Law Corporation*
P.O. Box 19694
Irvine, CA 92623-9694

Underlying Action are covered under the policies ProBuilders issued.  ProBuilders

lacks sufficient knowledge or information to form a belief as to the truth or falsity

of the remaining allegations set forth in Paragraph 113, and on that basis, denies

generally and specifically those allegations.

114.   ProBuilders admits that Beazer Homes may qualify as an additional

insured on certain policies it issued.  ProBuilders refers to these policies for their

complete terms, conditions, exclusions, endorsements and any and all other

provisions.  ProBuilders denies that it is obligated to participate in Beazer Homes'

defense in the Underlying Action under its policies.  ProBuilders denies that its

policies provide an agreement to undertake the duty to defend Beazer Homes as an

additional insured.  ProBuilders lacks sufficient knowledge or information to form

a belief as to the truth or falsity of the remaining allegations set forth in Paragraph

114, and on that basis, denies generally and specifically those allegations.

115.   ProBuilders admits that Beazer Homes may qualify as an additional

insured on certain policies it issued.  ProBuilders refers to these policies for their

complete terms, conditions, exclusions, endorsements and any and all other

provisions.  ProBuilders denies that any condition precedents have been satisfied

to obligate it to participate in Beazer Homes' defense in the Underlying Action

under its policies.  ProBuilders denies that its policies provide an agreement to

undertake the duty to defend Beazer Homes as an additional insured.  ProBuilders

lacks sufficient knowledge or information to form a belief as to the truth or falsity

of the remaining allegations set forth in Paragraph 115, and on that basis, denies

generally and specifically those allegations.

116.   ProBuilders admits that Beazer Homes may qualify as an additional

insured on certain policies it issued.  ProBuilders refers to these policies for their

complete terms, conditions, exclusions, endorsements and any and all other

provisions.  ProBuilders denies that its policies provide an agreement to undertake

the duty to defend Beazer Homes as an additional insured.  ProBuilders lacks

BERGER KAHN
*A Law Corporation*
P.O. Box 19694
Irvine, CA 92623-9694

1  sufficient knowledge or information to form a belief as to the truth or falsity of the

2  remaining allegations set forth in Paragraph 116, and on that basis, denies

3  generally and specifically those allegations.

4      117.  ProBuilders admits that Beazer Homes may qualify as an additional

5  insured on certain policies it issued.  ProBuilders refers to these policies for their

6  complete terms, conditions, exclusions, endorsements and any and all other

7  provisions.  ProBuilders denies that its policies provide an agreement to undertake

8  the duty to defend Beazer Homes as an additional insured.  ProBuilders lacks

9  sufficient knowledge or information to form a belief as to the truth or falsity of the

10  remaining allegations set forth in Paragraph 117, and on that basis, denies

11  generally and specifically those allegations.

12      118.  ProBuilders admits that Beazer Homes may qualify as an additional

13  insured on certain policies it issued.  ProBuilders refers to these policies for their

14  complete terms, conditions, exclusions, endorsements and any and all other

15  provisions.  ProBuilders denies that it has failed to discharge any duties under its

16  policies allegedly owed to Beazer Homes.  ProBuilders lacks sufficient knowledge

17  or information to form a belief as to the truth or falsity of the remaining allegations

18  set forth in Paragraph 118, and on that basis, denies generally and specifically

19  those allegations.

20      119.  ProBuilders admits that Beazer Homes may qualify as an additional

21  insured on certain policies it issued.  ProBuilders refers to these policies for their

22  complete terms, conditions, exclusions, endorsements and any and all other

23  provisions.  ProBuilders denies that it has failed to discharge any duties under its

24  policies allegedly owed to Beazer Homes.  ProBuilders lacks sufficient knowledge

25  or information to form a belief as to the truth or falsity of the remaining allegations

26  set forth in Paragraph 119, and on that basis, denies generally and specifically

27  those allegations.

28

# DEFENSES

## FIRST DEFENSE

### (Failure To State A Cause of Action)

120.    The complaint and all causes of action alleged in the complaint fail to state facts sufficient to constitute a cause of action against ProBuilders.

## SECOND DEFENSE

### (No Coverage Or Duty To Defend)

### (Terms, Provisions, Exclusions, Limitations and Conditions)

121.    The applicable terms, provisions, exclusions, limitations, and conditions within the relevant insurance policies preclude recovery, in whole or in part, for the claims and causes of action set forth in Travelers' complaint.

