Michael J. Leahy (California Bar No. 82247)
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street
Forty-Fifth Floor
Los Angeles, CA 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Josiah Reid (California Bar No. 278438)
HAIGHT BROWN & BONESTEEL LLP
550 West C Street, Suite 1760
San Diego, California 92101
Telephone: 619.595.5583
Facsimile: 619.595.7873

Attorneys for Defendant INTERSTATE FIRE & CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;, <br><br> Plaintiff, <br><br> v. <br><br> OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; EVEREST INDEMNITY INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation; ACE AMERICAN INSURANCE COMPANY fka ALLIED INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSRUANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation; FIRST SPECIALTY | Case No. 1:13-CV-00576-LJO-BAM <br><br> **DEFENDANT INTERSTATE FIRE & CASUALTY COMPANY'S ANSWER TO THE COMPLAINT OF PLAINTIFF TRAVELLERS PROPERTY CASUALTY COMPANY OF AMERICA** <br><br> Complaint Filed: April 19, 2013 |

1

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

INSURANCE CORPORATION, a )
Missouri corporation; IRONSHORE )
SPECIALTY INSURANCE COMPANY, )
an Arizona corporation; AMERICAN )
SAFETY INDEMNITY COMPANY, an )
Oklahoma corporation; LEXINGTON )
INSURANCE COMPANY, a Delaware )
corporation; PROBUILDERS )
SPECIALTY INSURANCE COMPANY, )
RRG, a Washington, D.C. corporation; )
SECURITY AMERICA RISK )
RETENTION GROUP, a Vermont )
corporation; ILLINOIS UNION )
INSURANCE COMPANY, an Illinois )
corporation; ZURICH NORTH )
AMERICAN INSURANCE COMPANY, a )
New York corporation; LIBERTY )
MUTUAL INSURANCE COMPANY, a )
Massachusetts corporation; NORTHERN )
INSURANCE COMPANY OF NEW )
YORK, a New York corporation; )
CHARTIS SPECIALTY INSURANCE )
COMPANY flea AMERICAN )
INTERNATIONAL SPECIALITY LINES )
INSURANCE COMPANY, an Illinois )
corporation; NA VIGATORS )
INSURANCE COMPANY. a New York )
corporation; TRUCK INSURANCE )
EXCHANGE, a California corporation; )
CERTAIN UNDERWRITERS AT )
LLOYD'S, LONDON, a Kentucky )
corporation; PRAETORIAN INSURANCE )
COMPANY, a Pennsylvania; and DOES 1 )
through 10 inclusive. , )
                                      )
          Defendants.                 )
                                      )

COMES NOW Defendant INTERSTATE FIRE & CASUALTY COMPANY

("Interstate"), and admits and/or denies each of the material allegations in the Complaint of

Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

("Plaintiff") as follows:

     1.     The allegations in paragraph 1 of Plaintiff's Complaint purport to set forth a

legal conclusion and therefore no response is required. To the extent paragraph 1 is

construed to call for a response from Interstate, Interstate is without knowledge or

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

1  information sufficient to form a belief as to the truth or falsity of the allegations contained

2  in paragraph 1 of the Complaint and denies any allegations contained therein.

## JURISDICTION

2.    Answering paragraph 2 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

3.    Answering paragraph 3 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

4.    Answering paragraph 4 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

5.    Answering paragraph 5 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

6.    Answering paragraph 6 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

7.    Answering paragraph 7 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

8.    Answering paragraph 8 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

9.    Interstate admits the allegations in paragraph 29 of the Complaint.

10.    Answering paragraph 10 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No.  1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

11.     Answering paragraph 11 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

12.     Answering paragraph 12 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

13.     Answering paragraph 13 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

14.     Answering paragraph 14 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

15.     Answering paragraph 15 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

16.     Answering paragraph 16 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

17.     Answering paragraph 17 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

18.     Answering paragraph 18 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

19.     Answering paragraph 19 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

20. Answering paragraph 20 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

21. Answering paragraph 21 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

22. Answering paragraph 22 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

23. Answering paragraph 23 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

24. Answering paragraph 24 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

25. Answering paragraph 25 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

26. Answering paragraph 26 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

27. Answering paragraph 27 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

28. Answering paragraph 28 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

1    29.    Answering paragraph 29 of the Complaint, Interstate lacks sufficient
2    knowledge and information to form a belief as to the truth or falsity of the allegations in
3    said paragraph, and on that basis denies each and every allegation therein.

