ANDREW D. HEROLD, ESQ., Bar No. 178640
aherold@heroldsagerlaw.com
KENDALL DULICH, ESQ., Bar No 178307
kdulich@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
(760) 487-1047 / (760) 487-1064 FAX

Attorneys for Defendants
CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                        Plaintiff,<br><br>    v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive,<br><br>                        Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**(Doc. 26)** |

This Stipulation is entered into by and between Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") and Defendant CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY ("Chartis Specialty") by and through their respective attorneys' of record.

**RECITALS**

1.       WHEREAS Travelers filed its complaint in the instant action on April 19, 2013;

2.       WHEREAS Travelers served Chartis Specialty on May 9, 2013 with the summons

1  and complaint in this action;

2      3.     WHEREAS Travelers and Chartis Specialty have agreed to an extension for Chartis
3  Specialty to respond to the complaint;

4  <b><u>IT IS HEREBY STIPULATED AND AGREED:</u></b>

5      4.     Subject to the Court's approval, Chartis Specialty shall file a responsive pleading to
6  the complaint on or before June 13, 2013.

7      5.     This stipulation shall not constitute an appearance by Chartis Specialty. Chartis
8  Specialty does not waive its right to challenge the Court's jurisdiction over this matter and/or
9  whether Chartis Specialty was validly served with summons and complaint.

DATED: May 31, 2013　　　　　　　　HEROLD & SAGER

　　　　　　　　　　　　　　　　　　　　　　　/s/ Andrew Herold
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW D. HEROLD, ESQ.
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　Chartis Specialty Insurance Company and National Union Fire Insurance Company

DATED: May 31, 2013　　　　　　　　THE AGUILERA LAW GROUP, APLC

　　　　　　　　　　　　　　　　　　　　　　　/s/ Angela Martin (as authorized 5-31-13)
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　A. ERIC AGUILERA
　　　　　　　　　　　　　　　　　　　　KARI M. MYRON
　　　　　　　　　　　　　　　　　　　　ANGELA MARTIN
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　TRAVELERS PROPERTY
　　　　　　　　　　　　　　　　　　　　CASUALTY COMPANY OF AMERICA

**ORDER**

On May 31, 2013, Plaintiff and Defendant Chartis Specialty stipulated to extend Defendants' time to file an answer or otherwise respond to Plaintiff's Complaint. (Doc. 26). The Stipulation of the parties is APPROVED. Defendant Chartis Specialty shall have up to an including June 13, 2013 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   **June 4, 2013**              /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE