ANDREW D. HEROLD, ESQ., Bar No. 178640
aherold@heroldsagerlaw.com
KENDALL DULICH, ESQ., Bar No 178307
kdulich@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
(760) 487-1047 / (760) 487-1064 FAX

Attorneys for Defendants
CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**(Doc. 27)** |

This Stipulation is entered into by and between Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") and Defendant NATIONAL UNION FIRE INSURANCE COMPANY ("National Union") by and through their respective attorneys' of record.

**RECITALS**

1. WHEREAS Travelers filed its complaint in the instant action on April 19, 2013;

2. WHEREAS Travelers served National Union on May 9, 2013 with the summons and complaint in this action;

1

3. WHEREAS Travelers and National Union have agreed to an extension for National Union to respond to the complaint;

**IT IS HEREBY STIPULATED AND AGREED:**

4. Subject to the Court's approval, National Union shall file a responsive pleading to the complaint on or before June 13, 2013.

5. This stipulation shall not constitute an appearance by National Union. National Union does not waive its right to challenge the Court's jurisdiction over this matter and/or whether National Union was validly served with summons and complaint.

DATED: May 31, 2013                    HEROLD & SAGER

                                                             */s/ Andrew Herold*
                                       _____
                                       ANDREW D. HEROLD, ESQ.
                                       Attorneys for Defendants
                                       Chartis Specialty Insurance Company and National Union Fire Insurance Company

DATED: May 31, 2013                    THE AGUILERA LAW GROUP, APLC

                                                             */s/ Angela Martin (as authorized 5-31-13)*
                                       _____
                                       A. ERIC AGUILERA
                                       KARI M. MYRON
                                       ANGELA MARTIN
                                       Attorneys for Plaintiff
                                       TRAVELERS PROPERTY
                                       CASUALTY COMPANY OF AMERICA

**ORDER**

On May 31, 2013, Plaintiff and Defendant National Union stipulated to extend Defendants' time to file an answer or otherwise respond to Plaintiff's Complaint. (Doc. 27). The Stipulation of the parties is APPROVED. Defendant National Union shall have up to an including June 13, 2013 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   **June 4, 2013**                    /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE