Linda Wendell Hsu, Esq. (SBN 162971)
SELMAN BREITMAN LLP
33 New Montgomery St. Sixth Floor
San Francisco, CA 94105-4506
PH: (415) 979-0400
FAX: (415) 979-2099

Attorneys for Defendant
EVEREST INDEMNITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; EVEREST INDEMNITY INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California Corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation; ACE AMERICAN INSURANCE COMPANY fka ALLIED INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; LEXINGTON INSURANCE | CASE NO.　　1:13-CV-00576-LJO-BAM<br><br>**ORDER TO EXTEND TIME FOR EVEREST INDEMNITY INSURANCE COMPANY TO FILE A RESPONSIVE PLEADING**<br><br>Complaint Filed: April 19, 2013 |

275248.1  1062.34731

1

| | |
|---|---|
| COMPANY, a Delaware corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a Washington D.C. corporation; SECURITY AMERICA RISK RETENTION GROUP, a Vermont corporation; ILLINOIS UNION INSURANCE COMPANY, a Illinois corporation; ZURICH NORTH AMERICAN INSURANCE COMPANY, a New York corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; TRUCK INSURANCE EXCHANGE, a California corporation; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, a Kentucky corporation; PRAETORIAN INSURANCE COMPANY, a Pennsylvania; and DOES 1 through 10 inclusive.<br><br>                    Defendants. | |

On June 3, 2013, Plaintiff and Defendant EVEREST INDEMNITY INSURANCE COMPANY stipulated to extend Defendant's time to file an answer or otherwise respond to Plaintiff's Complaint. (Doc. 28). The Stipulation of the parties is APPROVED. Defendant EVEREST INDEMNITY INSURANCE COMPANY shall have up to an including June 18, 2013 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

   Dated:   **June 4, 2013**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE