MATTHEW A. ARIGO [SBN 254871]
BONETATI & KINCAID, INC.
2020 North Tustin Avenue
Santa Ana, California 92705
(714) 466-6600 phone
(714) 466-6601 fax

Attorneys for Defendant
UNDERWRITERS AT LLOYD'S LONDON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; EVERETT INDEMNITY INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation; ACE AMERICAN INSURANCE COMPANY, fka ALLIED INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a North Dakota corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; SPECIALTY INSURANCE COMPANY, an Arizona corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation, LEXINGTON INSURANCE COMPANY, a Delaware corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, | CASE NO.: 1:13-cv-00576-LJO-BAM<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**[Local Rule 144(a)]**<br><br>Current Response Dates:  5/30/13 & 6/3/13<br><br>New Response Date:  6/18/13 |

| | |
|---|---|
| RRG, a Washington, D.C. corporation; SECURITY AMERICAN RISK RETENTION GROUP, a Vermont corporation; ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; ZURICH NORTH AMERICAN INSURANCE COMPANY, a New York corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; TRUCK INSURANCE EXCHANGE, a California corporation; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, a Kentucky corporation; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation and DOES 1 through 10, inclusive.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff Travelers Property Casualty Company of America ("Travelers") and Defendant UNDERWRITERS AT LLOYD'S LONDON ("Underwriters"), by and through their counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), hereby stipulate to an 28-day extension of time to respond to Travelers' Complaint in this matter.

Travelers filed this action on April 19, 2013. Underwriters was served with the Complaint on May 9, 2013. Pursuant to Federal Rules of Civil Procedure Rule 12(a)(1)(A)(i), Underwriters is required to respond to the Complaint on or before May 30, 2013. Pursuant to Eastern District Local Rule 144(a), the Parties stipulate and agree to extend these dates for 28-days to June 28, 2013. Good cause exists for this extension to allow Underwriters time to obtain their policies and claim files, if any, prior to responding to the Complaint.  There have

been no prior extensions of time for Underwriters to respond to the Complaint, and because the Complaint was recently filed, there appears to be no prejudice extending the time for Underwriters to respond to the Complaint.

   WHEREFORE, for the foregoing reasons, the parties stipulate that Underwriters shall have up to and including June 28, 2013 to answer or otherwise respond to Travelers' Complaint.

   IT IS SO STIPULATED.

Dated:  May 30, 2013				THE AGUILERA LAW GROUP, APLC


						By: /s/ Angela Martin as approved on 5/30/13
						    KARI M. MYRON
						    ANGELA MARTIN
						    Attorneys for Plaintiff TRAVELERS
						    PROPERTY CASUALTY COMPANY
						    OF AMERICA


Dated:  May 30, 2013				BONETATI & KINCAID, INC.


						By: /s/ Matthew A. Arigo as approved on 5/30/13
						    MATTHEW A. ARIGO
						    Attorneys for Defendant
						    UNDERWRITERS AT LLOYD'S
						    LONDON


IT IS SO ORDERED.

   Dated:  **June 4, 2013**			    /s/ Barbara A. McAuliffe
						UNITED STATES MAGISTRATE JUDGE

3

**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**