# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>　　　　　　Defendants. | Case No. 1:13-CV-00576-LJO-BAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CLARENDON NATIONAL INSURANCE AND PRAETORIAN SPECIALTY INSURANCE COMPANY TO RESPOND TO COMPLAINT**<br><br>**(Doc. 36)**<br><br>Complaint Filed: April 19, 2013 |

For good cause shown, IT IS NOW ORDERED that the time for defendants Clarendon National Insurance Company ("Clarendon") and Praetorian Specialty Insurance Company ("Praetorian") to respond to the complaint is extended by 28 days. Any responsive pleading by Clarendon and Praetorian is therefore due on or before June 26, 2013.

IT IS SO ORDERED.

　　Dated:　**June 10, 2013**　　　　　　　　／s／ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE