ANDREW D. HEROLD, ESQ., Bar No. 178640
aherold@heroldsagerlaw.com
KENDALL DULICH, ESQ., Bar No 178307
kdulich@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
(760) 487-1047 / (760) 487-1064 FAX

Attorneys for Defendants
CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                              Plaintiff,<br><br>   v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive,<br><br>                              Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING** |

   This Stipulation is entered into by and between Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") and Defendant LEXINGTON INSURANCE COMPANY ("Lexington") by and through their respective attorneys' of record.

**RECITALS**

   1.   WHEREAS Travelers filed its complaint in the instant action on April 19, 2013;

   2.   WHEREAS Travelers served Lexington on May 2, 2013 with the summons and complaint in this action;

///

///

3. WHEREAS Travelers and Lexington have agreed to an extension for Lexington to respond to the complaint;

**IT IS HEREBY STIPULATED AND AGREED:**

4. Subject to the Court's approval, Lexington shall file a responsive pleading to the complaint on or before June 13, 2013.

5. This stipulation shall not constitute an appearance by Lexington. Lexington does not waive its right to challenge the Court's jurisdiction over this matter and/or whether Lexington was validly served with the summons and complaint.

DATED: June 6, 2013                    HEROLD & SAGER

                                       /s/ Andrew Herold
                                       _____
                                       ANDREW D. HEROLD, ESQ.
                                       Attorneys for Defendants
                                       CHARTIS SPECIALTY INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and LEXINGTON INSURANCE COMPANY

DATED: June 6, 2013                    THE AGUILERA LAW GROUP, APLC

                                       /s/ Angela Martin   (as authorized 6-6-13)
                                       _____
                                       A. ERIC AGUILERA
                                       KARI M. MYRON
                                       ANGELA MARTIN
                                       Attorneys for Plaintiff
                                       TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**ORDER**

Based on the above stipulation of the parties, it is hereby ORDERED that Lexington Insurance Company shall file a responsive pleading to Plaintiff's Complaint on or before June 13, 2013.

IT IS SO ORDERED.

Dated:   **June 10, 2013**                              /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE