SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
JoLynn M. Pollard, #136821; jpollard@spcclaw.com
Michael J. Bartlett, #179653; mbartlett@spcclaw.com
550 S. Hope St., Suite 2350
Los Angeles, California 90071-2618
Tel.: (213) 996-4200; Fax: (213) 892-8322

Attorneys for Defendants NORTHERN INSURANCE COMPANY OF NEW YORK and ZURICH AMERICAN INSURANCE COMPANY, erroneously sued as ZURICH NORTH AMERICAN INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;

Plaintiff,

vs.

OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; EVEREST INDEMNITY INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation; ACE AMERICAN INSURANCE COMPANY fka ALLIED INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; AMERICAN

Case No. 1:13-cv-00576-LJO (BAM)

**ZURICH AMERICAN INSURANCE COMPANY'S ANSWER TO COMPLAINT**

complaint filed 4/19/13

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

SAFETY INDEMNITY COMPANY, an Oklahoma corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a Washington, D.C. corporation; SECURITY AMERICA RISK RETENTION GROUP, a Vermont corporation; ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; ZURICH NORTH AMERICAN INSURANCE COMPANY, a New York corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; ZAIC INSURANCE COMPANY OF NEW YORK, a New York corporation; CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; TRUCK INSURANCE EXCHANGE, a California corporation; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, a Kentucky corporation; PRAETORIAN INSURANCE COMPANY, a Pennsylvania; and DOES 1 through 10 inclusive.

Defendant.

Defendant Zurich American Insurance Company, erroneously sued as Zurich North American Insurance Company ("ZAIC"), for itself alone and for no other defendant, files its Answer to the complaint of plaintiff Travelers Property Casualty Company of America ("TRAVELERS") as follows:

1. Paragraph 1 of the complaint contains no allegations requiring either an admission or denial.

**JURISDICTION**

2. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the complaint and therefore denies those allegations.

3. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the complaint and therefore denies those allegations.

4. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 of the complaint and therefore denies those allegations.

5. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the complaint and therefore denies those allegations.

6. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the complaint and therefore denies those allegations.

7. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the complaint and therefore denies those allegations.

8. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the complaint and therefore denies those allegations.

9. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the complaint and therefore denies those allegations.

10. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the complaint and therefore denies those allegations.

11. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the complaint and therefore denies those allegations.

12. ZAIC is without knowledge or information sufficient to form a belief as to

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

the truth of the allegations in paragraph 12 of the complaint and therefore denies those allegations.

13. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the complaint and therefore denies those allegations.

14. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the complaint and therefore denies those allegations.

15. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the complaint and therefore denies those allegations.

16. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the complaint and therefore denies those allegations.

17. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the complaint and therefore denies those allegations.

18. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the complaint and therefore denies those allegations.

19. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of the complaint and therefore denies those allegations.

20. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the complaint and therefore denies those allegations.

21. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the complaint and therefore denies those

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

allegations.

22. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 of the complaint and therefore denies those allegations.

23. ZAIC admits that it is a New York company, that its principal place of business is in Illinois, and that it is authorized to do business in California, in response to the allegations in paragraph 23 of the complaint. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 23 of the complaint and therefore denies those allegations.

24. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 of the complaint and therefore denies those allegations.

25. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 of the complaint and therefore denies those allegations.

26. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 of the complaint and therefore denies those allegations.

27. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the complaint and therefore denies those allegations.

28. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the complaint and therefore denies those allegations.

29. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 of the complaint and therefore denies those allegations.

30. ZAIC is without knowledge or information sufficient to form a belief as to

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

the truth of the allegations in paragraph 30 of the complaint and therefore denies those allegations.

31. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 of the complaint and therefore denies those allegations.

32. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 of the complaint and therefore denies those allegations.

## VENUE

33. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 of the complaint and therefore denies those allegations.

## GENERAL ALLEGATIONS

### A. The Insurance Policies

34. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34 of the complaint and therefore denies those allegations.

35. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 of the complaint and therefore denies those allegations.

36. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 of the complaint and therefore denies those allegations.

37. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 of the complaint and therefore denies those allegations.

38. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 of the complaint and therefore denies those

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

allegations.

39. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 of the complaint and therefore denies those allegations.

40. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 of the complaint and therefore denies those allegations.

41. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 of the complaint and therefore denies those allegations.

42. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 of the complaint and therefore denies those allegations.

43. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 of the complaint and therefore denies those allegations.

44. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 of the complaint and therefore denies those allegations.

45. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 of the complaint and therefore denies those allegations.

46. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 of the complaint and therefore denies those allegations.

47. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 of the complaint and therefore denies those allegations.

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

48. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48 of the complaint and therefore denies those allegations.

49. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 of the complaint and therefore denies those allegations.

50. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 of the complaint and therefore denies those allegations.

51. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 of the complaint and therefore denies those allegations.

52. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 of the complaint and therefore denies those allegations.

53. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 of the complaint and therefore denies those allegations.

54. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 of the complaint and therefore denies those allegations.

55. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55 of the complaint and therefore denies those allegations.

56. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56 of the complaint and therefore denies those allegations.

57. ZAIC is without knowledge or information sufficient to form a belief as to

the truth of the allegations in paragraph 57 of the complaint and therefore denies those allegations.

58. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58 of the complaint and therefore denies those allegations.

59. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59 of the complaint and therefore denies those allegations.

60. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 of the complaint and therefore denies those allegations.

61. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61 of the complaint and therefore denies those allegations.

62. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62 of the complaint and therefore denies those allegations.

63. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63 of the complaint and therefore denies those allegations.

64. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64 of the complaint and therefore denies those allegations.

65. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65 of the complaint and therefore denies those allegations.

66. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66 of the complaint and therefore denies those

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

allegations.

67. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 of the complaint and therefore denies those allegations.

68. ZAIC denies that it "issued commercial general liability insurance policy number WUG005952, effective 4/26/04 to 10/14/05, under which Lone Star Painting dba Jose Figueroa was a named insured" or that it issued any other commercial general liability insurance policy to Lone Star Painting dba Jose Figueroa. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 68 of the complaint and therefore denies those allegations.

69. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69 of the complaint and therefore denies those allegations.

70. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70 of the complaint and therefore denies those allegations.

71. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71 of the complaint and therefore denies those allegations.

72. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72 of the complaint and therefore denies those allegations.

73. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73 of the complaint and therefore denies those allegations.

74. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74 of the complaint and therefore denies those allegations.

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

75. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75 of the complaint and therefore denies those allegations.

76. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 76 of the complaint and therefore denies those allegations.

77. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77 of the complaint and therefore denies those allegations.

78. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78 of the complaint and therefore denies those allegations.

79. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79 of the complaint and therefore denies those allegations.

80. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80 of the complaint and therefore denies those allegations.

81. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81 of the complaint and therefore denies those allegations.

82. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82 of the complaint and therefore denies those allegations.

83. ZAIC denies that it issued commercial general liability policy No. GLO 0399213704 to Petersen-Dean, Inc. in response to the allegations in paragraph 83 of the complaint. Further answering paragraph 83 of the complaint, ZAIC admits that it issued commercial general liability policy GLO 3992137-02 to Petersen-Dean, Inc. for the May 1,

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

2005 to May 1, 2006 policy period, commercial general liability policy GLO 3992137-03 to Petersen-Dean, Inc. for the May 1, 2006 to May 1, 2007 policy period, and commercial general liability policy GLO 3992137-04 to Petersen-Dean, Inc. for the May 1, 2007 to May 1, 2008 policy period. Further answering paragraph 83 of the complaint, ZAIC refers to the terms, exclusions, conditions, definitions, declarations, endorsements and/or limitations in those policies, which speaks for themselves. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 83 of the complaint and therefore denies those allegations.

84. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84 of the complaint and therefore denies those allegations.

85. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 85 of the complaint and therefore denies those allegations.

86. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86 of the complaint and therefore denies those allegations.

87. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87 of the complaint and therefore denies those allegations.

88. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 88 of the complaint and therefore denies those allegations.

89. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89 of the complaint and therefore denies those allegations.

90. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90 of the complaint and therefore denies those

allegations.

91. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91 of the complaint and therefore denies those allegations.

92. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92 of the complaint and therefore denies those allegations.

93. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 93 of the complaint and therefore denies those allegations.

94. ZAIC admits that "Beazer Homes" may qualify as an additional insured under commercial general liability policy GLO 3992137-02 to Petersen-Dean, Inc. for the May 1, 2005 to May 1, 2006 policy period, commercial general liability policy GLO 3992137-03 to Petersen-Dean, Inc. for the May 1, 2006 to May 1, 2007 policy period, and commercial general liability policy GLO 3992137-04 to Petersen-Dean, Inc. for the May 1, 2007 to May 1, 2008 policy period, subject to the other terms, exclusions, conditions, definitions, declarations, endorsements and/or limitations in that policy, including but not limited to the applicable Self-Insured Retention. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 94 of the complaint and therefore denies those allegations.

