Dean B. Herman (SBN 076752)
Steven S. Son (SBN 265921)
KAUFMAN DOLOWICH & VOLUCK, LLP
11755 Wilshire Boulevard, Suite 2400
Los Angeles, California 90025-1519
Tel: (310) 775-6511 / Fax: (310) 575-9720
E-mail: dherman@kdvlaw.com
　　　　sson@kdvlaw.com

Attorneys for Defendant
TRUCK INSURANCE EXCHANGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, et al.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br>Honorable Lawrence J. O'Neill<br>Magistrate Barbara A. McAuliffe<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>Complaint Filed:   April 19, 2013<br>Trial Date:   None Assigned |

　　　This stipulation is entered into by and between Plaintiff Travelers Property Casualty Company of America ("Travelers") and Defendant Truck Insurance Exchange ("Truck"), by and through their respective counsel of record.

## **RECITALS**

　　　WHEREAS Travelers filed the complaint on April 19, 2013;

　　　WHEREAS Travelers served the summons and complaint on Truck on May 9, 2013;

　　　WHREAS Truck has only recently retained counsel in this matter;

///

---

1

**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**

WHEREAS Travelers and Truck have agreed to an extension for Truck to respond to the complaint while the parties evaluate a possible dismissal;

**IT IS HEREBY STIPULATED AND AGREED:**

Subject to this Court's approval, Truck shall file a responsive pleading to the complaint on or before July 1, 2013.

This stipulation shall not constitute an appearance by Truck, and shall not constitute as any waiver of Truck's rights to challenge jurisdiction or other grounds.

Dated: June 18, 2013   KAUFMAN DOLOWICH & VOLUCK, LLP

By:  /s/ Steven S. Son
Dean B. Herman
Steven S. Son
Attorneys for Defendant
TRUCK INSURANCE EXCHANGE

Dated: June 18, 2013   THE AGUILERA LAW GROUP, APLC

By:  /s/ Kari M. Myron
A. Eric Aguilera
Kari M. Myron
Angela Martin
Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

/./././
/./././

2

**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**

**ORDER**

The above Stipulation of the parties is APPROVED.  Defendant Truck Insurance Exchange shall have up to and including July 1, 2013 to file a response to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   **June 18, 2013**                    /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**