**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela N. Martin (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; EVEREST INDEMNITY INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation; ACE AMERICAN INSURANCE COMPANY fka ALLIED INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSRUANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; | Case No. 1:13-cv-00576-LJO-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN UNDERWRITERS OF LLOYDS, LONDON PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41 (a) (1) (A) (i)** |

| | |
|---|---|
| 1 | AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a Washington, D.C. corporation; SECURITY AMERICA RISK RETENTION GROUP, a Vermont corporation; ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; ZURICH NORTH AMERICAN INSURANCE COMPANY, a New York corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY, an Illinois corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; TRUCK INSURANCE EXCHANGE, a California corporation; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, a Kentucky corporation; PRAETORIAN INSURANCE COMPANY, a Pennsylvania; and DOES 1 through 10 inclusive.<br>                Defendants. | |

**TO THE HONORABLE COURT:**

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. Proc. 41 (a) (1) (A) (i), Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA dismisses without prejudice any and all claims and causes of action asserted against Defendant CERTAIN UNDERWRITERS AT LLOYD'S, LONDON.

Dated:  June 20, 2013                     **THE AGUILERA LAW GROUP, APLC**


                                       ___***/s/:  Kari M. Myron***___
                                       A.  Eric Aguilera
                                       Kari M. Myron
                                       Angela Martin
                                       Attorneys for Plaintiff TRAVELERS PROPERTY   CASUALTY COMPANY OF AMERICA