UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 13-0576 LJO BAM<br><br>**ORDER TO DISMISS SINGLE DEFENDANT**<br>(Doc. 77) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendant Truck Insurance Exchange only.

IT IS SO ORDERED.

Dated:   **June 21, 2013**            /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1