Bryan M. Barber (State Bar No. 118001)
Email: *bbarber@barberlg.com*
BARBER LAW GROUP
525 University Avenue, Suite 600
Palo Alto, CA 94301-1920
Telephone: (415) 273-2930
Facsimile: (415) 273-2940

Attorneys for Cross-Defendant
OLD REPUBLIC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, COMPANY OF AMERICA, a Connecticut corporation; <br><br> Plaintiff, <br><br> v. <br><br> OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; EVEREST INDEMNITY INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation; ACE AMERICAN INSURANCE COMPANY fka ALLIED INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North | Case No.:  1:13-CV-00576-LJO-BAM <br><br> **ANSWER OF OLD REPUBLIC INSURANCE COMPANY** |

Dakota corporation; FIRST SPECIALTY
INSURANCE CORPORATION, a
Missouri corporation; IRONSHORE
SPECIALTY INSURANCE COMPANY,
an Arizona corporation; AMERICAN
SAFETY INDEMNITY COMPANY,
an Oklahoma corporation; LEXINGTON
INSURANCE COMPANY, a Delaware
corporation; PROBUILDERS
SPECIALTY INSURANCE COMPANY,
RRG, a Washington D.C. corporation;
SECURITY AMERICA RISK
RETENTION GROUP, a Vermont
corporation; ILLINOIS UNION
INSURANCE COMPANY, an Illinois
corporation; ZURICH NORTH
AMERICAN INSURANCE COMPANY,
a New York corporation; LIBERTY
MUTUAL INSURANCE COMPANY, a
Massachusetts corporation; NORTHERN
INSURANCE COMPANY OF NEW
YORK, a New York corporation;
CHARTIS SPECIALTY INSURANCE
COMPANY fka AMERICAN
INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY, an Illinois
corporation; NAVIGATOR INSURANCE
COMPANY, a New York corporation;
TRUCK INSURANCE EXCHANGE, a
California corporation; CERTAIN
UNDERWRITERS AT LLOYD'S,
LONDON, a Kentucky corporation;
PRAETORIAN INSURANCE
COMPANY, a Pennsylvania; and DOES
1-10 inclusive.

Defendant Old Republic Insurance Company ("Old Republic" and/or "Defendant")

answers the Complaint of Plaintiff Travelers Property Casualty Company of America

("Plaintiff") and alleges affirmative defenses as follows:

1. Old Republic admits that paragraph 1 of the Complaint accurately sets forth what Plaintiff is alleging in this action but denies Plaintiff is entitled to the relief sought as to Old Republic. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the other allegations contained in paragraph 1 of the Complaint, and on that basis denies each and every allegation contained therein.

## JURISDICTION

2. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 2 of the Complaint, and on that basis denies each and every allegation contained therein.

3. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 3 of the Complaint, and on that basis denies each and every allegation contained therein.

4. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 4 of the Complaint, and on that basis denies each and every allegation contained therein.

5. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 5 of the Complaint, and on that basis denies each and every allegation contained therein.

6. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 6 of the Complaint, and on that basis denies each and every allegation contained therein.

7. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 7 of the Complaint, and on that basis denies each and every allegation contained therein.

8. Old Republic admits that it is a corporation organized and existing under Pennsylvania law and that it is an insurer eligible to do business in California. Except as

specifically admitted, Old Republic denies the allegations contained in paragraph 8 of the Complaint.

9. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 9 of the Complaint, and on that basis denies each and every allegation contained therein.

10. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 10 of the Complaint, and on that basis denies each and every allegation contained therein.

11. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 11 of the Complaint, and on that basis denies each and every allegation contained therein.

12. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 12 of the Complaint, and on that basis denies each and every allegation contained therein.

13. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 13 of the Complaint, and on that basis denies each and every allegation contained therein.

14. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 14 of the Complaint, and on that basis denies each and every allegation contained therein.

15. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 15 of the Complaint, and on that basis denies each and every allegation contained therein.

16. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 16 of the Complaint, and on that basis denies each and every allegation contained therein.

17. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 17 of the Complaint, and on that basis denies each and every allegation contained therein.

18. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 18 of the Complaint, and on that basis denies each and every allegation contained therein.

19. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 19 of the Complaint, and on that basis denies each and every allegation contained therein.

20. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 20 of the Complaint, and on that basis denies each and every allegation contained therein.

21. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 21 of the Complaint, and on that basis denies each and every allegation contained therein.

22. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 22 of the Complaint, and on that basis denies each and every allegation contained therein.

23. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 23 of the Complaint, and on that basis denies each and every allegation contained therein.

24. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 24 of the Complaint, and on that basis denies each and every allegation contained therein.

25. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 25 of the Complaint, and on that

basis denies each and every allegation contained therein.

26. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 26 of the Complaint, and on that basis denies each and every allegation contained therein.

27. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 27 of the Complaint, and on that basis denies each and every allegation contained therein.

28. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 28 of the Complaint, and on that basis denies each and every allegation contained therein.

29. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 29 of the Complaint, and on that basis denies each and every allegation contained therein.

30. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 30 of the Complaint, and on that basis denies each and every allegation contained therein.

31. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 31 of the Complaint, and on that basis denies each and every allegation contained therein.  Old Republic denies that it insured Beazer Homes or any other claimed "mutual insured" with Plaintiff.

32. Old Republic admits that it is domiciled in Pennsylvania and Illinois.  Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the remaining allegations contained in paragraph 32 of the Complaint, including as to where the other parties are domiciled and whether this Court has diversity jurisdiction, and on that basis denies each and every remaining allegation contained therein.

**VENUE**

33. Old Republic admits the underlying action was filed in Madera County, within the geographical confines of this judicial district. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the remaining allegations contained in paragraph 33 of the Complaint, and on that basis denies each and every allegation contained therein.

**GENERAL ALLEGATIONS**

**A. The Insurance Policies**

34. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 34 of the Complaint, and on that basis denies each and every allegation contained therein.

35. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 35 of the Complaint, and on that basis denies each and every allegation contained therein.

36. Old Republic admits it issued Masco Corporation commercial general liability policy no. MWZY55525, effective 6/30/06 - 6/30/07, and that its subsidiaries qualify as an insured under the policy. Defendant denies that Advanced Insulation, Inc. was a named insured under said policy. Defendant denies that it named Beazer Homes as an additional insured under the policy alleged in paragraph 36 of the Complaint.

37. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 37 of the Complaint, and on that basis denies each and every allegation contained therein.

38. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 38 of the Complaint, and on that basis denies each and every allegation contained therein.

39. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 39 of the Complaint, and on that

basis denies each and every allegation contained therein.

40. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 40 of the Complaint, and on that basis denies each and every allegation contained therein.

41. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 41 of the Complaint, and on that basis denies each and every allegation contained therein.

42. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 42 of the Complaint, and on that basis denies each and every allegation contained therein.

43. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 43 of the Complaint, and on that basis denies each and every allegation contained therein.

44. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 44 of the Complaint, and on that basis denies each and every allegation contained therein.

45. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 45 of the Complaint, and on that basis denies each and every allegation contained therein.

46. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 46 of the Complaint, and on that basis denies each and every allegation contained therein.

47. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 47 of the Complaint, and on that basis denies each and every allegation contained therein.

48. Old Republic lacks sufficient knowledge or information to form a belief as to

the truthfulness of the allegations contained in paragraph 48 of the Complaint, and on that basis denies each and every allegation contained therein.

49. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 49 of the Complaint, and on that basis denies each and every allegation contained therein.

50. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 50 of the Complaint, and on that basis denies each and every allegation contained therein.

51. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 51 of the Complaint, and on that basis denies each and every allegation contained therein.

52. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 52 of the Complaint, and on that basis denies each and every allegation contained therein.

53. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 53 of the Complaint, and on that basis denies each and every allegation contained therein.

54. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 54 of the Complaint, and on that basis denies each and every allegation contained therein.

55. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 55 of the Complaint, and on that basis denies each and every allegation contained therein.

56. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 56 of the Complaint, and on that basis denies each and every allegation contained therein.

57. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 57 of the Complaint, and on that basis denies each and every allegation contained therein.

58. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 58 of the Complaint, and on that basis denies each and every allegation contained therein.

59. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 59 of the Complaint, and on that basis denies each and every allegation contained therein.

60. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 60 of the Complaint, and on that basis denies each and every allegation contained therein.

61. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 61 of the Complaint, and on that basis denies each and every allegation contained therein.

62. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 62 of the Complaint, and on that basis denies each and every allegation contained therein.

63. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 63 of the Complaint, and on that basis denies each and every allegation contained therein.

64. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 64 of the Complaint, and on that basis denies each and every allegation contained therein.

65. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 65 of the Complaint, and on that

basis denies each and every allegation contained therein.

66. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 66 of the Complaint, and on that basis denies each and every allegation contained therein.

67. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 67 of the Complaint, and on that basis denies each and every allegation contained therein.

68. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 68 of the Complaint, and on that basis denies each and every allegation contained therein.

69. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 69 of the Complaint, and on that basis denies each and every allegation contained therein.

70. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 70 of the Complaint, and on that basis denies each and every allegation contained therein.

71. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 71 of the Complaint, and on that basis denies each and every allegation contained therein.

72. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 72 of the Complaint, and on that basis denies each and every allegation contained therein.

73. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 73 of the Complaint, and on that basis denies each and every allegation contained therein.

74. Old Republic lacks sufficient knowledge or information to form a belief as to

the truthfulness of the allegations contained in paragraph 74 of the Complaint, and on that basis denies each and every allegation contained therein.

75. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 75 of the Complaint, and on that basis denies each and every allegation contained therein.

76. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 76 of the Complaint, and on that basis denies each and every allegation contained therein.

77. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 77 of the Complaint, and on that basis denies each and every allegation contained therein.

78. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 78 of the Complaint, and on that basis denies each and every allegation contained therein.

79. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 79 of the Complaint, and on that basis denies each and every allegation contained therein.

80. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 80 of the Complaint, and on that basis denies each and every allegation contained therein.

81. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 81 of the Complaint, and on that basis denies each and every allegation contained therein.

82. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 82 of the Complaint, and on that basis denies each and every allegation contained therein.

83. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 83 of the Complaint, and on that basis denies each and every allegation contained therein.

84. Old Republic admits it issued Masco Corporation commercial general liability policy no. MWZY55525, effective 6/30/07 to 6/30/08, and that its subsidiaries qualify as an insured under the policy. Defendant denies it named Beazer Homes as an additional insured under the policies alleged in paragraph 84 of the Complaint. Except as specifically admitted, Old Republic denies the remaining allegations against it contained in paragraph 84 of the Complaint.

85. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 85 of the Complaint, and on that basis denies each and every allegation contained therein.

86. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 86 of the Complaint, and on that basis denies each and every allegation contained therein.

87. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 87 of the Complaint, and on that basis denies each and every allegation contained therein.

88. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 88 of the Complaint, and on that basis denies each and every allegation contained therein.

89. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 89 of the Complaint, and on that basis denies each and every allegation contained therein.

90. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 90 of the Complaint, and on that

basis denies each and every allegation contained therein.

91. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 91 of the Complaint, and on that basis denies each and every allegation contained therein.

92. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 92 of the Complaint, and on that basis denies each and every allegation contained therein.

93. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 93 of the Complaint, and on that basis denies each and every allegation contained therein.

94. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 94 of the Complaint, and on that basis denies each and every allegation contained therein.

95. Old Republic admits it is in possession of the insurance policies alleged in paragraphs 36 and 84 of the Complaint, knows their contents, and that the policies contain an insuring agreement.  Except as specifically admitted, Old Republic denies the remaining allegations against it contained in paragraph 95 of the Complaint.  Old Republic also notes that the policies speak for themselves.  As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 95 of the Complaint, and on that basis denies each and every allegation contained therein.

96. Old Republic denies that Beazer Homes is an insured on the Old Republic insurance policies.  Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the remaining allegations contained in paragraph 96 of the Complaint, and on that basis denies each and every allegation contained therein.

**B. The Underlying Action**

97. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 97 of the Complaint, and on that basis denies each and every allegation contained therein.

98. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 98 of the Complaint, and on that basis denies each and every allegation contained therein.

99. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 99 of the Complaint, and on that basis denies each and every allegation contained therein.

100. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 100 of the Complaint that Beazer Homes tendered the Underlying Action to Old Republic for defense and indemnity under its policies claiming it was an additional insured, and on that basis denies said allegations contained therein. Old Republic admits that it declined to participate in the defense and indemnity of Beazer Homes in connection with the Underlying Action. Except as specifically admitted, Old Republic denies the remaining allegations against it contained in paragraph 100 of the Complaint. As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 100 of the Complaint, and on that basis denies each and every allegation contained therein.

101. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 101 of the Complaint, and on that basis denies each and every allegation contained therein.

102. Old Republic denies all allegations made against it in paragraph 102 of the Complaint. It denies that it has or had any obligation to defend and/or indemnify Beazer Homes in connection with the Underlying Action or that it owes any share of the defense and/or indemnity costs allegedly incurred by Plaintiff. As to all other defendants, Old

Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 102 of the Complaint, and on that basis denies each and every allegation contained therein.

103. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 103 of the Complaint, and on that basis denies each and every allegation contained therein.

104. Old Republic denies all allegations made against it in paragraph 104 of the Complaint. It denies that it has or had any obligation to defend and/or indemnify Beazer Homes in connection with the Underlying Action or that it owes any share of the defense and/or indemnity costs allegedly incurred by Plaintiff. As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 104 of the Complaint, and on that basis denies each and every allegation contained therein.

105. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 105 of the Complaint, and on that basis denies each and every allegation contained therein.

## FIRST CAUSE OF ACTION FOR DECLARATORY RELIEF

### (By Plaintiff Against All Defendants and Does 1 through 10)

106. Defendant Old Republic hereby re-alleges and incorporates by this reference each and every allegation contained in all preceding paragraphs of this Answer as though such allegations are set forth herein.

107. Old Republic admits the allegations in paragraph 107 of the Complaint that it has an actual, present and justiciable controversy with Plaintiff concerning their respective rights, duties and obligations, if any, under their respective policies, in connection with the duty to defend. Old Republic, however, denies the same allegations of Plaintiff in connection with the duty to indemnify. Old Republic is informed and believes that the Underlying Action has not yet settled or a judgment been entered in it.

So there is no actual, present and justiciable controversy between Old Republic and Plaintiff concerning their respective rights, duties and obligations, if any, under their respective policies, in connection with the duty to indemnify for a settlement/judgment made by Beazer Homes or to pay a share of that to Plaintiff. As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 107 of the Complaint, and on that basis denies each and every allegation contained therein.

108. Old Republic admits the allegations against it contained in paragraph 108 of the Complaint. That is, it admits Plaintiff is making the contentions against Old Republic that are stated in paragraph 108 of the Complaint and it admits Old Republic denies those contentions have merit. Old Republic denies the duty to indemnify is ripe. As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 108 of the Complaint, and on that basis denies each and every allegation contained therein.

109. Answering the allegations made against it in paragraph 109 of the Complaint, Old Republic admits a judicial declaration is necessary and proper at this time pertaining to the duty to defend Beazer Homes in the Underlying Action. Old Republic denies all other allegations against it in paragraph 109 of the Complaint. As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 109 of the Complaint, and on that basis denies each and every allegation contained therein.

## SECOND CAUSE OF ACTION FOR EQUITABLE CONTRIBUTION

### (By Plaintiff Against All Defendants and Does 1 through 10)

110. Defendant Old Republic hereby re-alleges and incorporates by this reference each and every allegation contained in all preceding paragraphs of this Answer as though such allegations are set forth herein.

111. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 111 of the Complaint, and on that basis denies each and every allegation contained therein.

112. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 112 of the Complaint, and on that basis denies each and every allegation contained therein.

113. Old Republic denies the allegations against it contained in paragraph 113 of the Complaint, including without limit that any Old Republic insurance policy issued to Masco Corporation provides coverage or potential coverage for the Underlying Action. As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 113 of the Complaint, and on that basis denies each and every allegation contained therein.

114. Old Republic denies the allegations against it contained in paragraph 114 of the Complaint. As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 114 of the Complaint, and on that basis denies each and every allegation contained therein.

115. Old Republic denies the allegations against it contained in paragraph 115 of the Complaint. As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 115 of the Complaint, and on that basis denies each and every allegation contained therein.

116. Old Republic admits that it declined to participate in the defense and indemnity of Beazer Homes in connection with the Underlying Action. It denies it had any obligation to do so. Except as specifically admitted, Old Republic denies the remaining allegations against it contained in paragraph 116 of the Complaint. Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness

of the allegations contained in paragraph 116 of the Complaint that Plaintiff has incurred defense expenses, and on that basis denies each and every allegation contained therein. As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 116 of the Complaint, and on that basis denies each and every allegation contained therein.

117. Old Republic denies the allegations against it contained in paragraph 117 of the Complaint. As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 117 of the Complaint, and on that basis denies each and every allegation contained therein.

118. Old Republic denies the allegations against it contained in paragraph 118 of the Complaint. As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 118 of the Complaint, and on that basis denies each and every allegation contained therein.

119. Old Republic denies the allegations against it contained in paragraph 119 of the Complaint. As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in paragraph 119 of the Complaint, and on that basis denies each and every allegation contained therein.

