GREGORY J. NEWMAN (SBN 169057)
E-mail: gnewman@selmanbreitman.com
HEE SUNG YOON (SBN 251612)
E-mail: hyoon@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone:     (310) 445-0800
Facsimile:     (310) 473-2525

Attorneys for Defendant
ASPEN SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporaton,<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; EVEREST INDEMNITY INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation, CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation; ACE AMERICAN INSURANCE COMPANY fka ALLIED INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation; FIRST SPECIALTY INSURANCE COMPANY, a Missouri corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a Washington, D.C. | CASE NO.     1:13-cv-00576-LJO-BAM<br><br>Judge  :  Hon. Lawrence J. O'Neill<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR ASPEN SPECIALTY INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: April 19, 2013 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | corporation; SECURITY AMERICA RISK RETENTION GROUP, a Vermont corporation; ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; ZURICH NORTH AMERICAN INSURANCE COMPANY, a New York corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; NAVIGATORS INSURANCE COMPANY, a New York corporaton; TRUCK INSURANCE EXCHANGE, a California corporation; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, a Kentucky corporation; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. |

This Stipulation is entered into by and between Plaintiff Travelers Property Casualty Company of America (collectively "Travelers") and Defendant Aspen Specialty Insurance Company ("Aspen").

### RECITALS

1. On April 19, 2013, Travelers filed its complaint in the instant action.

2. On May 9, 2013, Travelers served Aspen with the summons and complaint in this action.

3. On May 30, 2013, the parties entered into a stipulation for an extension of time for Aspen to file its responsive pleading for twenty-eight (28) days, such that Aspen's responsive pleading was due to June 27, 2013.

4. In a good faith effort to achieve an early resolution, Travelers and Aspen have engaged in discussions regarding resolution of Travelers' claims against Aspen.

5. Travelers and Aspen are continuing to attempt to resolve this matter in non-judicial proceedings and believe that an additional twenty (20) days would be beneficial to those negotiations.

## IT IS HEREBY STIPULATED AND AGREED:

6. Aspen is granted a twenty (20) day extension of time to file a responsive pleading in this action, such that Aspen's response to the complaint is now due on July 17, 2013.

7. This stipulation shall not constitute an appearance by Aspen. Aspen does not waive its right to challenge the Court's jurisdiction over this matter and/or whether Aspen was validly served with summons and complaint.

DATED: June 27, 2013  THE AGUILERA LAW GROUP, APLC

By: *Kari Myron*
KARI MYRON
ANGELA MARTIN
Attorneys for Plaintiffs
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

DATED: June 27, 2013  SELMAN BREITMAN LLP

By: *Greg J. Newman*
GREGORY J. NEWMAN
HEE SUNG YOON
Attorneys for Defendant
ASPEN SPECIALTY INSURANCE COMPANY

## ORDER

The Court having reviewed the stipulation between Plaintiff Travelers and Defendant Aspen: **IT IS HEREBY ORDERED THAT:**

Aspen is granted a twenty (20) day extension of time to file a responsive pleading in this action, such that Aspen's response to the complaint is now due on July 17, 2013.

DATED:

By: _____
Hon. Lawrence J. O'Neill