1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7    TRAVELERS PROPERTY CASUALTY              CASE NO. CV F 13-0576 LJO BAM
     COMPANY OF AMERICA,
8
9                      Plaintiff,             **ORDER TO DISMISS SINGLE
                                              DEFENDANT**
10                                            (Doc. 102.)
11        vs.

12
     OLD REPUBLIC INSURANCE
13   COMPANY, et al.,

14                     Defendants.
15   _____/

16

17        Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this

18   Court by this order DISMISSES without prejudice this entire action and all claims against

19   defendant Aspen Specialty Insurance Company only.

20

21

22

23   IT IS SO ORDERED.

24      Dated:   __**July 10, 2013**__              ___**/s/ Lawrence J. O'Neill**___
                                                    UNITED STATES DISTRICT JUDGE
25

26

27

28

                                              1