1
2
3
4                      UNITED STATES DISTRICT COURT

5                     EASTERN DISTRICT OF CALIFORNIA

6

7  TRAVELERS PROPERTY CASUALTY              CASE NO. CV F 13-0576 LJO BAM
   COMPANY OF AMERICA,
8
9                         Plaintiff,        **ORDER TO DISMISS SINGLE**
                                            **DEFENDANT**
10                                          (Doc. 103.)
11          vs.

12
   OLD REPUBLIC INSURANCE
13 COMPANY, et al.,

14
                          Defendants.
15 _____/

16

17        Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this

18 Court by this order DISMISSES without prejudice this entire action and all claims against

19 defendant Ironshore Specialty Insurance Company only.

20

21

22 IT IS SO ORDERED.

23     Dated:   __July 10, 2013__              _____/s/ Lawrence J. O'Neill_
24                                            UNITED STATES DISTRICT JUDGE
25

26

27

28

                                    1