UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, et al.,<br><br>               Defendants.<br>_____ / | CASE NO. CV F 13-0576 LJO BAM<br><br>**ORDER TO DISMISS INDIVIDUAL DEFENDANT**<br><br>(Doc. 108.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendant Probuilders Specialty Insurance Company, RRG only. The clerk is directed not to close this action.

IT IS SO ORDERED.

   Dated:   **August 14, 2013**                    /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE

1