UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br><br>OLD REPUBLIC INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 13-0576 LJO BAM<br><br>**ORDER TO DISMISS CERTAIN DEFENDANT**<br>(Doc. 128.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendant Liberty Mutual Insurance Company only. The clerk is directed not to close this action.

IT IS SO ORDERED.

　Dated:　**September 13, 2013**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1