**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela N. Martin (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>                Plaintiff,<br><br>        v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>                Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER ON STIPULATION TO PARTIAL DISMISS DEFENDANT ARCH SPECIALTY INSURANCE COMPANY AS TO PARAGRAPHS 57 AND 67 OF THE FIRST AMENDED COMPLAINT ONLY**<br><br>Complaint filed:  April 19, 2013<br>Trial Date:  None |

　　　　Pursuant to the stipulation of Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA and Defendant ARCH SPECIALTY INSURANCE COMPANY and good cause existing therefore

/ / /

/ / /

/ / /

/ / /

1

Case No.: 1:13-cv-00576-LJO-BAM
**[PROPOSED] ORDER ON STIPULATION TO DISMISS DEFENDANT ARCH AS TO PARAGRAPHS 57 AND 67 OF THE FIRST AMENDED COMPLAINT ONLY**

IT IS HEREBY ORDERED that ARCH SPECIALTY INSURANCE COMPANY is dismissed with prejudice as to Paragraphs 57 and 67 of the First Amended Complaint [Dkt. 111] filed August 21, 2013, with each party to bear their own costs and fees relating to Paragraphs 57 and 67 of the First Amended Complaint. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **October 1, 2013**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

2

Case No.: 1:13-cv-00576-LJO-BAM
**[PROPOSED] ORDER ON STIPULATION TO DISMISS DEFENDANT ARCH AS TO PARAGRAPHS 57 AND 67 OF THE FIRST AMENDED COMPLAINT ONLY**