**THE AGUILERA LAW GROUP**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela N. Martin (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, et al.<br><br>Defendants. | Case No. 1:13-CV-00576-LJO-BAM<br><br>**STIPULATION TO DISMISS DEFENDANT CATLIN SPECIALTY INSURANCE COMPANY IN PLACE OF CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, 100% SYNDICATE 2020** |

IT IS HEREBY STIPULATED by and between Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") on the one hand and Defendant CATLIN SPECIALTY INSURANCE COMPANY ("CATLIN") and CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, 100% SYNDICATE 2020 ("LLOYDS") on the other, by and through their counsel, that Defendant CATLIN, only, be and hereby is dismissed without prejudice from the above-captioned action, pursuant to Federal Rule of Civil Procedure

1

41(a)(1), and that all allegations against CATLIN in the First Amended Complaint [Docket No. 111] shall be deemed to be alleged against LLOYDS instead.

IT IS FURTHER STIPULATED that plaintiff TRAVELERS shall cause a summons to be issued to LLOYDS and with the summons and first amended complaint. LLOYDS shall then file responsive pleadings within the statutory time permitted by Federal Rule of Civil Procedure 12(a).


Dated: October 23, 2013       **SELMAN BREITMAN, LLP**

/s/ Diana L. Winfrey (authorized 10/23/13)
Diana L. Winfrey, Esq.
Attorneys for Defendants CATLIN SPECIALTY
INSURANCE COMPANY and CERTAIN
UNDERWRITERS AT LLOYDS OF LONDON, 100%
SYNDICATE 2020


Dated: October 23, 2013       **THE AGUILERA LAW GROUP, APLC**

/s/ Angela Martin
A. Eric Aguilera, Esq.
Kari M. Myron, Esq.
Angela Martin, Esq.
Attorneys for Plaintiff TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA