# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, et al.<br><br>　　　　　Defendants. | Case No. 1:13-CV-00576-LJO-BAM<br><br>**ORDER ON STIPULATION TO DISMISS DEFENDANT CATLIN SPECIALTY INSURANCE COMPANY IN PLACE OF CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, 100% SYNDICATE 2020** |

Pursuant to stipulation of Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS"), Defendant CATLIN SPECIALTY INSURANCE COMPANY ("CATLIN"), and CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, 100% SYNDICATE 2020 ("LLOYDS") and good cause existing therefore,

IT IS HEREBY ORDERED that Defendant CATLIN, only, be and hereby is dismissed without prejudice from the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1), and that all allegations against CATLIN in the First Amended Complaint [Docket No. 111] shall be deemed to be alleged against LLOYDS instead.

IT IS SO ORDERED.

Dated: __October 23, 2013__　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

Case No.: 1:13-CV-00576-LJO-BAM
**[PROPOSED] ORDER ON STIPULATION TO DISMISS DEFENDANT CATLIN IN PLACE OF CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, 100% SYNDICATE 2020**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No.:  1:13-CV-00576-LJO-BAM
[PROPOSED] ORDER ON STIPULATION TO DISMISS DEFENDANT CATLIN IN PLACE OF CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, 100% SYNDICATE 2020