**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela N. Martin (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>    Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER ON STIPULATION TO DISMISS ZURICH AMERICAN INSURANCE COMPANY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41 (a) (1) (A) (ii)**<br><br>Complaint filed:  April 19, 2013<br>Trial Date:  None |

Pursuant to the stipulation of Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA and Defendant ZURICH AMERICAN INSURANCE COMPANY, erroneously sued as ZURICH NORTH AMERICAN INSURANCE COMPANY, and good cause existing therefore:

/ / /

/ / /

/ / /

/ / /

1     IT IS HEREBY ORDERED that ZURICH AMERICAN INSURANCE COMPANY,

2 erroneously sued as ZURICH NORTH AMERICAN INSURANCE COMPANY, is dismissed

3 without prejudice as to the First Amended Complaint [Dkt. 111] filed August 21, 2013, with each

4 party to bear their own costs and fees relating to the First Amended Complaint.

5

6 IT IS SO ORDERED.

7     Dated:   **October 31, 2013**          **/s/ Lawrence J. O'Neill**

8                                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 1:13-cv-00576-LJO-BAM
[PROPOSED] ORDER ON STIPULATION TO DISMISS DEFENDANT ZURICH AMERICAN INSURANCE
COMPANY