DIANA L. WINFREY (SBN 118910)
E-MAIL: dwinfrey@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6538
Telephone: 310.445.0800
Facsimile: 310.473.2525

Attorneys for Defendant
CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON,
100% SYNDICATE 2020

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,,<br><br>            Plaintiff,<br>      v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; EVEREST INDEMNITY INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation/ NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation, CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation; ACE AMERICAN INSURANCE COMPANY fka ALLIED INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation; FIRST SPECIALTY INSURANCE COMPANY, a Missouri corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma | Case No. 1:13-cv-00576-LJO-BAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

1

corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, PRG, a Washington, D.C. corporation; SECURITY AMERICA RICK RETENTION GROUP, a Vermont corporation/ ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; ZURICH NORTH AMERICAN INSURANCE COMPANY, a New York corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation, CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; TRUCK INSURANCE EXCHANGE, a California corporation; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, a Kentucky corporation; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 10, inclusive,

Defendants

This Stipulation is entered into by and between Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendant, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, 100% SYNDICATE 2020 ("UNDERWRITERS").

**RECITALS**

1. On or about April 19, 2013, TRAVELERS filed an action entitled *Travelers Property Casualty Company of America v. Old Republic Insurance Company, et al.* in the Eastern District of California, Case No. 1:13-CV-00576-LJO-BAM.

2. On or about August 21, 2013, TRAVELERS filed a first-amended complaint (the "FAC").

3. By stipulation filed October 23, 2013, and entered by the Court on October 24, 2013, TRAVELERS substituted one of the defendants to the FAC, namely,

2

UNDERWRITERS, instead and in place of Catlin Specialty Insurance Company.

4. On or about November 8, 2013, TRAVELERS served UNDERWRITERS with a summons and the FAC.

5. Under Federal R. of Civ. Proc., Rule 12(a)(1), UNDERWRITERS' response was due on December 2, 2013.

6. UNDERWRITERS and TRAVELERS previously stipulated to a brief extension of time for UNDERWRITERS to provide a responsive pleading by December 20, 2013

7. UNDERWRITERS and TRAVELERS are discussing whether TRAVELERS will dismiss UNDERWRITERS from this lawsuit.

8. UNDERWRITERS and TRAVELERS believe that a further three (3) week extension will provide time for TRAVELERS to attempt to resolve this issue.

### **IT IS HEREBY STIPULATED AND AGREED:**

UNDERWRITERS are awarded an additional three week extension of time to file a responsive pleading in this action. UNDERWRITERS' response to the FAC is now due on January 10, 2014.

This stipulation shall not constitute an appearance by UNDERWRITERS. UNDERWRITERS do not waive the right to challenge the Court's jurisdiction over this matter.

DATED: December 6, 2013        THE AGUILERA LAW GROUP, APLC

By: *Angela N. Martin*
_____
KARI MYRON
ANGELA N. MARTIN
Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

3

**CASE NO. 1:13-CV-00576-LJO-BAM**

DATED: December 6, 2013        SELMAN BREITMAN LLP

By: *Diana L. Winfrey*
    DIANA L. WINFREY
Attorneys for Defendant
CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON 100% SYNDICATE 2020

## ORDER

The Court having reviewed the stipulation between Plaintiffs TRAVELERS and Defendant UNDERWRITERS further extending the time for UNDERWRITERS to respond to the First Amended Complaint, the Court grants the stipulation and orders that UNDERWRITERS shall have until January 10, 2014 to respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated: **December 20, 2013**        /s/ *Barbara A. McAuliffe*
    UNITED STATES MAGISTRATE JUDGE