**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>          Plaintiff,<br><br>     v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>          Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER ON STIPULATION RE PARTIAL DISMISSAL OF CERTAIN ALLEGATIONS AS AGAINST DEFENDANT ARCH SPECIALTY INSURANCE COMPANY AS TO ARCH BEUTLER POLICIES**<br><br>Complaint filed:  April 19, 2013<br>Trial Date:  None |

Pursuant to the stipulation of Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendant ARCH SPECIALTY INSURANCE COMPANY ("ARCH") and good cause existing therefore:

IT IS HEREBY ORDERED THAT ARCH is dismissed with prejudice as to paragraph 42 of the First Amended Complaint [Dkt. 111].

IT IS SO ORDERED.

Dated:  **April 28, 2014**          **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

1

Case No.: 1:13-cv-00576-LJO-BAM
**ORDER ON STIPULATION RE PARTIAL DISMISSAL OF CERTAIN ALLEGATIONS AS AGAINST DEFENDANT ARCH RE ARCH BEUTLER POLICIES ONLY**