UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER ON STIPULATION TO DISMISS DEFENDANT CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, 100% SYNDICATE 2020**<br><br>Complaint filed: April 19, 2013<br>Trial Date: None |

Pursuant to the stipulation of Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendant CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, 100% SYNDICATE 2020 ("UNDERWRITERS") and good cause existing therefore,

IT IS HEREBY ORDERED that all claims against Defendant UNDERWRITERS alleged in the First Amended Complaint [Dkt No. 111] pursuant to the Order entered October 24, 2013 [Dkt. No. 139] be and hereby are dismissed with prejudice and Defendant UNDERWRITERS is hereby dismissed with prejudice from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1).

/ / /

/ / /

1    TRAVELERS and UNDERWRITERS are to bear their own costs and fees relating to the
2 First Amended Complaint.

**SO ORDERED**
**Dated: June 2, 2014**

<u>**/s/ Lawrence J. O'Neill**</u>
**United States District Judge**