**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela N. Martin (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**STIPULATION TO DISMISS DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY ONLY**<br><br>Complaint filed: April 19, 2013<br>Trial Date: December 1, 2015 |

IT IS HEREBY STIPULATED by and between Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendant AMERICAN SAFETY INDEMNITY COMPANY ("ASIC") by and through their designated counsel that the claims asserted by TRAVELERS against ASIC in the First Amended Complaint filed on August 21, 2013 [Dkt. 111] are hereby dismissed without prejudice from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1).

1

Case No.: 1:13-cv-00576-LJO-BAM
**STIPULATION TO DISMISS DEFENDANT ASIC FROM THE FIRST AMENDED COMPLAINT ONLY**

TRAVELERS and ASIC further stipulate to bear their own costs and fees relating to the First Amended Complaint [Dkt 111].

Dated: September 24, 2014  **THE AGUILERA LAW GROUP, APLC**

*/s/ Angela Martin*
A. Eric Aguilera
Kari M. Myron
Angela A. Martin
Attorneys for Plaintiff TRAVELERS
PROPERTY CASUALTY COMPANY OF
AMERICA

Dated: September 24, 2014  **BOORNAZIAN, JENSEN & GARTHE**

*/s/ Alan Swerdlow (authorized 9/24/14)*
ALAN SWERDLOW, ESQ.
Attorneys for Defendant
AMERICAN SAFETY INDEMNTY COMPANY