# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>       Plaintiff,<br><br>       v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>       Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER STIPULATION TO DISMISS DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY ONLY**<br><br>Complaint filed:  April 19, 2013<br>Trial Date:  December 1, 2015 |

Pursuant to a stipulation by and between Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendant AMERICAN SAFETY INDEMNITY COMPANY ("ASIC") and for good cause showing:

IT IS HEREBY ORDERED THAT that ASIC is dismissed without prejudice as to the First Amended Complaint filed August 21, 2013 [Dkt. 111], with each party to bear their own costs and fees relating the First Amended Complaint [Dkt 111]. This case shall remain open.

**SO ORDERED**
**Dated: September 25, 2014**

                                         **/s/ Lawrence J. O'Neill**
                                         **United States District Judge**