# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, a Connecticut
corporation;

Plaintiff,

v.

OLD REPUBLIC INSURANCE
COMPANY, a Pennsylvania corporation;
et al; and DOES 1 through 10 inclusive.

Defendants.

Case No. 1:13-cv-00576-LJO-BAM

**ORDER ON STIPULATION TO DISMISS
DEFENDANT NORTHERN INSURANCE
COMPANY OF NEW YORK AS TO
PARAGRAPH 81 OF THE FIRST
AMENDED COMPLAINT ONLY**

Complaint filed: April 19, 2013
Trial Date: December 1, 2015

Pursuant to a stipulation by and between Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendant NORTHERN INSURANCE COMPANY OF NEW YORK ("NORTHERN INSURANCE") and for good cause showing,

IT IS HEREBY ORDERED that NORTHERN INSURANCE is dismissed without prejudice as to Paragraph 81 of the First Amended Complaint filed August 21, 2013 [Dkt. 111], with each party to bear their own costs and fees relating to Paragraph 81 of the First Amended Complaint [Dkt 111]. This case shall remain open.

**SO ORDERED**
**Dated: September 25, 2014**

         **/s/ Lawrence J. O'Neill**
         **United States District Judge**