**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela N. Martin (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**STIPULATION TO DISMISS DEFENDANT FINANCIAL PACIFIC INSURANCE COMPANY IN THE FIRST AMENDED COMPLAINT ONLY**<br><br><br>Complaint filed: April 19, 2013<br>Trial Date: December 1, 2015 |

IT IS HEREBY STIPULATED by and between Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendant FINANCIAL PACIFIC INSURANCE COMPANY ("FPIC") by and through their designated counsel that all claims within the First Amended Complaint [Dkt. 111] as asserted against FPIC, is dismissed without prejudice from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1).

/ / /

1

Case No.: 1:13-cv-00576-LJO-BAM
**STIPULATION TO DISMISS CERTAIN ALLEGATIONS AS ALLEGED AGAINST DEFENDANT FPIC IN THE FIRST AMENDED COMPLAINT ONLY**

TRAVELERS and FPIC further stipulate to bear their own costs and fees relating to the First Amended Complaint.

Dated: October 29, 2014        **THE AGUILERA LAW GROUP, APLC**

/s/ Angela N. Martin

A. Eric Aguilera
Kari M. Myron
Angela N. Martin
Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated:        **YARON & ASSOCIATES**

Henry Su, Esq.
Jenna E. Settino, Esq.
Attorneys for Defendant
FINANCIAL PACIFIC INSURANCE COMPANY

TRAVELERS and FPIC further stipulate to bear their own costs and fees relating to the First Amended Complaint.

Dated:                **THE AGUILERA LAW GROUP, APLC**

_____
A. Eric Aguilera
Kari M. Myron
Angela A. Martin
Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated: 10/28/14      **YARON & ASSOCIATES**

_____
George D. Yaron
Henry M. Su, Esq.
Attorneys for Defendant
FINANCIAL PACIFIC INSURANCE COMPANY

2

Case No.: 1:13-cv-00576-LJO-BAM
STIPULATION TO DISMISS CERTAIN ALLEGATIONS AS ALLEGED AGAINST DEFENDANT FPIC IN THE FIRST AMENDED COMPLAINT ONLY