# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER ON STIPULATION TO DISMISS DEFENDANT FINANCIAL PACIFIC INSURANCE COMPANY IN THE FIRST AMENDED COMPLAINT ONLY**<br><br>Complaint filed: April 19, 2013<br>Trial Date: December 1, 2015 |

Pursuant to the stipulation of Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA and Defendant FINANCIAL PACIFIC INSURANCE COMPANY and good cause existing therefore:

IT IS HEREBY ORDERED that FINANCIAL PACIFIC INSURANCE COMPANY is dismissed without prejudice as to the First Amended Complaint filed August 21, 2013 [Dkt. 111], with each party to bear their own costs and fees relating the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **October 29, 2014**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE