# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER ON STIPULATION TO DISMISS AMCO INSURANCE COMPANY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41 (a) (1) (A) (ii)**<br><br>Complaint filed:  April 19, 2013<br>Trial Date:  None |

Pursuant to the stipulation of Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA and Defendant AMCO INSURANCE COMPANY, and good cause existing therefore:

IT IS HEREBY ORDERED that AMCO INSURANCE COMPANY, is dismissed with prejudice as to the First Amended Complaint [Dkt. 111] filed August 21, 2013, with each party to bear their own costs and fees relating to the First Amended Complaint.

IT IS SO ORDERED.

Dated:  **January 14, 2015**           /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE