# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, et al; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER ON STIPULATION AND JOINT REQUEST FOR EXTENSION OF TIME TO COMPLETE NON-EXPERT DISCOVERY AND SET DEADLINE FOR PARTIES TO COMPLETE A SETTLEMENT CONFERENCE** |

Pursuant to the stipulation of the parties, and for good cause showing, IT IS HEREBY ORDERED THAT the deadlines for the parties to complete non-expert discovery previously set for January 23, 2015, shall be continued to February 23, 2015.

The parties are directed to complete alternative dispute resolution proceedings no later than March 30, 2015. The parties are cautioned that engaging in settlement discussions is not good cause to continue any other dates.  If the parties wish for the Court to set a settlement conference, the parties may contact Courtroom Deputy Harriet Herman at 559-499-5788.

IT IS SO ORDERED.

Dated:   **January 23, 2015**         /s/ Barbara A. McAuliffe          _
                                        UNITED STATES MAGISTRATE JUDGE

[