1  **THE AGUILERA LAW GROUP, APLC**
2  A. Eric Aguilera (SBN 192390)
   Kari M. Myron (SBN 158592)
3  Angela N. Martin (SBN 238426)
   650 Town Center Drive
4  Suite 100
   Costa Mesa, CA 92626
5  T: 714-384-6600 / F: 714-384-6601
6  eaguilera@aguileragroup.com
   kmyron@aguileragroup.com
7  amartin@aguileragroup.com

8

9  Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

10                **UNITED STATES DISTRICT COURT**

11          **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

12

13  TRAVELERS PROPERTY CASUALTY          Case No. 1:13-cv-00576-LJO-BAM
    COMPANY OF AMERICA, a Connecticut
14  corporation;                         **STIPULATION TO DISMISS**
                                         **DEFENDANTS CLARENDON**
15          Plaintiff,                   **AMERICAN INSURANCE COMPANY**
                                         **AND PRAETORIAN INSURANCE**
16          v.                           **COMPANY**

17  OLD REPUBLIC INSURANCE
18  COMPANY, a Pennsylvania corporation;
    et al; and DOES 1 through 10 inclusive.   Complaint filed:  April 19, 2013
19                                            Trial Date:  December 1, 2015
            Defendants.
20

21        IT IS HEREBY STIPULATED by and between Plaintiff TRAVELERS PROPERTY

22  CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendants CLARENDON

23  AMERICAN INSURANCE COMPANY, erroneously named as CLARENDON NATIONAL

24  INSURANCE COMPANY , and PRAETORIAN INSURANCE COMPANY by and through their

25  designated counsel that all claims asserted in the First Amended Complaint [Dkt. 111] against them

26  filed on August 21, 2013 by and hereby are dismissed with prejudice from the above-entitled action

27  pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1).

28
                                          1

1    TRAVELERS and CLARENDON AMERICAN INSURANCE COMPANY, erroneously

2   named as CLARENDON NATIONAL INSURANCE COMPANY and PRAETORIAN

3   INSURANCE COMPANY further stipulate to bear their own costs and fees relating to the First

4   Amended Complaint.

5

6   Dated:  February 5, 2015                **THE AGUILERA LAW GROUP, APLC**

7

8                                          */s/ Angela Martin*

9                                          A.  Eric Aguilera
                                           Kari M. Myron
10                                         Angela A. Martin
                                           Attorneys for Plaintiff TRAVELERS
11                                         PROPERTY CASUALTY COMPANY OF
                                           AMERICA
12

13

    Dated: February 5, 2015                **SIMS, HAN & LAWRENCE**
14

15                                         */s/ Cynthia Lawrence (authorized 2/4/2015)*

16                                         Cynthia Lawrence, Esq.
                                           Attorneys for Defendant
17                                         CLARENDON AMERICAN INSURANCE COMPANY,
                                           erroneously named as CLARENDON NATIONAL
18                                         INSURANCE COMPANY , and PRAETORIAN
                                           INSURANCE COMPANY
19

20

21

22

23

24

25

26

27

28