# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**OLD REPUBLIC INSURANCE CO., et al.,**<br><br>**Defendants.** | 1:13-cv-576-LJO-BAM<br><br>**ORDER RE STIPULATION TO DISMISS**<br>**(Doc. 207)** |

On February 5, 2015, the parties filed a stipulation to dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 207 at 1. The parties stipulate to dismiss the first amended complaint ("the FAC") with prejudice against Defendant Old Republic Insurance Company only.

Based on the parties' stipulation, this Court DISMISSES the FAC with prejudice against Defendant Old Republic Insurance Company only.

IT IS SO ORDERED.

   Dated:   **February 9, 2015**           /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE