# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE FIRE & CASUALTY CO., et al.,<br><br>Defendants. | 1:13-cv-576-LJO-BAM<br><br>**ORDER RE STIPULATION TO DISMISS (Doc. 208)** |

On February 5, 2015, the parties filed a stipulation to dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 208 at 1. The parties stipulate to dismiss the first amended complaint ("the FAC") with prejudice against Defendants Clarendon American Insurance Company, erroneously named as Clarendon National Insurance Company, and Praetorian Insurance Company only. *Id.*

Based on the parties' stipulation, the Court DISMISSES the FAC with prejudice against Defendants Clarendon American Insurance Company, erroneously named as Clarendon National Insurance Company, and Praetorian Insurance Company only.

IT IS SO ORDERED.

Dated:   **February 11, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE