**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela N. Martin (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**STIPULATION TO DISMISS DEFENDANT INTERSTATE FIRE & CASUALTY COMPANY IN THE FIRST AMENDED COMPLAINT**<br><br>Complaint filed: April 19, 2013<br>Trial Date: None |

IT IS HEREBY STIPULATED by and between Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendant INTERSTATE FIRE & FIRE CASUALTY COMPANY ("INTERSTATE") by and through their designated counsel that all claims asserted against INTERSTATE in the First Amended Complaint [Dkt. 111] filed on August 21, 2013, are dismissed with prejudice from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1).

///

///

1

Case No.: 1:13-cv-00576-LJO-BAM
**STIPULATION TO DISMISS**
**DEFENDANT INTERSTATE IN THE FIRST AMENDED COMPLAINT ONLY**

1       TRAVELERS and INTERSTATE further stipulate to bear their own costs and fees
2 relating to the First Amended Complaint.

Dated: February 25, 2015       **THE AGUILERA LAW GROUP, APLC**

/s/: Angela N. Martin
_____
A. Eric Aguilera
Kari M. Myron
Angela A. Martin
Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated: 2/9/15       **HAIGHT BROWN & BONESTEEL, LLP**

_____
Michael Leahy, Esq.
Kristian Moriarty, Esq.
Attorneys for Defendant
INTERTATE FIRE & CASUALTY COMPANY