# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER ON STIPULATION TO DISMISS DEFENDANT INTERSTATE FIRE & CASUALTY COMPANY IN THE FIRST AMENDED COMPLAINT**<br><br>Complaint filed: April 19, 2013<br>Trial Date: None |

Pursuant to the stipulation between Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendant INTERSTATE FIRE & FIRE CASUALTY COMPANY ("INTERSTATE") and for good cause existing therefore:

IT IS HEREBY ORDERED that all claims asserted against INTERSTATE in the First Amended Complaint [Dkt. 111] filed on August 21, 2013, are dismissed with prejudice from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1).

IT IS FURTHER ORDERED that TRAVELERS and INTERSTATE further stipulate to bear their own costs and fees relating to the First Amended Complaint.

**SO ORDERED**
**Dated: March 12, 2015**

                                                   **/s/ Lawrence J. O'Neill**
                                                 **United States District Judge**

1

Case No.: 1:13-cv-00576-LJO-BAM
**ORDER ON STIPULATION TO DISMISS DEFENDANT INTERSTATE FIRE & CASUALTY COMPANY IN THE FIRST AMENDED COMPLAINT**