**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela N. Martin (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**STIPULATION TO DISMISS DEFENDANT EVEREST INDEMNITY INSURANCE COMPANY IN THE FIRST AMENDED COMPLAINT ONLY**<br><br>Complaint filed: April 19, 2013<br>Trial Date: December 1, 2015 |

IT IS HEREBY STIPULATED by and between Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendant EVEREST INDEMNITY INSURANCE COMPANY ("EVEREST INDEMNITY") by and through their designated counsel that all claims within the First Amended Complaint [Dkt. 111] as asserted against EVEREST INDEMNITY, are dismissed with prejudice from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1).

/ / /

/ / /

TRAVELERS and EVEREST INDEMNITY further stipulate to bear their own costs and fees relating to the First Amended Complaint.

Dated:  March 11, 2015      **THE AGUILERA LAW GROUP, APLC**


*/s/ Angela Martin*
A. Eric Aguilera
Kari M. Myron
Angela N. Martin
Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated: March 11, 2014      **SELMAN BREITMAN LLP**


*/s/ Monica Mendes (authorized 2/18/15)*
Sheryl Leichenger, Esq.
Monica Mendes, Esq.
Attorneys for Defendant
EVEREST INDEMNITY INSURANCE COMPANY