# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER RE STIPULATION TO DISMISS DEFENDANT EVEREST INDEMNITY INSURANCE COMPANY IN THE FIRST AMENDED COMPLAINT ONLY**<br><br>Complaint filed: April 19, 2013<br>Trial Date: December 1, 2015 |

Pursuant to the stipulation of Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendant EVEREST INDEMNITY INSURANCE COMPANY ("EVEREST INDEMNITY") and good cause existing therefore:

IT IS HEREBY ORDERED THAT EVEREST INDEMNITY is dismissed with prejudice from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1) with each party to bear their own costs and fees relating to the First Amended Complaint [Dkt. 111].

**SO ORDERED**
**Dated: March 12, 2015**

                                                          **/s/ Lawrence J. O'Neill**
                                                          **United States District Judge**

1

Case No.: 1:13-cv-00576-LJO-BAM
**ORDER ON STIPULATION TO DISMISS EVEREST INDEMNITY FROM THE FIRST AMENDED COMPLAINT ONLY**

618360.1 1062.34731