# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporaton,<br><br>          Plaintiff,<br><br>     v.<br><br>OLD REPUBLIC INSURANCE COMPANY, et. al.,<br><br>          Defendants. | CASE NO.    1:13-cv-00576-LJO-BAM<br><br>Judge  :  Hon.  Barbara A. McAuliffe<br><br>**ORDER EXCUSING ARCH SPECIALTY INSURANCE COMPANY'S APPEARANCE AT THE MANDATORY SETTLEMENT CONFERENCE**<br><br>MSC: April 1, 2015<br><br>Complaint Filed: April 19, 2013 |

Based upon the representations in the request filed by Arch Specialty, it is hereby ORDERED that Arch Specialty Insurance Company is excused from appearing at the Mandatory Settlement Conference on April 1, 2015.

IT IS SO ORDERED.

Dated:   **March 24, 2015**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE