UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al. and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 1:13-CV-00576-LJO-BAM<br><br>ORDER ON DEFENDANT EVEREST NATIONAL INSURANCE COMPANY'S REQUEST TO APPEAR BY TELEPHONE AT THE SETTLEMENT CONFERENCE<br><br>Date:  April 1, 2015<br>Time:  9:30 a.m.<br>Judge: Hon. Barbara A. McAuliffe<br><br>Complaint Filed:   April 19, 2013<br>Trial Date:           December 1, 2015 |

Pursuant to EVEREST NATIONAL INSURANCE COMPANY'S request to appear by telephone at the April 1, 2015 Settlement Conference and good caused existing therefore:

IT IS HEREBY ORDERED that EVEREST NATIONAL INSURANCE COMPANY'S claim representative be allowed to attend the April 1, 2015 Settlement Conference telephonically in lieu of personal attendance.  IT IS FURTHER ORDERED that the claim representative shall be <u>continuously on the telephone line</u> via speakerphone anytime that the Court is in joint session or speaking with counsel for Everest.  Sanctions may be imposed for failure to fully participate in the settlement conference.

IT IS SO ORDERED.

Dated:   **March 24, 2015**              /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE