**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela N. Martin (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>                Plaintiff,<br><br>        v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>                Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**STIPULATION TO DISMISS DEFENDANTS NAVIGATORS SPECIALTY INSURANCE COMPANY AND NAVIGATORS INSURANCE COMPANY IN THE FIRST AMENDED COMPLAINT**<br><br><br>Complaint filed:  April 19, 2013<br>Trial Date:  None |

IT IS HEREBY STIPULATED by and between Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendants NAVIGATORS SPECIALTY INSURANCE COMPANY  and NAVIGATORS INSURANCE COMPANY (collectively "NAVIGATORS") by and through their designated counsel that  all claims asserted against NAVIGATORS in the First Amended Complaint [Dkt. 111] filed on August 21, 2013, are dismissed with prejudice from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1).

/ / /

1        TRAVELERS and NAVIGATORS further stipulate to bear their own costs and fees relating

2  to the First Amended Complaint.

3

4  Dated: March 12, 2015          **THE AGUILERA LAW GROUP, APLC**

5

6

                         */s/ Angela Martin*

7                      A.  Eric Aguilera
   Kari M. Myron

8                      Angela A. Martin

9                      Attorneys for Plaintiff TRAVELERS PROPERTY
   CASUALTY COMPANY OF AMERICA

10

11  Dated: March 12, 2015          **GORDON & REES, LLP**

12

13                    */s/ Timothy Lindell (authorized 3/11/12)*

14                      Timothy P. Lindell, Esq.
   Attorneys for Defendants

15                      NAVIGATORS SPECIALTY INSURANCE COMPANY and
   NAVIGATORS INSURANCE COMPANY

16

17

18

19

20

21

22

23

24

25

26

27

28