1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

　　　　　Plaintiff,

　　vs.

OLD REPUBLIC INSURANCE COMPANY et al.,

　　　　　Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  1:13-CV-00576-LJO-BAM

Judge:  Hon. Barbara A. McAuliffe

**ORDER ON REQUEST BY NAVIGATORS TO BE EXCUSED FROM THE MANDATORY SETTLEMENT CONFERENCE**

MSC:  April 1, 2015

Complaint filed:  April 22, 2013

　　　Based upon the representations in the request filed by Navigators Specialty Insurance Company and Navigators Insurance Company (collectively "Navigators") (Doc. 227) , it is hereby ORDERED that Navigators is excused from appearing at the Mandatory Settlement Conference scheduled for April 1, 2015.

　　　IT IS SO ORDERED.

Dated:   **March 26, 2015**　　　　　　　　　　/s/ Barbara A. McAuliffe

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE