1
2
3
4
5
6
7

MORALES, FIERRO & REEVES
2300 CONTRA COSTA BOULEVARD
Suite 310
PLEASANT HILL, CALIFORNIA 94523

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; ET AL.,<br><br>Defendants. | CASE NO.: 1:13-cv-00576-LJO-BAM<br><br>Judge:  Hon. Barbara A. McAuliffe<br><br>ORDER ON REQUEST BY ILLINOIS UNION INSURANCE COMPANY<br><br>MSC:  April 1, 2015<br><br>Complaint Filed:  April 22, 2013 |

Based upon the representation in the request filed by Illinois Union Insurance Company (Doc. 230), it is hereby ORDERED that Illinois Union Insurance Company is excused from appearing at the Mandatory Settlement Conference scheduled for April 1, 2015.

IT IS SO ORDERED.

Dated:   **March 26, 2015**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE