# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                        Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive,<br><br>                        Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br>Judge: Hon Barbara A. McAuliffe<br><br>**ORDER EXCUSING AIG SPECIALTY INSURANCE COMPANY (fka CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY), LEXINGTON INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY'S APPEARANCE AT THE MANDATORY SETTLEMENT CONFERENCE**<br><br>**MSC: April 1, 2015** |

It is hereby ORDERED that based upon the representation filed by AIG SPECIALTY INSURANCE COMPANY f/k/a CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (Doc. 225), are excused from appearing at the Mandatory Settlement Conference on April 1, 2015.

IT IS SO ORDERED.

Dated:  **March 26, 2015**                              /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE