UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**, a Connecticut corporation;<br>    Plaintiff,<br>v.<br>**OLD REPUBLIC INSURANCE COMPANY**, a Pennsylvania corporation; *et al.;* and DOES 1 through 10 inclusive,<br>    Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER RE STIPULATION TO DISMISS DEFENDANTS NAVIGATORS SPECIALTY INSURANCE COMPANY AND NAVIGATORS INSURANCE COMPANY IN THE FIRST AMENDED COMPLAINT** |

Pursuant to the stipulation of Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendants NAVIGATORS SPECIALTY INSURANCE COMPANY and NAVIGATORS INSURANCE COMPANY (collectively "NAVIGATORS") and good cause exists therefore:

IT IS HEREBY ORDERED THAT NAVIGATORS is dismissed with prejudice from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1) with parties to bear their own fees and costs relating to the First Amended Complaint [Dkt 111].

**SO ORDERED**
**Dated: March 26, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**