# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>            Plaintiff,<br><br>       vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al.; and DOES 1 through 10 inclusive.<br><br>            Defendant. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER ON DEFENDANT NORTHERN INSURANCE COMPANY OF NEW YORK'S REQUEST TO BE EXCUSED FROM THE MANDATORY SETTLEMENT CONFERENCE**<br><br>Date:    April 1, 2015<br>Time:   9:30 a.m.<br>Judge:  Hon. Barbara A. McAuliffe |

Pursuant to NORTHERN INSURANCE COMPANY OF NEW YORK'S ("NORTHERN") Notice of Settlement and Request to be Excused from the Mandatory Settlement Conference (Doc. 238), and good caused existing therefore:

IT IS HEREBY ORDERED that NORTHERN and its counsel are excused from appearing at the April 1, 2015 Mandatory Settlement Conference or any future Mandatory Settlement Conferences that may be set.

IT IS SO ORDERED.

Dated:   **March 27, 2015**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE