# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, et al; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER ON STIPULATION AND JOINT REQUEST TO CONTINUE DATE FOR MANDATORY SETTLEMENT CONFERENCE** |

### ORDER

Pursuant to the stipulation (Doc. 243) of the parties filed in compliance with the Court's March 26, 2015 Minute Order (Doc. 233):

IT IS HEREBY ORDERED THAT the Mandatory Settlement conference currently set for April 1, 2015 is hereby continued to April 22, 2015 at 10:00 a.m. before Judge McAuliffe.

IT IS SO ORDERED.

Dated**:   March 31, 2015**                    /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE