**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;

Plaintiff,

v.

OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive,

Defendants.

Case No. 1:13-cv-00576-LJO-BAM

**ORDER ON STIPULATION TO DISMISS DEFENDANTS AIG SPECIALTY INSURANCE COMPANY FKA CHARTIS SPECIALTY INSURANCE COMPANY, FKA AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA WITH PREJUDICE**

**ORDER ON STIPULATION**

IT IS HEREBY ORDERED THAT for good cause showing and pursuant to a stipulation by and between Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (“TRAVELERS”) and Defendants AIG SPECIALTY INSURANCE COMPANY, FKA CHARTIS SPECIALTY INSURANCE COMPANY, FKA AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (“AIG ENTITIES”) all claims within the First Amended Complaint [Dkt. 111] as asserted against the AIG ENTITIES, are hereby dismissed with prejudice from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1).

IT IS FURTHER ORDERED THAT TRAVELERS and the AIG ENTITIES further stipulate to bear their own costs and fees relating to this action.

IT IS SO ORDERED.

Dated: **July 1, 2015**

**/s/ Lawrence J. O’Neill**
UNITED STATES DISTRICT JUDGE

