**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela N. Martin (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**STIPULATION TO DISMISS DEFENDANT ARCH SPECIALTY INSURANCE COMPANY WITH PREJUDICE**<br><br>Complaint filed: April 19, 2013<br>Trial Date: December 1, 2015 |

IT IS HEREBY STIPULATED by and between Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and ARCH SPECIALTY INSURANCE COMPANY ("ARCH") by and through their designated counsel that all claims within the First Amended Complaint [Dkt. 111] as asserted against the ARCH, are dismissed with prejudice from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1).

TRAVELERS and ARCH further stipulate to bear their own costs and fees relating to this action.

Dated: 7/14/15　　　　　　　　　**THE AGUILERA LAW GROUP, APLC**

*/s/ Angela Martin*
----------------------------------
A. Eric Aguilera, Esq.
Kari M. Myron, Esq.
Angela N. Martin, Esq.
Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated: 7/14/15　　　　　　　　　**SELMAN & BREITMAN LLP**

*/s/ Hee Sung Yoon (authorized 7/14/15)*
----------------------------------
Gregory J. Newman, Esq.
Hee Sung Yoon, Esq.
Attorneys for Defendant
ARCH SPECIALTY INSURANCE COMPANY