**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela N. Martin (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive.<br><br>    Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER ON STIPULATION TO DISMISS DEFENDANT ARCH SPECIALTY INSURANCE COMPANY WITH PREJUDICE**<br><br>Complaint filed:  April 19, 2013<br>Trial Date:  December 1, 2015 |

### ORDER ON STIPULATION

IT IS HEREBY ORDERED THAT for good cause showing and pursuant to a stipulation by and between Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and ARCH SPECIALTY INSURANCE COMPANY ("ARCH") all claims within the First Amended Complaint [Dkt. 111] as asserted against the ARCH, are hereby dismissed with prejudice from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1).

1    IT IS FURTHER ORDERED THAT TRAVELERS and ARCH further shall bear their own
2 costs and fees relating to this action.
3    IT IS FURTHER ORDERED THAT THIS CASE SHALL REMAIN OPEN.

IT IS SO ORDERED.

   Dated:   **July 17, 2015**               **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE