**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela N. Martin (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; <br><br> Plaintiff, <br><br> v. <br><br> OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; et al; and DOES 1 through 10 inclusive. <br><br> Defendants. | Case No. 1:13-cv-00576-LJO-BAM <br><br> **STIPULATION TO DISMISS DEFENDANT NORTHERN INSURANCE COMPANY OF NEW YORK WITH PREJUDICE** <br><br><br> Complaint filed:  April 19, 2013 <br> Trial Date:  December 1, 2015 |

IT IS HEREBY STIPULATED by and between Plaintiff TRAVLERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and NORTHERN INSURANCE COMPANY OF NEW YORK ("NORTHERN") by and through their designated counsel that all claims within the First Amended Complaint [Dkt. 111] as asserted against the NORTHERN, are dismissed with prejudice from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1).

TRAVELERS and NORTHERN further stipulate to bear their own costs and fees relating to this action.

| | |
|---|---|
| 1 | Dated: August 7, 2015 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Dated: August 7, 2015 |

1  Dated: August 7, 2015          **THE AGUILERA LAW GROUP, APLC**

2

3                                 */s/ Angela Martin*
4                                 A.  Eric Aguilera, Esq.
                                  Kari M. Myron, Esq.
5                                 Angela N. Martin, Esq.
                                  Attorneys    for    Plaintiff    TRAVELERS    PROPERTY
6                                 CASUALTY COMPANY OF AMERICA

7

8  Dated: August 7, 2015          **SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**

9

10                                */s/ Michael Bartlett (authorized 8/5/15)*
                                  Michael Bartlett, Esq.
11                                Attorneys for Defendant
                                  NORTHERN INSURANCE COMPANY OF NEW YORK
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28