**THE AGUILERA LAW GROUP**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela N. Martin (SBN 238426)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, et al; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. 1:13-cv-00576-LJO-BAM<br><br>**ORDER RE STIPULATION AND SECOND JOINT REQUEST FOR EXTENSION OF TIME TO FILE FINAL DISMISSAL PAPERS** |

PURSUANT TO A STIPULATION AND SECOND JOINT REQUEST BY THE PARTIES (Doc. 263), the Court hereby extends the time for the parties to file all final dismissal papers from September 3, 2015, as required by the order on the Parties' Stipulation and Order to Extend the Time to File Final Dismissal Papers entered July 20, 2015 [Dkt. No. 257] for a period of 60 days to November 2, 2015.

IT IS SO ORDERED.

Dated:  **August 31, 2015**              /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

1