# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**OLD REPUBLIC INSURANCE COMPANY, and Does 1-10,**<br><br>**Defendants.** | **1:13-cv-576-LJO-BAM**<br><br>**ORDER RE STIPULATION TO DISMISS (Doc. 265)** |

On October 29, 2015 the parties filed a stipulation to dismiss with prejudice this entire action under Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 265 at 2. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated: __**November 2, 2015**__         __/s/ Lawrence J. O'Neill__
                                                  UNITED STATES DISTRICT JUDGE