## THIRD DEFENSE

### (Exclusions and Limitations)

122.    The relevant insurance policies do not call for defense of additional insureds, only the named insured. They contain, among other provisions, the following terms that preclude recovery, in whole or in part, for the claims and causes of action set forth in Travelers' complaint:

> We will have the right and duty to defend **you,** the **Named Insured,** against any **suit** seeking those damages provided that no other insurance affording a defense against such a suit is available to **you.** . . . Except as otherwise provided in this policy, **we** have no duty to defend any other **insured.** (Emphasis in original).

## FOURTH DEFENSE

### (Exclusions and Limitations)

123.    The relevant insurance policies did not provide for the defense of additional insureds. They said:

17

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

> We have no duty or obligation to defend any insured
> other than insured as defined in Paragraphs 1. and 2. of
> SECTION II – WHO IS AN INSURED, and **in
> particular no duty to defend insureds as defined in
> Paragraph 3**. of SECTION II – WHO IS AN INSURED.
> (Emphasis added)

Paragraph 3 references additional insureds, which Travelers contends Beazer

Homes is.

> Any other person or entity qualifying as an additional
> insured under a Blanket Additional Insured Endorsement
> or added by an endorsement issued by us to this policy as
> an additional insured is an insured hereunder, but only to
> the extent and with the limitations set forth in the
> endorsement.

These provisions and others, bar Travelers' purported causes of action.

## **FIFTH DEFENSE**

### **(Exclusions and Limitations)**

124. One or more of the relevant insurance policies do not provide

coverage under the Sunset Clause:

> This **policy** shall not apply to claims made against any
> **insured** that are reported to **us** more than two (2) years
> after the **policy** expiration date or cancellation date,
> whichever is the earlier date without regard to the timing
> of the **property damage, bodily injury, personal
> injury,** or **advertising injury** regardless of whether any
> **insured** has coverage with **us** or any other insurer
> providing coverage for such **claims.**

> The provisions of this endorsement shall not extend any
> other time limitation set forth in the **policy** to notify **us** of
> a **claim, lawsuit, occurrence** or **offense.**

> This endorsement applies without regard to whether **we**
> issue a renewal **policy** or any other policy with an
> expiration date after the expiration date of this policy.

These provisions and others, bar Travelers' purported causes of action.

18

BERGER KAHN
*A Law Corporation*
P.O. Box 19694
Irvine, CA 92623-9694

## SIXTH DEFENSE

### (Burden of Proof)

125.   ProBuilders has no obligation to Travelers because Travelers has the burden of proving the existence of an insurance policy, as well as the terms and conditions of any such policy.

## SEVENTH DEFENSE

### (No Damages)

126.   ProBuilders has no obligation to Travelers because Travelers was at all times obligated to fully defend and indemnify its insured and Travelers suffered no damages.

## EIGHTH DEFENSE

### (No Coverage)

127.   ProBuilders has no obligation for all or part of the sums Travelers seeks, because coverage was precluded by the applicable insuring agreements, definitions, conditions, limitations and exclusions of the subject insurance policies and/or by public policy or provisions of law.

## NINTH DEFENSE

### (Voluntary Payments)

128.   Travelers' claims against ProBuilders are barred, in whole or in part, to the extent that Travelers voluntarily settled the underlying claims, made payments, assumed obligations, or incurred expenses in connection with the underlying claims without prior agreement or consent of ProBuilders and contrary to requirements of the policies allegedly issued by ProBuilders.

## TENTH DEFENSE

### (Unreasonable Amounts)

129.   Travelers' claims against ProBuilders are barred, in whole or in part, to the extent the amounts sought for defense and/or indemnity are unreasonable.

## ELEVENTH DEFENSE

### (Pre-Tender Costs)

130.  Travelers' claims against ProBuilders are barred, in whole or in part, to the extent they seek recovery of pre-tender fees, costs, or other amounts.

## TWELFTH DEFENSE

### (Set-Off)

131.  ProBuilders is entitled to a set-off of any alleged liability on its part to the extent provided by law or contract based upon the existence of coverage provided by others or payments made by others to Travelers and/or insured(s) indicated in the complaint.

## THIRTEENTH DEFENSE

### (Equitable Apportionment)

132.  To the extent that it is found that ProBuilders' policies provide coverage for the underlying claims, which ProBuilders denies, the extent of such coverage must be limited by allocation and/or apportionment among other insurance policies issued by other insurance carriers, and ProBuilders is entitled to have any judgment awarded equitably apportioned among all ProBuilders' insurers and their respective policies that provided coverage to its insured(s).