4    30.    Answering paragraph 30 of the Complaint, Interstate lacks sufficient
5    knowledge and information to form a belief as to the truth or falsity of the allegations in
6    said paragraph, and on that basis denies each and every allegation therein.

7    31.    Answering paragraph 31 of the Complaint, Interstate lacks sufficient
8    knowledge and information to form a belief as to the truth or falsity of the allegations in
9    said paragraph, and on that basis denies each and every allegation therein.

10    32.    Answering paragraph 32 of the Complaint, Interstate lacks sufficient
11    knowledge and information to form a belief as to the truth or falsity of the allegations in
12    said paragraph, and on that basis denies each and every allegation therein.

13    **VENUE**

14    33.    Answering paragraph 33 of the Complaint, Interstate lacks sufficient
15    knowledge and information to form a belief as to the truth or falsity of the allegations in
16    said paragraph, and on that basis denies each and every allegation therein.

17    **GENERAL ALLEGATIONS**

18    **A.    The Insurance Policies**

19    34.    Answering paragraph 34 of the Complaint, Interstate lacks sufficient
20    knowledge and information to form a belief as to the truth or falsity of the allegations in
21    said paragraph, and on that basis denies each and every allegation therein.

22    35.    Answering paragraph 35 of the Complaint, Interstate lacks sufficient
23    knowledge and information to form a belief as to the truth or falsity of the allegations in
24    said paragraph, and on that basis denies each and every allegation therein.

25    36.    Answering paragraph 36 of the Complaint, Interstate lacks sufficient
26    knowledge and information to form a belief as to the truth or falsity of the allegations in
27    said paragraph, and on that basis denies each and every allegation therein.

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

37. Interstate admits it issued general liability insurance to Baku Corporation dba Alder Creek Millwork. As to the remaining allegations in paragraph 37 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations, and on that basis denies each and every one of them.

38. Answering paragraph 38 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

39. Answering paragraph 39 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

40. Answering paragraph 40 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

41. Answering paragraph 41 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

42. Answering paragraph 42 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

43. Answering paragraph 43 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

44. Answering paragraph 44 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

45. Answering paragraph 45 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

1      46.    Answering paragraph 46 of the Complaint, Interstate lacks sufficient

2  knowledge and information to form a belief as to the truth or falsity of the allegations in

3  said paragraph, and on that basis denies each and every allegation therein.

4      47.    Answering paragraph 47 of the Complaint, Interstate lacks sufficient

5  knowledge and information to form a belief as to the truth or falsity of the allegations in

6  said paragraph, and on that basis denies each and every allegation therein.

7      48.    Answering paragraph 48 of the Complaint, Interstate lacks sufficient

8  knowledge and information to form a belief as to the truth or falsity of the allegations in

9  said paragraph, and on that basis denies each and every allegation therein.

10      49.    Answering paragraph 49 of the Complaint, Interstate lacks sufficient

11  knowledge and information to form a belief as to the truth or falsity of the allegations in

12  said paragraph, and on that basis denies each and every allegation therein.

13      50.    Answering paragraph 50 of the Complaint, Interstate lacks sufficient

14  knowledge and information to form a belief as to the truth or falsity of the allegations in

15  said paragraph, and on that basis denies each and every allegation therein.

16      51.    Answering paragraph 51 of the Complaint, Interstate lacks sufficient

17  knowledge and information to form a belief as to the truth or falsity of the allegations in

18  said paragraph, and on that basis denies each and every allegation therein.

19      52.    Interstate admits it issued general liability insurance to Ed's Fence, Inc.  As

20  to the remaining allegations in paragraph 52 of the Complaint, Interstate lacks sufficient

21  knowledge and information to form a belief as to the truth or falsity of the allegations, and

22  on that basis denies each and every one of them.