95. ZAIC admits that it possesses copies of commercial general liability policy GLO 3992137-02 issued to Petersen-Dean, Inc. for the May 1, 2005 to May 1, 2006 policy period, commercial general liability policy GLO 3992137-03 issued to Petersen-Dean, Inc. for the May 1, 2006 to May 1, 2007 policy period, and commercial general liability policy GLO 3992137-04 issued to Petersen-Dean, Inc. for the May 1, 2007 to May 1, 2008 policy period in response to the allegations in paragraph 95 of the complaint. Further answering paragraph 95 of the complaint, ZAIC refers to the terms, exclusions, conditions, definitions, declarations, endorsements and/or limitations in these insurance policies,

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

which speak for themselves. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 95 of the complaint and therefore denies those allegations.

96. ZAIC admits that "Beazer Homes" may qualify as an additional insured under commercial general liability policy GLO 3992137-02 issued to Petersen-Dean, Inc. for the May 1, 2005 to May 1, 2006 policy period, commercial general liability policy GLO 3992137-03 issued to Petersen-Dean, Inc. for the May 1, 2006 to May 1, 2007 policy period, and commercial general liability policy GLO 3992137-04 issued to Petersen-Dean, Inc. for the May 1, 2007 to May 1, 2008 policy period, subject to the other terms, exclusions, conditions, definitions, declarations, endorsements and/or limitations in that policy, including but not limited to the applicable Self-Insured Retention. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 96 of the complaint and therefore denies those allegations.

**B. The Underlying Action**

97. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 97 of the complaint and therefore denies those allegations. Further answering paragraph 97 of the complaint, ZAIC responds that the lawsuit currently pending in Madera County, California, Superior Court entitled *Ray, et al. v. Beazer Homes, et al.*, case no. MCV057176 ("UNDERLYING ACTION") cited by TRAVELERS speaks for itself.

98. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 98 of the complaint and therefore denies those allegations. Further answering paragraph 98 of the complaint, ZAIC responds that the UNDERLYING ACTION cited by TRAVELERS speaks for itself.

99. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 99 of the complaint and therefore denies those allegations.

100. ZAIC admits that Beazer Homes Holding Corp. tendered its defense to ZAIC

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

under commercial general liability policy GLO 3992137-02 issued to Petersen-Dean, Inc. for the May 1, 2005 to May 1, 2006 policy period, commercial general liability policy GLO 3992137-03 issued to Petersen-Dean, Inc. for the May 1, 2006 to May 1, 2007 policy period, and commercial general liability policy GLO 3992137-04 issued to Petersen-Dean, Inc. for the May 1, 2007 to May 1, 2008 policy period, and that ZAIC denied that tender. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 100 of the complaint and therefore denies those allegations.

101. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101 of the complaint and therefore denies those allegations.

102. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 102 of the complaint and therefore denies those allegations.

103. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 103 of the complaint and therefore denies those allegations.

104. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 104 of the complaint and therefore denies those allegations.

105. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105 of the complaint and therefore denies those allegations.

## FIRST CAUSE OF ACTION FOR DECLARATORY RELIEF

## (By Plaintiff Against All Defendants and Does 1 through 10)

106. Paragraph 106 of the complaint contains no allegations requiring either an admission or denial. Further answering paragraph 106, ZAIC incorporates by reference its responses to all preceding paragraphs to its answer as though fully set forth herein.

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

107. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 107 of the complaint and therefore denies those allegations.

108. ZAIC denies the allegations against it and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 108 of the complaint and therefore denies those allegations.

109. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109 of the complaint and therefore denies those allegations.

**SECOND CAUSE OF ACTION FOR EQUITABLE CONTRIBUTION**

**(By Plaintiff Against All Defendants and Does 1 – 10)**

110. Paragraph 110 of the complaint contains no allegations requiring either an admission or denial. Further answering paragraph 110, ZAIC incorporates by reference its responses to all preceding paragraphs to its answer as though fully set forth herein.

111. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111 of the complaint and therefore denies those allegations.

112. ZAIC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112 of the complaint and therefore denies those allegations.

113. ZAIC admits that "Beazer Homes" may qualify as an additional insured under commercial general liability policy GLO 3992137-02 issued to Petersen-Dean, Inc. for the May 1, 2005 to May 1, 2006 policy period, commercial general liability policy GLO 3992137-03 issued to Petersen-Dean, Inc. for the May 1, 2006 to May 1, 2007 policy period, and commercial general liability policy GLO 3992137-04 issued to Petersen-Dean, Inc. for the May 1, 2007 to May 1, 2008 policy period, subject to the other terms, exclusions, conditions, definitions, declarations, endorsements and/or limitations in that policy, including but not limited to the applicable Self-Insured Retention. ZAIC denies

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

that it is obligated to participate in Beazer Homes' defense in the UNDERLYING ACTION under its policies.  ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 113 of the complaint and therefore denies those allegations.