## **PRAYER FOR RELIEF**

120. Answering the Plaintiff's Prayer for Relief as to the allegations against it, Old Republic admits Plaintiff has alleged it is entitled to the relief stated therein but denies Plaintiff is entitled to such relief. As to all other defendants, Old Republic lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the Prayer, and on that basis denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

121. In addition to the foregoing, Defendant Old Republic asserts the following affirmative defenses without assuming the burden of proof for such where the burden is not by law upon Defendant:

### FIRST AFFIRMATIVE DEFENSE

### [Failure to State a Cause of Action]

122. Plaintiff's Complaint and each and every cause of action contained therein against Defendant fails to state causes of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

### [Statute of Limitations]

123. On information and belief, Plaintiff's claims are barred by the applicable statute(s) of limitations, including without limitation California Code of Civil Procedure sections 337, 338, 339 and Civil Code section 941.

### THIRD AFFIRMATIVE DEFENSE

### [ Estoppel]

124. On information and belief, Plaintiff's claims are barred in whole or in part by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE

### [Laches]

125. On information and belief, Plaintiff's claims are barred in whole or in part by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

### [Unclean Hands]

126. On information and belief, Plaintiff's claims are barred in whole or in part by the equitable doctrine of unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

### [Waiver]

127. On information and belief, Plaintiff's claims are barred in whole or in part by the doctrine of waiver.

## SEVENTH AFFIRMATIVE DEFENSE

### [Not an Additional Insured]

128. Plaintiff's claims are barred in whole or in part due to the fact that Beazer Homes is not an additional insured under fronting policies issued by Defendant to Masco Corporation and/or Sacramento Building "Projects" as alleged in the Complaint.

## EIGHTH AFFIRMATIVE DEFENSE

### [Exhaustion of Policy Limits]

129. Plaintiff's claims are barred because the aggregate limits of the Old Republic fronting policies for the policy periods alleged in the Complaint are exhausted.

## NINTH AFFIRMATIVE DEFENSE

### [Deductible Not Satisfied—Self-Insured, Fronting Insurer No Duty to Contribute with Other Insurers]

130. Defendant Old Republic has no contribution obligation because the policies it issued to Masco Corporation and its subsidiaries are "fronting policies." The deductible matches the policy's limit. Masco and its subsidiaries are self-insured. Defendant Old Republic has no obligation to contribute with Plaintiff under California law. See *Aerojet-General Corp. v. Transport Indemn. Co.*, 17 Cal.4th 38, 71-72 (1997) (holding an insured with a fronting policy is not required to contribute with other insurers to defense costs, nor is the fronting insurer).

## TENTH AFFIRMATIVE DEFENSE

### [Other Insurance]

131. Plaintiff's claims are barred in whole or in part due to the purported additional insured's failure to exhaust all levels of primary insurance and consistent with, as amended, Section IV – Commercial General Liability Conditions, 4. Other Insurance, a. or any similar policy term stating insurance is excess over any other valid and collectible insurance applying to the loss except for insurance bought specifically to apply in excess of the Limits of Insurance shown in the declarations of this policy and subsection b. stating, notwithstanding the preceding paragraph, the insurance afforded by this Policy is primary insurance with respect to those insureds to whom Sacramento is obligated by contract to provide primary insurance.

## ELEVENTH AFFIRMATIVE DEFENSE

### [Damage to Property]

132. Plaintiff's claims are barred in whole or in part pursuant to Section I – Coverages, 2. Exclusions, j., as amended, or any similar policy term excluding coverage for "property damage" to that particular part of real property on which the insured, or any contractors or any subcontractors working directly or indirectly on its behalf is performing operations, if the "property damage" arises out of those operations and that particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it, which states (or which has similar language depending on the precise policy):

**2. Exclusions**

This insurance does not apply to: . . . .

**j. Damage To Property**

"Property damage" to: . . . .

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

. . . .

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

## TWELFTH AFFIRMATIVE DEFENSE

### [Damage to Your Product]

133. Plaintiff's claims are barred in whole or in part pursuant to Section I – Coverages, 2. Exclusions, k. or any similar policy term excluding coverage for "property damage" to "your product" arising out of it or any part of it, which states (or which has similar language depending on the precise policy):

**2. Exclusions**

This insurance does not apply to: . . . .