## FOURTEENTH DEFENSE

### (Volunteer)

133.  Travelers' claims against ProBuilders are barred because, in satisfying the claim sued on, Travelers acted as a mere volunteer, and acquired no rights of subrogation against ProBuilders.

## FIFTEENTH DEFENSE

### (Inferior Equitable Position)

134.  Travelers' claims against ProBuilders are barred, in whole or in part, because Travelers has an inferior equitable position with respect to the sums it

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

claims to be owed, and, therefore, has no right to seek contribution from ProBuilders.

**SIXTEENTH DEFENSE**

**(Statute of Limitations)**

135.   Travelers' claims against ProBuilders are barred from recovery because the alleged causes of action were filed after the running of the applicable statute(s) of limitations.

**SEVENTEENTH DEFENSE**

**(Waiver)**

136.   Travelers' claims are barred in whole or in part by the doctrine of waiver.

**EIGHTEENTH DEFENSE**

**(Estoppel)**

137.   Travelers' claims are barred in whole or in part by the doctrine of estoppel.

**NINETEENTH DEFENSE**

**(Unclean Hands)**

138.   Travelers' claims are barred in whole or in part by the doctrine of unclean hands.

**TWENTIETH DEFENSE**

**(Pre-Tender Costs)**

139.   ProBuilders is not responsible for any pre-tender fees and/or costs incurred by any of the alleged insureds and for which Travelers seeks reimbursement, apportionment, or contribution.

/ / / /

21

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

### TWENTY-FIRST DEFENSE

### (Primary Coverage)

140.　The insurance Travelers provided was the primary coverage (or the only coverage) with respect to the claims that were advanced against Travelers' insured(s) in the underlying action.

### TWENTY-SECOND DEFENSE

### (Offset)

141.　Travelers' claims against ProBuilders are barred or should be reduced/offset due to the obligations of other insurers and/or subcontractors.

### TWENTY-THIRD DEFENSE

### (Fair Share)

142.　Travelers' claims against ProBuilders are barred in whole or in part because Travelers has not paid more than its fair share with respect to the sums it claims to be owed, and therefore, has no right to seek contribution from ProBuilders.

### TWENTY-FOURTH DEFENSE

### (No Notice)

143.　Travelers' claims against ProBuilders are barred in whole or in part because Travelers failed to give ProBuilders timely notice of its intent to pursue equitable contribution.

### TWENTY-FIFTH DEFENSE

### (Reservation to Assert Other Defenses)

144.　The complaint fails to set forth with sufficient particularity the terms, provisions, exclusions, conditions or limitations which allegedly triggered any duty on the part of ProBuilders. ProBuilders is unable, at this time, to set forth all affirmative defenses which are, or may be applicable and ProBuilders reserves the right to amend this answer and the affirmative defenses set forth, to assert

additional affirmative defenses, and to supplement, alter or change their answer

upon discovery of additional, different or more definite facts.

WHEREFORE, ProBuilders prays for judgment as follows:

(1) That Travelers' complaint be dismissed, with prejudice;

(2) For a declaration that ProBuilders have no obligation to pay any sum or sums to Travelers on account of, or based upon, the allegations contained in Travelers' complaint;

(3) For ProBuilders' attorneys' fees and costs; and

(4) For any and all such other relief as the court may deem just and proper.

DATED: May 28, 2013          BERGER KAHN, A Law Corporation

By: _____
DAVID B. EZRA, Esq.
ERIN R. MINDORO, Esq.
Attorneys for Defendant
PROBUILDERS SPECIALTY
INSURANCE COMPANY, RRG

B/NBIS/TRAVELERS 4/RAY/1467-0010/PLDGS/ANSWER

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Berger Kahn, A Law Corporation, whose business address is: 2 Park Plaza, Suite 650, Irvine, California 92614-8516 ("the firm").

On May 28, 2013, I served the within document described as: **PROBUILDERS SPECIALTY INSURANCE COMPANY'S ANSWER TO COMPLAINT** on the interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| A. Eric Aguilera, Esq.<br>Kari M. Myron, Esq.<br>THE AGUILERA LAW GROUP<br>650 Town Center Drive, Suite 100<br>Costa Mesa, CA 92626<br>Telephone (714) 384-6600<br>Fax (714) 384-6601 | Attorney for Plaintiff<br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |

☒ **BY MAIL** (Code Civ. Proc. §§ 1013a(3)) – I deposited such envelope for processing in the mailroom in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 28, 2013, at Irvine, California.

*Pamela Daubert*

PAMELA DAUBERT

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

24