23      53.    Answering paragraph 53 of the Complaint, Interstate lacks sufficient

24  knowledge and information to form a belief as to the truth or falsity of the allegations in

25  said paragraph, and on that basis denies each and every allegation therein.

26      54.    Answering paragraph 54 of the Complaint, Interstate lacks sufficient

27  knowledge and information to form a belief as to the truth or falsity of the allegations in

28  said paragraph, and on that basis denies each and every allegation therein.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

1      55.    Answering paragraph 55 of the Complaint, Interstate lacks sufficient

2 knowledge and information to form a belief as to the truth or falsity of the allegations in

3 said paragraph, and on that basis denies each and every allegation therein.

4      56.    Answering paragraph 56 of the Complaint, Interstate lacks sufficient

5 knowledge and information to form a belief as to the truth or falsity of the allegations in

6 said paragraph, and on that basis denies each and every allegation therein.

7      57.    Answering paragraph 57 of the Complaint, Interstate lacks sufficient

8 knowledge and information to form a belief as to the truth or falsity of the allegations in

9 said paragraph, and on that basis denies each and every allegation therein.

10      58.    Answering paragraph 58 of the Complaint, Interstate lacks sufficient

11 knowledge and information to form a belief as to the truth or falsity of the allegations in

12 said paragraph, and on that basis denies each and every allegation therein.

13      59.    Answering paragraph 59 of the Complaint, Interstate lacks sufficient

14 knowledge and information to form a belief as to the truth or falsity of the allegations in

15 said paragraph, and on that basis denies each and every allegation therein.

16      60.    Answering paragraph 60 of the Complaint, Interstate lacks sufficient

17 knowledge and information to form a belief as to the truth or falsity of the allegations in

18 said paragraph, and on that basis denies each and every allegation therein.

19      61.    Answering paragraph 61 of the Complaint, Interstate lacks sufficient

20 knowledge and information to form a belief as to the truth or falsity of the allegations in

21 said paragraph, and on that basis denies each and every allegation therein.

22      62.    Answering paragraph 62 of the Complaint, Interstate lacks sufficient

23 knowledge and information to form a belief as to the truth or falsity of the allegations in

24 said paragraph, and on that basis denies each and every allegation therein.

25      63.    Answering paragraph 63 of the Complaint, Interstate lacks sufficient

26 knowledge and information to form a belief as to the truth or falsity of the allegations in

27 said paragraph, and on that basis denies each and every allegation therein.

28

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

1    64.    Answering paragraph 64 of the Complaint, Interstate lacks sufficient
2    knowledge and information to form a belief as to the truth or falsity of the allegations in
3    said paragraph, and on that basis denies each and every allegation therein.

4    65.    Answering paragraph 65 of the Complaint, Interstate lacks sufficient
5    knowledge and information to form a belief as to the truth or falsity of the allegations in
6    said paragraph, and on that basis denies each and every allegation therein.

7    66.    Answering paragraph 66 of the Complaint, Interstate lacks sufficient
8    knowledge and information to form a belief as to the truth or falsity of the allegations in
9    said paragraph, and on that basis denies each and every allegation therein.

10    67.    Answering paragraph 67 of the Complaint, Interstate lacks sufficient
11    knowledge and information to form a belief as to the truth or falsity of the allegations in
12    said paragraph, and on that basis denies each and every allegation therein.

13    68.    Answering paragraph 68 of the Complaint, Interstate lacks sufficient
14    knowledge and information to form a belief as to the truth or falsity of the allegations in
15    said paragraph, and on that basis denies each and every allegation therein.

16    69.    Answering paragraph 69 of the Complaint, Interstate lacks sufficient
17    knowledge and information to form a belief as to the truth or falsity of the allegations in
18    said paragraph, and on that basis denies each and every allegation therein.

19    70.    Answering paragraph 70 of the Complaint, Interstate lacks sufficient
20    knowledge and information to form a belief as to the truth or falsity of the allegations in
21    said paragraph, and on that basis denies each and every allegation therein.