114. ZAIC denies the allegations in paragraph 114 of the complaint that concern it and the commercial general liability policies that it issued.  ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 114 of the complaint and therefore denies those allegations.

115. ZAIC denies the allegations in paragraph 115 of the complaint that concern it and the commercial general liability policies that it issued.  ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 115 of the complaint and therefore denies those allegations.

116. ZAIC denies the allegations in paragraph 116 of the complaint that concern it and the commercial general liability policies that it issued.  ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 116 of the complaint and therefore denies those allegations.

117. ZAIC denies the allegations in paragraph 117 of the complaint that concern it and the commercial general liability policies that it issued.  ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 117 of the complaint and therefore denies those allegations.

118. ZAIC denies the allegations in paragraph 118 of the complaint that concern it and the commercial general liability policies that it issued.  ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 118 of the complaint and therefore denies those allegations.

119. ZAIC denies the allegations in paragraph 119 of the complaint that concern it and the commercial general liability policies that it issued.  ZAIC is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 119 of the complaint and therefore denies those allegations.

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

## PRAYER FOR RELIEF

1. ZAIC denies that TRAVELERS is entitled to the relief requested as against ZAIC, or any relief of any nature.

2. ZAIC denies that TRAVELERS is entitled to the relief requested as against ZAIC, or any relief of any nature.

3. ZAIC denies that TRAVELERS is entitled to the relief requested as against ZAIC, or any relief of any nature.

4. ZAIC denies that TRAVELERS is entitled to the relief requested as against ZAIC, or any relief of any nature.

5. ZAIC denies that TRAVELERS is entitled to the relief requested as against ZAIC, or any relief of any nature.

## ZAIC'S AFFIRMATIVE DEFENSES

ZAIC sets forth its separate and distinct affirmative defenses below to apprise TRAVELERS of potentially applicable defenses. ZAIC reserves the right to re-evaluate, restate, or delete any of the enumerated defenses and/or to assert additional defenses. By listing any matter as an affirmative defense, ZAIC does not assume the burden of proving any matter upon which TRAVELERS bears the burden of proof under applicable law. Moreover, by setting forth the following Affirmative Defenses, ZAIC does not waive its right to assert additional defenses as the facts of this action develop.

As used throughout this Answer, the term “ZAIC POLICIES” refers to ZAIC commercial general liability policy GLO 3992137-02 issued to Petersen-Dean, Inc. for the May 1, 2005 to May 1, 2006 policy period, commercial general liability policy GLO 3992137-03 issued to Petersen-Dean, Inc. for the May 1, 2006 to May 1, 2007 policy period, and commercial general liability policy GLO 3992137-04 issued to Petersen-Dean, Inc. for the May 1, 2007 to May 1, 2008 policy period.

/ / /

/ / /

/ / /

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim Upon Which Relief May Be Granted)**

1.      TRAVELERS' claims are barred, in whole or in part, to the extent that the complaint fails to state a claim upon which relief can be granted against ZAIC.

**SECOND AFFIRMATIVE DEFENSE**

**(Failure to Set Forth Facts Which Give Rise to a Claim)**

2.      TRAVELERS' claims are barred, in whole or in part, to the extent that the complaint fails to set forth facts which give rise to a claim against ZAIC.

**THIRD AFFIRMATIVE DEFENSE**

**(Policy Provisions Bar Claims)**

3.      TRAVELERS' claims are barred, in whole or in part, by one or more of the terms, exclusions, conditions, definitions, declarations, endorsements and/or limitations contained in the ZAIC POLICIES.

**FOURTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations/Time Bar)**

4.      TRAVELERS' claims are barred, in whole or in part, to the extent that it failed to institute suit within the period of time required by any applicable statute of limitations.

**FIFTH AFFIRMATIVE DEFENSE**

**(No Property Damage)**

5.      TRAVELERS' claims are barred, in whole or in part, to the extent that some or all of the claims asserted in the UNDERLYING ACTION do not constitute "property damage" as that term is defined in the ZAIC POLICIES.

**SIXTH AFFIRMATIVE DEFENSE**

**(No Property Damage During Policy Period)**

6.      TRAVELERS' claims are barred, in whole or in part, to the extent the UNDERLYING ACTION does not involve "property damage" that occurred during the policy period of the ZAIC POLICIES.

**SEVENTH AFFIRMATIVE DEFENSE**

**(No Occurrence)**

7. TRAVELERS' claims are barred, in whole or in part, to the extent that the event(s) alleged in the UNDERLYING ACTION, or alleged to give rise to ZAIC's alleged liability, do not constitute an "occurrence" as that term is defined in the ZAIC POLICIES.