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**[Damage to Your Work]**

134. Plaintiff's claims are barred in whole or in part pursuant to Section I – Coverages, 2. Exclusions, l. or any similar policy term excluding coverage for "property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard," which states (or which has similar language depending on the precise policy):

**2. Exclusions**

This insurance does not apply to: . . . .

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

"Your work" is defined in the policies at Section V. as:

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.

## FOURTEENTH AFFIRMATIVE DEFENSE

### [Damage to Impaired Property or Property Not Physically Injured]

135. Plaintiff's claims are barred in whole or in part pursuant to Section I – Coverages, 2. Exclusions, m. or any similar policy term excluding coverage for "property damage" to "impaired property" or property that has not been physically injured, arising out of (1) a defect, deficiency, inadequacy or dangerous condition in "your product" or "your work" or (2) a delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms, which states (or which has similar language depending on the precise policy):

**2. Exclusions**

This insurance does not apply to: . . . .

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

## <u>FIFTEENTH AFFIRMATIVE DEFENSE</u>

### [Recall Of Products, Work or Impaired Property]

136. Plaintiff's claims are barred in whole or in part pursuant to Section I – Coverages, 2. Exclusions, n. or any similar policy term excluding coverage for damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of: (1) "Your product"; (2) "Your work"; or (3) "Impaired property"; if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it, which states (or which has similar language depending on the

precise policy):

**2. Exclusions**

This insurance does not apply to: . . . .

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

<u>**SIXTEENTH AFFIRMATIVE DEFENSE**</u>

**[Batch Clause and Related Claims Endorsement]**

137. Plaintiff's claims are barred in whole or in part pursuant to the following endorsements (and the similarly worded identical endorsements) to the policies:

THIS ENDORSEMENT CHANGES THE POLICY.

PLEASE READ IT CAREFULLY

**BATCH CLAUSE**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to the definition of Products - Completed Operations Hazard, item 16. under Section V - Definitions:

With respect to the "Products-Completed Operation Hazard" all "bodily injury" or injury to or destruction of property, including loss thereof, arising out of one actual or alleged common cause shall be considered as arising out of one "occurrence."

\* \* \*

THIS ENDORSEMENT CHANGES THE POLICY.

PLEASE READ IT CAREFULLY

**RELATED CLAIMS ENDORSEMENT**

This endorsement modifies insurance provided under the following:

Commercial General Liability Policy

It is agreed that the following clause is attached to and made a part of this Policy:

Two or more incidents arising out of a single act, cause or "occurrence" or a series of related acts, causes or "occurrences" shall be treated as a single "occurrence" and shall be considered to have occurred at the time at which the first such incident took place.

In no event shall the assertion of claims based upon two or more incidents as described in the preceding paragraph increase the limits of insurance available for a single "occurrence" under the applicable policy. Policies issued subsequent to the date of "occurrence", as the date is arrived at pursuant to the first paragraph of this Endorsement, shall not apply to such "occurrence" or to any claims or "suits" arising out of such "occurrence".

## SEVENTEENTH AFFIRMATIVE DEFENSE

### [Duty to Reimburse]

138. Plaintiff's claims are barred because to the extent Beazer Homes is an additional insured on Defendant's policies of insurance, Old Republic only had a duty to reimburse certain defense expenses according to the terms of the policies, not a duty to defend and not a duty to reimburse defense expenses paid by others.

WHEREFORE, Defendant Old Republic Insurance Company prays for judgment as follows:

1. That the Court dismiss all claims against Old Republic with prejudice;

2. That the Court declare Old Republic has no duty under any Old Republic policies to defend Beazer Homes in the Underlying Action;

1        3. That the Court declare Old Republic has no duty under any Old Republic

2    policies to indemnify Beazer Home in the Underlying Action;

3        4. That the Court declare that Plaintiff is not entitled to any relief whatsoever

4    against Old Republic; and

5        5. That the Court award Old Republic its costs incurred in this action.

6

7

8

9        DATED: June 27, 2013       THE BARBER LAW GROUP

10

11                  By:     /S/: Bryan M. Barber
                            Bryan M. Barber

12                          Attorneys for Defendant,
                            OLD REPUBLIC INSURANCE COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JURY DEMAND**

Defendant demands trial by jury pursuant to F.R.C.P. 38.


DATED: June 27, 2013        THE BARBER LAW GROUP


By:       /S/: Bryan M. Barber
               Bryan M. Barber
               Attorneys for Defendant,
               OLD REPUBLIC INSURANCE COMPANY