22    71.    Answering paragraph 71 of the Complaint, Interstate lacks sufficient
23    knowledge and information to form a belief as to the truth or falsity of the allegations in
24    said paragraph, and on that basis denies each and every allegation therein.

25    72.    Answering paragraph 72 of the Complaint, Interstate lacks sufficient
26    knowledge and information to form a belief as to the truth or falsity of the allegations in
27    said paragraph, and on that basis denies each and every allegation therein.

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

1      73.    Answering paragraph 73 of the Complaint, Interstate lacks sufficient

2 knowledge and information to form a belief as to the truth or falsity of the allegations in

3 said paragraph, and on that basis denies each and every allegation therein.

4      74.    Answering paragraph 74 of the Complaint, Interstate lacks sufficient

5 knowledge and information to form a belief as to the truth or falsity of the allegations in

6 said paragraph, and on that basis denies each and every allegation therein.

7      75.    Answering paragraph 75 of the Complaint, Interstate lacks sufficient

8 knowledge and information to form a belief as to the truth or falsity of the allegations in

9 said paragraph, and on that basis denies each and every allegation therein.

10      76.    Answering paragraph 76 of the Complaint, Interstate lacks sufficient

11 knowledge and information to form a belief as to the truth or falsity of the allegations in

12 said paragraph, and on that basis denies each and every allegation therein.

13      77.    Answering paragraph 77 of the Complaint, Interstate lacks sufficient

14 knowledge and information to form a belief as to the truth or falsity of the allegations in

15 said paragraph, and on that basis denies each and every allegation therein.

16      78.    Answering paragraph 78 of the Complaint, Interstate lacks sufficient

17 knowledge and information to form a belief as to the truth or falsity of the allegations in

18 said paragraph, and on that basis denies each and every allegation therein.

19      79.    Answering paragraph 79 of the Complaint, Interstate lacks sufficient

20 knowledge and information to form a belief as to the truth or falsity of the allegations in

21 said paragraph, and on that basis denies each and every allegation therein.

22      80.    Answering paragraph 80 of the Complaint, Interstate lacks sufficient

23 knowledge and information to form a belief as to the truth or falsity of the allegations in

24 said paragraph, and on that basis denies each and every allegation therein.

25      81.    Answering paragraph 81 of the Complaint, Interstate lacks sufficient

26 knowledge and information to form a belief as to the truth or falsity of the allegations in

27 said paragraph, and on that basis denies each and every allegation therein.

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

82. Answering paragraph 82 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

83. Answering paragraph 83 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

84. Answering paragraph 84 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

85. Answering paragraph 85 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

86. Answering paragraph 86 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

87. Answering paragraph 87 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

88. Answering paragraph 88 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

89. Answering paragraph 89 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

90. Answering paragraph 90 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

91. Answering paragraph 91 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

92. Answering paragraph 92 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

93. Answering paragraph 93 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

94. Answering paragraph 94 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

95. For itself, and itself alone, Interstate admits it is in possession of certain insurance policies as alleged in paragraphs 37 and 52. As to other parties, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations and, on that basis, denies each and every on of them.

96. Answering paragraph 96 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

**B.    The Underlying Action**

97. Answering paragraph 97 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

98. Answering paragraph 98 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

1        99.    Answering paragraph 99 of the Complaint, Interstate lacks sufficient

2 knowledge and information to form a belief as to the truth or falsity of the allegations in

3 said paragraph, and on that basis denies each and every allegation therein.

4        100.   For itself, and itself alone, Interstate admits it denied Beazer Homes' tender.

5 As to other parties, Interstate lacks sufficient knowledge and information to form a belief

6 as to the truth or falsity of the allegations and, on that basis, denies each and every on of

7 them

8        101.   Answering paragraph 101 of the Complaint, Interstate lacks sufficient

9 knowledge and information to form a belief as to the truth or falsity of the allegations in

10 said paragraph, and on that basis denies each and every allegation therein.