**EIGHTH AFFIRMATIVE DEFENSE**

**(No Property Damage Caused by an Occurrence)**

8. TRAVELERS' claims are barred, in whole or in part, to the extent that the alleged "property damage" that is alleged to give rise to TRAVELERS' claims is not caused by an "occurrence" that takes place during the policy period of the ZAIC POLICIES.

**NINTH AFFIRMATIVE DEFENSE**

**(Condition Precedent - Timely Notice)**

9. TRAVELERS' claims are barred, in whole or in part, to the extent that any insured failed to provide timely and proper notice of any alleged occurrence(s), and/or failed to provide timely and proper notice of any alleged claim or suit instituted against it, as required by the ZAIC POLICIES as a condition precedent to coverage.

**TENTH AFFIRMATIVE DEFENSE**

**(Condition Precedent - Timely Transmittal of Claims)**

10. TRAVELERS' claims are barred, in whole or in part, to the extent that any insured failed to comply with any obligation in the ZAIC POLICIES requiring it to immediately forward to ZAIC any demands, notices, summonses, or other process received in connection with a "suit."

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Condition Precedent - Cooperation)**

11. TRAVELERS' claims are barred, in whole or in part, to the extent that any insured failed to assist and cooperate with ZAIC, as required by the ZAIC POLICIES.

/ / /

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

**TWELFTH AFFIRMATIVE DEFENSE**

**(Assumption of Liability Exclusion)**

12. TRAVELERS' claims are barred, in whole or in part, to the extent that any insured assumed liability under any contract or agreement.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Voluntary Payments)**

13. TRAVELERS' claims are barred, in whole or in part, to the extent that any insured voluntarily made any payments, assumed any obligation or incurred any expense without ZAIC's consent.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Limits of Liability)**

14. TRAVELERS' claims are barred, in whole or in part, to the extent that indemnity is sought in excess of the remaining limits of liability set forth in the ZAIC POLICIES.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Exhaustion/Impairment of Limits)**

15. TRAVELERS' claims are barred, in whole or in part, or are reduced, to the extent that the limits of the ZAIC POLICIES have been exhausted or impaired.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(No Coverage for Non-Insured)**

16. TRAVELERS' claims are barred, in whole or in part, to the extent they arise out of claims against any person or entity not an insured under the ZAIC POLICIES.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Other Insurance)**

17. TRAVELERS' claims are barred, in whole or in part, to the extent that other insurance covering the alleged claims is obligated to respond. The ZAIC POLICIES may not cover the events and claims alleged in the complaint or may be excess, to the extent that there exists other insurance.

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Set-Off Entitlement)**

18. The amounts potentially recoverable under the ZAIC POLICIES, if any, must be reduced or offset by recoveries TRAVELERS has already obtained, or may in the future obtain, from other sources including, but not limited to, settlements with other insurers and sureties, subcontractors, and those subcontractors' insurers and sureties.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Pre-Tender Defense Costs Not Covered)**

19. TRAVELERS' claims are barred, in whole or in part, to the extent that any defense costs were incurred prior to the time the defense was tendered, if ever tendered, to ZAIC.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Unreasonable Costs or Payment)**

20. To the extent that coverage is proved to exist under the ZAIC POLICIES for TRAVELERS' alleged claims, ZAIC is not required to reimburse, indemnify or otherwise make payment for any unreasonable, excessive, improper, unnecessary, or unrelated defense costs or sums incurred by TRAVELERS or any alleged additional insured.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Mitigation Obligation)**

21. TRAVELERS' claims are barred, in whole or in part, because any named insured and/or alleged additional insured has failed to mitigate, minimize or avoid any damages allegedly sustained, and any recovery against ZAIC must therefore be reduced by the amount by which the damages incurred are a result of that failure.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Acts or Omissions of Other Parties - Action Barred)**

22. The sole proximate cause of the damages, if any, sustained by TRAVELERS was due to the negligence, fault, acts or omissions of persons other than ZAIC, for whose acts or omissions ZAIC is not legally responsible, thereby barring any recovery against

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

ZAIC.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(Impairment of Subrogation and Contribution Rights)**

23. TRAVELERS' claims are barred, in whole or in part, to the extent ZAIC's rights of subrogation and contribution have been impaired.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(Non-Disclosure, Concealment, or Misrepresentation of Facts)**

24. TRAVELERS' claims are barred to the extent any named insured and/or alleged additional insured has failed to disclose, concealed or misrepresented facts known to it which were material to the risk allegedly underwritten by ZAIC.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

**(No Defense Obligation)**

25. ZAIC has no duty to defend any alleged additional insured under the ZAIC POLICIES for the claims asserted in the UNDERLYING ACTION, therefore TRAVELERS' claims against ZAIC are barred.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