11      102.   Answering paragraph 102 of the Complaint, Interstate lacks sufficient

12 knowledge and information to form a belief as to the truth or falsity of the allegations in

13 said paragraph, and on that basis denies each and every allegation therein.

14      103.   Answering paragraph 103 of the Complaint, Interstate lacks sufficient

15 knowledge and information to form a belief as to the truth or falsity of the allegations in

16 said paragraph, and on that basis denies each and every allegation therein.

17      104.   Answering paragraph 104 of the Complaint, Interstate lacks sufficient

18 knowledge and information to form a belief as to the truth or falsity of the allegations in

19 said paragraph, and on that basis denies each and every allegation therein.

20      105.   Answering paragraph 105 of the Complaint, Interstate lacks sufficient

21 knowledge and information to form a belief as to the truth or falsity of the allegations in

22 said paragraph, and on that basis denies each and every allegation therein.

### FIRST CAUSE OF ACTION FOR DECLARATORY RELIEF

### (By Plaintiff Against All Defendants and Does 1 through 10)

25      106.   Paragraph 106 of the Complaint incorporates each allegation contained in all

26 of the preceding paragraphs. To the extent those allegations are incorporated, Interstate

27 restates its responses to paragraphs 1-105.

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

1       107.  Answering paragraph 107 of the Complaint, Interstate lacks sufficient

2 knowledge and information to form a belief as to the truth or falsity of the allegations in

3 said paragraph, and on that basis denies each and every allegation therein.

4       108.  Answering paragraph 108 of the Complaint, Interstate lacks sufficient

5 knowledge and information to form a belief as to the truth or falsity of the allegations in

6 said paragraph, and on that basis denies each and every allegation therein.

7       109.  Answering paragraph 109 of the Complaint, Interstate lacks sufficient

8 knowledge and information to form a belief as to the truth or falsity of the allegations in

9 said paragraph, and on that basis denies each and every allegation therein.

10       **SECOND CAUSE OF ACTION FOR EQUITABLE CONTRIBUTION**

11       **(By Plaintiff Against All Defendants and Does 1 through 10)**

12       110.  Paragraph 110 of the Complaint incorporates each allegation contained in all

13 of the preceding paragraphs.  To the extent those allegations are incorporated, Interstate

14 restates its responses to paragraphs 1-109.

15       111.  Answering paragraph 111 of the Complaint, Interstate lacks sufficient

16 knowledge and information to form a belief as to the truth or falsity of the allegations in

17 said paragraph, and on that basis denies each and every allegation therein.

18       112.  Answering paragraph 112 of the Complaint, Interstate lacks sufficient

19 knowledge and information to form a belief as to the truth or falsity of the allegations in

20 said paragraph, and on that basis denies each and every allegation therein.

21       113.  Answering paragraph 113 of the Complaint, Interstate lacks sufficient

22 knowledge and information to form a belief as to the truth or falsity of the allegations in

23 said paragraph, and on that basis denies each and every allegation therein.

24       114.  Answering paragraph 114 of the Complaint, Interstate lacks sufficient

25 knowledge and information to form a belief as to the truth or falsity of the allegations in

26 said paragraph, and on that basis denies each and every allegation therein.

27

28

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

115.  Answering paragraph 115 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

116.  Answering paragraph 116 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

117.  Answering paragraph 117 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

118.  Answering paragraph 118 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

119.  Answering paragraph 119 of the Complaint, Interstate lacks sufficient knowledge and information to form a belief as to the truth or falsity of the allegations in said paragraph, and on that basis denies each and every allegation therein.

## PLAINTIFF'S PRAYER FOR RELIEF

1.  Interstate answers that the requested relief should be denied.

2.  Interstate answers that the requested relief should be denied.

3.  Interstate answers that the requested relief should be denied.

4.  Interstate answers that the requested relief should be denied.

5.  Interstate answers that the requested relief should be denied.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

1.  The Complaint, and each cause of action contained therein, and each and every paragraph therein, fails to state facts sufficient to constitute a cause of action against Interstate.