**(No Indemnity Obligation)**

26. ZAIC has no duty to indemnify any alleged additional insured under the ZAIC POLICIES for the claims asserted in the UNDERLYING ACTION, therefore TRAVELERS' claims against ZAIC are barred.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Work of Named Insured Not Implicated)**

27. TRAVELERS' claims are barred, in whole or in part, to the extent that the work of any named insured under the ZAIC POLICIES is not implicated in the UNDERLYING ACTION.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

**(Breach of Contract)**

28. TRAVELERS' claims are barred, in whole or in part, to the extent that the

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

events alleged in the complaint arise from any named insured's or alleged additional insured's breach of contract.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

**(Claims Not Resulting From Named Insured's Work for the Alleged Additional Insured**

29. TRAVELERS' claims are barred, in whole or in part, to the extent that it does not involve covered "property damage" which results from the named insured's work under the "work contract" with the alleged additional insured.

**THIRTIETH AFFIRMATIVE DEFENSE**

**(Failure to Perform Obligations/Conditions)**

30. TRAVELERS' claims are barred, in whole or in part, to the extent that any named insured or alleged additional insured failed to perform all conditions/obligations under the ZAIC POLICIES.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

**(Expected Or Intended Damages)**

31. TRAVELERS' claims are barred, in whole or in part, to the extent that the damages sought were expected or intended by any named insured and/or alleged additional insured.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

**(No Obligation for Alleged Additional Insured's Own Acts of Wrong Doing)**

32. TRAVELERS' claims are barred, in whole or in part, to the extent that the UNDERLYING ACTION arises out of any named insured's and/or any alleged additional insured's own acts or wrongdoing.

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

**("Additional Insured" Status Subject to Terms of Policy)**

33. To the extent TRAVELERS asserts that Beazer Homes is "additional insured" under the ZAIC POLICIES, which ZAIC denies, that status is subject to the terms

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

of the ZAIC POLICIES and legal requirements.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

**(Proper Allocation Required)**

34. To the extent that ZAIC is found to have any obligations with regard to the UNDERLYING ACTION, which ZAIC denies, a proper allocation of the loss as between ZAIC, TRAVELERS and Beazer Homer's other insurers, including additional insurers and between coverage and uncovered claims, if any, is required. Such allocation may result in no sums being allocated to the ZAIC POLICIES.

**THIRTY-FIFTH AFFIRMATIVE DEFENSE**

**(Prejudgment Interest)**

35. ZAIC has no obligation, if any, to pay prejudgment interest.

**THIRTY-SIXTH AFFIRMATIVE DEFENSE**

**(Laches)**

36. TRAVELERS' claims are barred, in whole or in part, by the equitable doctrine of laches.

**THIRTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

37. TRAVELERS' claims are barred, in whole or in part, by the equitable doctrine of unclean hands.

**THIRTY-EIGHTH AFFIRMATIVE DEFENSE**

**(Waiver and Estoppel)**

38. TRAVELERS' claims are barred, in whole or in part, by the equitable doctrines of waiver and estoppel.

**THIRTY-NINTH AFFIRMATIVE DEFENSE**

**(Work Performed Exclusion)**

39. TRAVELERS' claims are barred in whole in or part, to the extent that it seek coverage for loss arising from or in connection with property damage to work performed by any named insured arising out of such work or any portion thereof, or out of such

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

materials, parts or equipment furnished in connection therewith.

**FORTIETH AFFIRMATIVE DEFENSE**

**(Products Exclusion)**

40. TRAVELERS' claims are barred, in whole in or part, to the extent that it seek coverage for loss arising from or in connection with property damage to any named insured's products arising out of such products or any part of such products.

**FORTY-FIRST AFFIRMATIVE DEFENSE**

**(No Coverage for Damage to Impaired Property or Property Not Physically Injured)**

41. TRAVELERS' claims are barred, in whole or in part, to the extent that it seeks coverage for loss arising from or in connection with property damage to impaired property or property that has not been physically injured arising out of a defect, deficiency, inadequacy or dangerous condition in any named insured's product or work, or a delay or failure of any named insured to perform a contract or agreement in accordance with its terms.

**FORTY-SECOND AFFIRMATIVE DEFENSE**

**(No Coverage for Damage to Named Insured's Work)**

42. TRAVELERS' claims are barred, in whole or in part, to the extent that the UNDERLYING ACTION arises out of the fitness and/or quality of the work performed by any named insured covered under the ZAIC POLICIES, or else involve defective workmanship.