/ / /

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No.  1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2.    Interstate is informed and believes and upon such information and belief alleges that Plaintiff is barred from recovery herein because the alleged causes of action were filed after the running of the applicable statute(s) of limitations, including without limitation California Code of Civil Procedure sections 337, 338, 339, and/or Civil Code section 941.

## THIRD AFFIRMATIVE DEFENSE

### (Estoppel)

3.    On information and belief, Plaintiff's claims are barred in whole or in part by the doctrine of estoppel.

## FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

4.    On information and belief, Plaintiff's claims are barred in whole or in part by the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE

### (Privilege)

5.    Interstate alleges its actions were and are privileged pursuant to Civil Code section 47.

## SIXTH AFFIRMATIVE DEFENSE

### (Laches)

6.    Plaintiff's claims are barred in whole or in part by the doctrine of laches.

## SEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

7.    Plaintiff's claims are barred in whole or in part by unclean hands.

/ / /

/ / /

/ / /

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

## EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

8.     Plaintiff's claims against Interstate are barred, in whole or in part, to the extent Plaintiff and/or the insured(s) have failed to mitigate, minimize, or avoid damages and/or failed to cooperate with Interstate in connection with the underlying claims.

## NINTH AFFIRMATIVE DEFENSE

### (No Justiciable Controversy)

9.     Plaintiff's claims are not ripe for adjudication because there is no justiciable case or controversy.

## TENTH AFFIRMATIVE DEFENSE

### (*Ultra Vires*)

10.     Any representations made by any person or entity regarding insurance under any of Interstate's insurance policies were made *ultra vires* and/or beyond the scope of any agency relationship with Interstate, if any agency relationship existed, which is denied.

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Contract)

11.     Interstate has no obligation to Plaintiff because Plaintiff had no contract with Interstate, including but not limited to no offer, no acceptance and no consideration.

## TWELFTH AFFIRMATIVE DEFENSE

### (Burden of Proof)

12.     Interstate has no obligation to Plaintiff because Plaintiff has the burden of proving the existence of an insurance policy, as well as the terms and conditions of any such policy.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (No Damages)

13.     Interstate has no obligation to Plaintiff because Plaintiff was at all times obligated to fully defend and indemnify its insured and Plaintiff suffered no damages.

/ / /

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Release)

14.    On information and belief, Interstate has no obligation to Plaintiff because the underlying claimants have fully released Plaintiff, the subcontractors and/or the other insurers, who have also been released by Plaintiff.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Not Insureds)

15.    No coverage is available for Plaintiff's claims because the insured(s) identified in the Complaint are not named insureds, insureds, or additional insureds under any of the insurance policies issued by Interstate.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (No "Occurrence")

16.    Insurance coverage did not exist under Interstate's policy for all or part of the claims in the underlying action as said claims are not the result of an "occurrence" during the period or periods in which Interstate's policies were in force.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Not "Property Damage", "Bodily Injury" or "Personal / Advertising Injury")

17.    To the extent that the damage alleged in the underlying lawsuit is neither "bodily injury," "property damage," nor "personal injury and advertising injury," as those terms are defined in the policies at issue in this litigation, there is no coverage for Plaintiffs' claims.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Policy Exclusions)

18.    Plaintiff's claims are barred to the extent that the damage alleged falls within one or more exclusions contained in the policies issued by Interstate, including without limitation the following:

j.    Damage to Property

**Property damage** to:

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

(1)    Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2)    Premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises;

(3)    Property loaned to you;

(4)    Personal property in the care, custody, or control of the insured;

(5)    That particular party of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations; or

(6)    That particular party of any property that must be restored, repaired or replaced because your work was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage to Premises Rented to You as described in Section III – Limits of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to **property damage** included in the **products-completed operations hazard**.

k.    Damage to Your Product

    **Property damage** to **your product** arising out of it or any part of it.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

l.   Damage to Your Work

**Property damage** to **your work** arising out of it or any part of it and included in the **products-completed operations hazard**.

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m.   Damage to Impaired Property or Property Not Physically Injured

**Property damage** to **impaired property** or property that has not been physically injured arising out of:

(1)   A defect, deficiency, inadequacy or dangerous condition in **your product** or **your work**; or

(2)   A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to **your product** or **your work** after it has been put to its intended use.