**FORTY-THIRD AFFIRMATIVE DEFENSE**

**(Prior Claims or Continuous or Progressively Deteriorating Injury)**

43. TRAVELERS' claims are barred, in whole or in part, to the extent that it seeks coverage for sums that the named insured becomes legally obligated to pay as damages because of a claim that was first brought against any insured, or first asserted against any insured in a "suit," or first known, reasonably apparent or appreciated to any insured prior to the effective date of the ZAIC POLICIES.

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

**FORTY-FOURTH AFFIRMATIVE DEFENSE**

**(Prior Claims or Continuous or Progressively Deteriorating Injury)**

44. TRAVELERS' claims are barred, in whole or in part, to the extent that the UNDERLYING ACTION involves alleged injury or damage, including continuous of progressively deteriorating injury or damage, that first occurs prior to the effective date of the ZAIC POLICIES; or first occurs prior to the effective date of the ZAIC POLICIES, continued through the policy term and ends after the expiration of the ZAIC POLICIES; or first occurs after the expiration date of the ZAIC POLICIES.

**FORTY-FIFTH AFFIRMATIVE DEFENSE**

**(Additional Insured Status - Contract)**

45. TRAVELERS' claims are barred, in whole or in part, to extent that its work contract with any named insured does not require that Beazer Homes be named as an additional insured, and/or to the extent the work contract was entered into after the expiration date of the ZAIC POLICIES.

**FORTY-SIXTH AFFIRMATIVE DEFENSE**

**(Attorneys' Fees and Costs for Claims Not Arising Out of Named Insured's Work for Alleged Additional Insured)**

46. To the extent ZAIC has any obligation to contribute to the defense of any alleged additional insured, which ZAIC specifically denies, ZAIC has no obligation to contribute for services rendered for defending any alleged additional insured for claims that do not arise out of the work performed by the named insured under the ZAIC POLICIES.

**FORTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Fungus Exclusion)**

47. TRAVELERS' claims are barred, in whole or in part, to the extent that it seeks coverage for property damage caused directly or indirectly, in whole or in part, by any fungus(es) or spore(s) or substances, vapor or gas produced by or arising out of any fungus(es) or spore(s), or any material, product, building component, building or structure

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s).

**FORTY-EIGHTH AFFIRMATIVE DEFENSE**

**(Self-Insured Retention)**

48. TRAVELERS' claims are barred, in whole or in part, to the extent that the named insured under the ZAIC POLICIES did not satisfy the applicable self-insured retention.

**FORTY-NINTH AFFIRMATIVE DEFENSE**

**(Products-Completed Operations Hazard Exclusion)**

49. TRAVELERS' claims are barred, in whole or in part, to the extent that it seeks coverage for property damage included within the "products-completed operations hazard" in commercial general liability policy GLO 3992137-04 issued to Petersen-Dean, Inc. for the May 1, 2007 to May 1, 2008 policy period.

**FIFTIETH AFFIRMATIVE DEFENSE**

**(Right to Assert Additional Affirmative Defenses)**

50. The complaint contains insufficient information to permit ZAIC to raise all appropriate defenses, and ZAIC therefore reserves its right to amend and/or supplement this Answer to assert additional affirmative defenses.

WHEREFORE, ZAIC respectfully requests judgment as follows:

1. That the Court dismiss all claims against ZAIC with prejudice;

2. That the Court declare that ZAIC does not owe any duty to pay or indemnify TRAVELERS with respect to any of the claims contained in the complaint;

3. That the Court declare that ZAIC has no duty to defend or pay defense costs to TRAVELERS with respect to any of the claims contained in the complaint;

4. That the Court declare that TRAVELERS is not entitled to any order, damages, declaration, judgment, attorneys' fees, contribution, interest, or other relief whatsoever as against ZAIC, including the attorneys' fees and costs TRAVELERS has incurred in this action;

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

5. That the Court award ZAIC its attorneys' fees and costs incurred in this action; and

6. That the Court award ZAIC such other and further relief as the Court deems just and proper.

DATED: June 18, 2013

SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC

By: */s/ Michael J. Bartlett, Esq.*
JOLYNN M. POLLARD
MICHAEL J. BARTLETT
Attorneys for Defendants NORTHERN INSURANCE COMPANY OF NEW YORK and ZURICH AMERICAN INSURANCE COMPANY, erroneously sued as ZURICH NORTH AMERICAN INSURANCE COMPANY

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 550 S. Hope St., Suite 2350, Los Angeles, CA 90071-2618.

On June 18, 2013, I served true copies of the following document(s) described as **ZURICH AMERICAN INSURANCE COMPANY'S ANSWER TO COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 18, 2013, at Los Angeles, California.