## NINETEENTH AFFIRMATIVE DEFENSE

### (No Coverage)

19.   Interstate have no obligation for all or part of the sums Plaintiff seeks, because coverage was precluded by the applicable insuring agreements, definitions, conditions, limitations and exclusions of the subject insurance policies and/or by public policy or provisions of law.

## TWENTIETH AFFIRMATIVE DEFENSE

### (No Causal Connection)

20.   Insurance coverage does not exist under Interstate's policies because Plaintiff's damages did not arise out of the named insured's work for the purported additional insured(s).

/ / /

/ / /

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Not Insured Contract)

21. Insurance coverage did not exist under Interstate's policies for all or part of the claims in the underlying action as said claims were not the result of any contract insured by Interstate's policy.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Not Products - Completed Operations Hazard)

22. Insurance coverage did not exist under Interstate's policies since the claims were not the result of "products - completed operations hazard" as defined in the policies.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (No Action Clause)

23. Interstate has no obligation to Plaintiff because Plaintiff's claims are barred by the no action clause in the policies.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Late Notice)

24. Insurance coverage does not exist under Interstate's policies because of the failure of Plaintiff and/or the insured to provide timely notice of the claims as required by Interstate's policies and/or applicable law.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Limits of Insurance)

25. Interstate has no obligation for insurance coverage because while Interstate expressly denies all liability under the Complaint, if Interstate is liable for some or all of the subject claims, the obligation to provide coverage is governed in all respects by the policy provision pertaining to the limits of insurance and/or exhaustion of those limits.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Other Insurance)

26. Plaintiff's claims against Interstate are barred, in whole or in part, due to the existence of other insurance.

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Conditions Precedent and Subsequent)

27.    Plaintiff's claims against Interstate are barred, in whole or in part, to the extent all conditions precedent and/or subsequent to any coverage and/or liability under Interstate's policies have not been fulfilled as required.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Voluntary Payments)

28.    Plaintiff's claims against Interstate are barred, in whole or in part, to the extent that Plaintiff voluntarily settled the underlying claims, made payments, assumed obligations, or incurred expenses in connection with the underlying claims without prior agreement or consent of Interstate and contrary to requirements of the policies allegedly issued by Interstate.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Unreasonable Amounts)

29.    Plaintiff's claims against Interstate are barred, in whole or in part, to the extent the amounts sought for defense and/or indemnity are unreasonable.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Pre-Tender Costs)

30.    Plaintiff's claims against Interstate are barred, in whole or in part, to the extent they seek recovery of pre-tender fees, costs, or other amounts.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (Set-Off)

31.    Interstate is entitled to a set-off of any alleged liability on their part to the extent provided by law or contract based upon the existence of coverage provided by others or payments made by others to Plaintiff and/or insured(s) indicated in the Complaint.

/ / /

/ / /

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

23

Case No.  1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

# THIRTY-SECOND AFFIRMATIVE DEFENSE

## (Equitable Apportionment)

32. To the extent that it is found that Interstate's policies provide coverage for the underlying claims, which Interstate denies, the extent of such coverage must be limited by allocation and/or apportionment among other policies of insurance issued by other insurance carriers, and Interstate is entitled to have any judgment awarded herein equitably apportioned among all defendant insurers and their respective policies that provided coverage to its insured(s).

# THIRTY-THIRD AFFIRMATIVE DEFENSE

## (Inferior Equitable Position)

33. Plaintiff's claims against Interstate are barred, in whole or in part, because Plaintiff has an inferior equitable position with respect to the sums it claims to be owed, and, therefore, has no right to seek contribution from Interstate.

# THIRTY-FOURTH AFFIRMATIVE DEFENSE

## (Failure to Join Necessary and Indispensible Parties)

34. Interstate is informed and believes and on such information and belief alleges that Plaintiff has failed to name necessary or indispensable parties to its Complaint.