*/s/ Rose Hernandez*
ROSE HERNANDEZ

**SERVICE LIST**

| | |
|---|---|
| Abel Eric Aguilera<br>The Aguilera Law Group, APLC<br>650 Town Center Drive<br>Suite 100<br>Costa Mesa, CA 92626<br>714-384-6600-6620<br>714-384-6601 (fax)<br>eaguilera@aguileragroup.com | Attorney for Plaintiff Travelers Property Casualty Company of America |
| Matthew A. Arigo<br>Bonetati and Kincaid<br>2020 N. Tustin Avenue<br>Santa Ana, CA 92705<br>714-466-6600<br>714-466-6601 (fax)<br>marigo@bonetatilaw.com | Attorney for Defendant Certain Underwriters at Lloyds, London |
| Bryan M Barber<br>Barber Law Group<br>525 University Avenue<br>Suite 600<br>Palo Alto, CA 94301<br>415-273-2930-4<br>bbarber@barberlg.com | Attorney for Defendant Old Republic Insurance Company |
| Ronald D. Echeguren<br>Cresswell Echeguren Rodgers and Noble<br>180 Grand Avenue<br>Suite 440<br>Oakland, CA 94612<br>(510) 444-1735<br>(510) 444-6923 (fax)<br>recheguren@cernlaw.com | Attorney for Defendant First Specialty Insurance Corporation |
| David B Ezra<br>Berger Kahn<br>2 Park Plaza, Suite 650<br>Irvine, CA 92614<br>949-748-4446<br>949-474-7265 (fax)<br>dezra@bergerkahn.com | Attorney for Defendant Probuilders Specialty Insurance Company, RRG |
| Matthew S. Harvey<br>Cresswell, Echeguren, Rodgers & Noble<br>180 Grand Avenue, Suite 440<br>Oakland, CA 94612<br>510-444-1735<br>510-444-6923 (fax)<br>mharvey@cernlaw.com | Attorney for Defendant First Specialty Insurance Corporation |

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

Christopher Lee Hendricks
Herold & Sager
550 Second St.
Suite 100
Encinitas, CA 92024
760-487-1047
760-487-1064 (fax)
chendricks@heroldsagerlaw.com

Attorney for Defendant Chartis Specialty Insurance Company

Andrew D. Herold
Herold & Sager
550 Second Street
Suite 200
Encinitas, CA 92024
760-487-1047
760-487-1064 (fax)
aherold@heroldsagerlaw.com

Attorney for Defendant Chartis Specialty Insurance Company

Linda Wendell Hsu
Selman Breitman LLP
33 New Montgomery Street
Sixth Floor
San Francisco, CA 94105
415979-0400 2024
415979-2099 (fax)
lhsu@selmanbreitman.com

Attorney for Defendant Everest Indemnity Insurance Company

Trelawney James Kitchen
Selman Breitman, Llp
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
415-979-0400-2066
415-979-2099 (fax)
tkitchen@selmanbreitman.com

Attorney for Defendant Everest Indemnity Insurance Company

Michael J Leahy
Haight Brown & Bonesteel, Llp
555 South Flower Street
Forty-fifth Floor
Los Angeles, CA 90071
213-542-8000-8038
213-542-8100 (fax)
mleahy@hbblaw.com

Attorney for Defendant Interstate Fire & Casualty Company

Angela Nicole Martin
The Aguilera Law Group Aplc
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
714-384-6600
714-384-6600 (fax)
amartin@aguileragroup.com

Attorney for Defendant Travelers Property Casualty Company of America

John H. Podesta
Murchison & Cumming LLP
275 Battery Street, Suite 550
San Francisco, CA 94111
415-524-4300-4317
jpodesta@murchisonlaw.com

Attorney for Defendant Ironshore Specialty Insurance Company

Patrick M. Quigley
Morales Fierro and Reeves
2300 Contra Costa Boulevard
Suite 310
Pleasant Hill, CA 94523
925-288-1776
pquigley@mfrlegal.com

Attorney for Defendant Ace American Insurance Company

Josiah R. Reid
Haight Brown & Bonesteel LLP
550 West "C" Street
Suite 1760
San Diego, CA 92101
(619) 961-4807
(619) 595-7873 (fax)
jreid@hbblaw.com

Attorney for Defendant Interstate Fire & Casualty Company

Steven Saeyoung Son
Kaufman Dolowich & Voluck, LLP
11755 Wilshire Boulevard
Suite 2400
Los Angeles, CA 90025
(310) 775-6511
(310) 575-9720 (fax)
sson@houser-law.com

Attorney for Defendant Truck Insurance Exchange

Alan E. Swerdlow
Boornazian, Jensen & Garthe
P.O. Box 12925
555 12th Street
Suite 1800
Oakland, CA 94604
510-834-4350-122
510-839-1897 (fax)
aswerdlow@bjg.com

Attorney for Defendant **American Safety Indemnity Company**