# THIRTY-FIFTH AFFIRMATIVE DEFENSE

## (Reservation to Assert other Affirmative Defenses)

35. The Complaint fails to set forth with sufficient particularity the terms, provisions, exclusions, conditions or limitations which allegedly triggered any duty on the part of Interstate. Interstate is unable, at this time, to set forth all affirmative defenses which are, or may be applicable and Interstate reserves the right to amend this answer and the affirmative defenses set forth herein, to assert additional affirmative defenses, and to supplement, alter or change their answer upon discovery of additional, different or more definite facts.

WHEREFORE, Interstate prays for judgment as follows:

(1) That the Complaint be dismissed, with prejudice;

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

1       (2)    For a declaration that Interstate has no obligation to pay any sum or sums to

2   Plaintiff on account of, or based upon, the allegations contained in Plaintiff's Complaint;

3       (3)    For Interstate's attorneys' fees and costs; and

4       (4)    For any and all such other relief as the Court may deem just and proper.

Dated: May 30, 2013                HAIGHT BROWN & BONESTEEL LLP

By:      /s/ Josiah R. Reid, Esq.
          Michael J. Leahy
          Josiah R. Reid
          Attorneys for Defendant
          INTERSTATE FIRE & CASUALTY
          COMPANY

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No.  1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                         )   ss.:
COUNTY OF SAN DIEGO   )

*TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA v. OLD REPUBLIC INSURANCE COMPANY*
*1:13-CV-00576-LJO-BAM*

      I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West C Street, Suite 1760, San Diego, California 92101.

      On May 30, 2013, I served the within document(s) described as:

DEFENDANT INTERSTATE FIRE & CASUALTY COMPANY'S ANSWER TO THE COMPLAINT OF PLAINTIFF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

on the interested parties in this action as stated on the attached mailing list.

[X]    (CM/ECF) Pursuant to the United States District Court Procedural Rules for Electronic Case Filing and the Case Management/Electronic Case Filing Rules, (Fed. R. Civ. P. 5(b)(2)(E); L.R. 135(g)) the above-listed documents were electronically served on the parties shown on the attached service list for the above-entitled case, as listed above.

      Executed on May 30, 2013, at San Diego, California.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Shelby Bennett | /s/ Shelby Bennett |
|---|---|
| (Type or print name) | (Signature) |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER

**Abel Eric Aguilera**
The Aguilera Law Group, APLC
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626

Attorneys for Plaintiff
714-384-6600-6620
Fax: 714-384-6601
Email: eaguilera@aguileragroup.com

**Bryan M Barber**
Barber Law Group
525 University Avenue
Suite 600
Palo Alto, CA 94301

Attorneys for Defendant
*Old Republic Insurance Company*
415-273-2930-4
Email: bbarber@barberlg.com

**John H. Podesta**
Murchison & Cumming LLP
275 Battery Street, Suite 550
San Francisco, CA 94111

Attorneys for Defendant
*Ironshore Specialty Insurance Company*
415-524-4300-4317
Email: jpodesta@murchisonlaw.com

**Alan E. Swerdlow**
Boornazian, Jensen & Garthe
P.O. Box 12925
555 12th Street
Suite 1800
Oakland, CA 94604

Attorneys for Defendant
*American Safety Indemnity Company*
510-834-4350-122
Fax: 510-839-1897
Email: aswerdlow@bjg.com

**David B Ezra**
Berger Kahn
2 Park Plaza, Suite 650
Irvine, CA 92614

Attorneys for Defendant
*Probuilders Specialty Insurance Company, RRG*
949-748-4446
Fax: 949-474-7265
Email: dezra@bergerkahn.com

**Michael James Bartlett**
Sinnott Puebla Campagne & Curet
550 S. Hope Street, Suite 2350
Los Angeles, CA 90071

Attorneys for Defendant
*Northern Insurance Company of New York*
213-996-4200
Fax: 213-892-8322
Email: mbartlett@spcclaw.com

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

FF06-0000047
9886803.1

27

Case No. 1:13-CV-00576-LJO-BAM
DEFENDANT INTERSTATE'S ANSWER